Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, THE WILDERNESS SOCIETY, NATIONAL AUDUBON SOCIETY, WILDERNESS WATCH, CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, NATIONAL WILDLIFE REFUGE ASSOCIATION, ALASKA WILDERNESS LEAGUE, and SIERRA CLUB,<br><br>                    Plaintiffs,<br>     v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, and U.S. FISH AND WILDLIFE SERVICE,<br><br>                    Defendants. | Case No. 3:19-cv-00216-JWS |

**NOTICE OF CONSENT RE: PLAINTIFFS' FIRST AMENDED COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

Pursuant to Rule 15(a)(2) of the Rules of Civil Procedure, counsel for Plaintiffs conferred with counsel for Federal Defendants and obtained written consent to file Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, filed October 7, 2019. *See* ECF No. 17.

Respectfully submitted this 7th day of October, 2019,

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*
Case No. 3:19-cv-00216-JWS                                                                                     Page 2 of 3

Case 3:19-cv-00216-JWS   Document 18   Filed 10/07/19   Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that on October 7, 2019, I caused a copy of the NOTICE OF CONSENT RE: PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

For the parties who have not yet registered an appearance, a copy was served via USPS Certified Mail:

David Bernhardt
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Department of the Interior
1849 C Street, N.W.
Washington DC 20240

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington DC 20240

Civil Process Clerk
Office of the U.S. Attorney
Civil Division, District of Alaska, Anchorage Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

                                                                            s/Bridget Psarianos
                                                                            Bridget Psarianos