Steven W. Silver  AK Bar # 7606089
Robertson, Monagle, and Eastaugh
1810 Samuel Morse Dr. ,Suite 202
Reston VA 20191
(703) 527-4414 (office)
(703) 313-1793 (fax)
ssilver628@aol.com


James F. Clark, III  AK Bar #6907025
Law Office of James F.
Clark 1109 C Street
Juneau, AK 99801
(907) 586-0122 (office)
(907) 586-1093 (fax)
jfclarkiii@gmail
com
Attorneys for Movant Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, THE WILDERNESS SOCIETY, WILDERNESS WATCH, CENTER FOR BIOLOGIDAL DIVERSITY, DEFENDERS OF WILDLIFE, NATIONAL WILDLIFE REFUGE ASSOCIATIN, ALASKA WILDERNESS LEAGUE and SIERRA CLUB<br>          Plaintiffs,<br>  v.<br>RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the INTERIOR, U.S. DEPARTMENT OF THE INTERIOR, AND U.S.FISH AND WILDLIFE SERVICE<br>          Defendants,<br>  And | **Case No 3:18-cv 00216-JWS**<br><br><br><br>**MOTION TO INTERVENE** |

Movant Defendant-Intervenors Motion to Intervene
Friends of National Wildlife Refuges et. al.  v. Bernhardt, et. al.
Case No. 3:19-cv-00216-JWS

| | |
|---|---|
| KING COVE CORPORATION, AGDAAGUX | ) |
| TRIBE OF KING, COVE, NATIVE | ) |
| VILLAGE OF BELKOFSKI, and FRIENDS OF | ) |
| KING COVE | ) |
| | ) |
| Movant Defendant-Intervenors | ) |
| _____ | ) |

**MOTION TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Movant Defendant-Intervenor King Cove Native Corporation, Agdaagux Tribe of King Cove, and Native Village of Belfkoski hereby file this MOTION TO INTERVENE in the above-captioned case. The Movant Defendant-Intervenors also attach a proposed ANSWER to this Motion, a Memorandum in Support of the Motion and the attached Declarations.

Dated this 30th day of October, 2019

.

                 s/Steven W. Silver
                 Steven W. Silver
                 Robertson, Monagle and Eastaugh
                 1810 Samuel Morse Drive, Suite 202
                 Reston VA 20191
                 (703) 527-4414
                 (703) 313-1793 (fax)
                 ssilver628@aol.com
                 Alaska Bar #7606089

                 s/ James F. Clark
                 James F. Clark
                 LAW OFFICE OF JAMES F. CLARK
                 Juneau, AK 99801
                 (907) 586-0122 (office)
                 (907) 586-1093 (fax)

Movant Defendant-Intervenors Motion to Intervene
Friends of National Wildlife Refuges et. al. v. Bernhardt, et. al.
Case No. 3:19-cv-00216-JWS

Case 3:19-cv-00216-JWS   Document 21   Filed 10/30/19   Page 2 of 3

jfclarkiii@gmail.com
Alaska Bar #690725

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, pursuant to Rule 5 of the Federal Rules of Civil Procedure, Counsel of Record in this case by serving electronically on counsel for the following parties.

Davené Walker, Esq.
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-9213 (office)
(202) 305-0506 (fax)
Davené.Walker @usdoj.gov

Bridget Pssrinos Esq.
Brook Bisson, Esq.
Valerie Brown, Esq.
Trustees for Alaska
1026 W. 4th Ave., Suite 201
Anchorage, AK 99501
(907) 276-4244
(907) 276-7110(fax)
bpsarianos@trustees.org
kstrong@trustees.org
bbisson@trustees.org

                                                      s/ Steven W. Silver
                                                      Steven W. Silver
                                                      Robertson, Monagle and Eastaugh
                                                      1810 Samuel Morse Dr., Suite 202
                                                      Reston, VA 20190
                                                      Tel: 703.-527-4414
                                                      Fax: 571-313-1973
                                                      ssilver628@aol.com

Movant Defendant-Intervenors Motion to Intervene
Friends of National Wildlife Refuges et. al. v. Bernhardt, et. al.
Case No. 3:19-cv-00216-JWS