DAVENÉ D. WALKER
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC  20044–7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1373
Facsimile:  (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRIENDS OF ALASKA NATIONAL WILLIFE REFUGES, *et al*., | ) ) ) | |
| | ) | CASE NO. 3:19-cv-00216-JWS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DAVID BERNHARDT, *et al*., | ) ) | **FEDERAL DEFENDANTS' NOTICE OF LODGING THE ADMINISTRATIVE RECORD** |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| KING COVE CORPORATION, *et al*., | ) ) | |
| Intervenor-Defendants. | ) ) | |

Please take notice that Federal Defendants is now electronically filing their administrative record supporting the agency action at issue in this case through ECF. The parties conferred and agreed that the more than 234,000 pages compiled in 2014 for the record from *Agdaagux Tribe of King Cove v. Jewell*, Case No. 3:14-cv-0110-HRH, may be relied on by either party as part of the record in this case without producing another copy to Plaintiffs. These documents were also manually lodged with the Court on a hard drive and served on the same parties as in this case in *Friends of Alaska National Wildlife Refuges v. Bernhardt*, Case No. 3:18-cv-00029-SLG.[1] As outlined in L. Civil R. 16.3(1)(B)(ii), the parties will prepare an appendix containing copies of any portions of the 2014 record documents that are cited in their briefs.

This filing also includes the Certification of Federal Defendants' administrative record, attached hereto as Exhibit A, with the indices to the administrative record, attached to the Certification as Exhibits 1 and 2.

Dated this 20th day of December, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Davené D. Walker*
DAVENÉ D. WALKER
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506

---

[1] Undersigned counsel has confirmed that the hard drive is still available in the clerk's office in Case No. 3:18-cv-00029-SLG.

davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 20, 2019, a copy of the foregoing *Federal Defendants' Notice of Lodging the Administrative Record* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Davené D. Walker*
Davené D. Walker, Trial Attorney
U.S. Department of Justice
