Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> KING COVE CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:19-cv-00216-JWS |

**DECLERATION OF NICOLE WHITTINGTON-EVANS IN SUPPORT OF PLAINTIFFS' OPENING BRIEF FOR SUMMARY JUDGMENT**

I, Nicole Whittington-Evans, hereby declare as follows:

1.      I am making this declaration in support of Plaintiffs' Opening Brief for

Summary Judgment in the above-captioned litigation. I know these facts of my own

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*                    Ex. 5
Case No. 3:19-cv-00216-JWS                                                          Page 1 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 1 of 15

personal knowledge and would competently testify to them if called as a witness in these proceedings.

2.      Defenders of Wildlife (Defenders) is a 501(c)(3) nonprofit organization established in 1947. Our mission is to protect all native animals and plants in their natural communities. Defenders prioritizes imperiled species, and advocates for the sound management of our public lands.

3.      Headquartered in Washington, D.C., Defenders maintains regional offices across the country, including in Anchorage, Alaska.

4.      Our organization has more than 1.8 million members and supporters, including approximately 6,400 in Alaska.

5.      Defenders focuses solely on wildlife and habitat conservation and safeguarding biodiversity. We employ a number of strategies to achieve our conservation objectives, including education, legislative and policy reform, and litigation. Defenders has worked for decades on issues facing wildlife and habitat in Alaska, including conservation planning and management in sensitive habitats like the Arctic National Wildlife Refuge and Izembek National Wildlife Refuge (Izembek or the Refuge).

6.      I have a B.A. in English from the University of Pennsylvania and an M.S. in environmental studies from the University of Montana. I joined Defenders in 2019 as the Alaska Program Director. In my role as Alaska Program Director I oversee Alaska's program and staff for Defenders of Wildlife. This includes hiring and managing a team of four staff including myself; overseeing all aspects of our program work; budgeting; fundraising; hiring and managing contractors; and strategic planning, among other things.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*          Ex. 5
Case No. 3:19-cv-00216-JWS                                                          Page 2 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 2 of 15

7.	I previously worked as an outdoor educator with the National Outdoor Leadership School, for the Alaska Wildlife Alliance, for the Alaska Center for the Environment, and for The Wilderness Society. During my career, I have advocated for protection of Izembek since 1997 — over twenty years. In my previous role as Alaska Director of The Wilderness Society I testified before Congress twice advocating for protections in Izembek. In 2008, I testified before the House Natural Resources Committee on H.R. 2801, a bill that would have allowed the land exchange and road construction and contained similar provisions to those that were included in the 2009 Omnibus Public Land Management Act. On April 14th, 2016, I testified before the Senate Energy and Natural Resources Committee in a hearing to conduct oversight on options for addressing the "continuing lack of reliable emergency medical transportation for the isolated community of King Cove, Alaska."

8.	I am familiar with the history of Defenders and our work to protect Izembek.

9.	Defenders' members and staff, including myself, rely on Defenders to represent our interests in the preservation of species and habitats such as those in Izembek, which includes lands designated as Wilderness under the Wilderness Act. Defenders' members and staff also visit those areas we work to protect, including Izembek.

10.	Protecting the National Wildlife Refuge System is a top priority for Defenders. Our refuges are the world's largest network of lands and waters dedicated to wildlife conservation. Defenders has been a strong advocate for the refuge system,

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.* 	Ex. 5
Case No. 3:19-cv-00216-JWS 	Page 3 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 3 of 15

advancing and supporting national policies and advocating for protection of individual refuge units threatened by illegal or inappropriate activities that undermine refuge purposes or the mission and integrity of the system.

11.     The National Wilderness Preservation System is also important to Defenders. Federally designated wilderness protects our most pristine lands, providing habitat for wildlife free from most disturbances found on other lands.

12.     Defenders seeks to preserve Izembek's world-class wildlife and ecological resources for present and future generations. Izembek provides essential habitat for migratory birds and hosts a suite of other wildlife, including federally protected species. We also seek to protect Izembek's designated wilderness for the timeless values it provides to wildlife and people.

13.     Defenders has worked since the 1990s to protect Izembek and has been involved in every major decision facing the Refuge since that time.

14.     Defenders engaged in the decision-making process on a previous proposal, the Consolidated and Emergency Supplemental Appropriations Act of 1999, to establish a marine link between local communities and avoid the need for a land exchange and road construction through Izembek's isthmus.

15.     Defenders participated in the U.S. Army Corps of Engineers environmental review process in the early 2000s that followed from passage of that Act. Defenders also opposed an administrative attempt to exchange refuge land to construct a road through Izembek in 2003, and again opposed legislation that would have facilitated a land

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 5
Case No. 3:19-cv-00216-JWS                                              Page 4 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 4 of 15

exchange and road construction introduced in 2007. The 2007 legislation provided a basis for language included in the 2009 Omnibus Public Lands Act ("2009 lands bill").

16.    Defenders actively opposed provisions added to the 2009 lands bill related to Izembek, which were the subject of *Agdaagux Tribe of King Cove v. Jewell*, 128 F. Supp. 3d 1176 (D. Alaska 2015), a related case in which Defenders participated as Intervenor-Defendant. We issued statements, submitted letters to the editor voicing opposition to the bill, joined partner organizations to send letters to Congressional committee members requesting them to vote against it, and met directly with Congressional staff to register our concerns and generate support for our position.

17.    Defenders participated in the environmental review process that followed enactment of the 2009 lands bill. Specifically, we submitted scoping comments with other conservation organizations on the draft environmental impact statement opposing the proposed land exchange and road construction. We also distributed action alerts to our members to inform their participation in the public process. Defenders' president and CEO co-authored an opinion-editorial that was published in *The Washington Post* in May 2013.

18.    Since 2013, Defenders has continued to actively oppose legislation introduced in the 113th, 114th, and 115th Congresses, as well as legislative riders on annual Department of the Interior appropriations bills that seek to force a road through Izembek and its designated wilderness. We have educated congressional champions about the destructive nature of these proposals, drafted letters to Congress and the president urging their opposition, engaged our membership through online action alerts, developed

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*                    Ex. 5
Case No. 3:19-cv-00216-JWS                                                            Page 5 of 15

Case 3:19-cv-00216-JWS    Document 32-6    Filed 01/23/20    Page 5 of 15

factsheets and other public education materials, and helped organize the conservation community to protect the Refuge.

19. In 2017, Defenders led a coalition letter to Interior Secretary Zinke urging him to reject any proposals to trade away Izembek lands to the State of Alaska or King Cove Corporation. We submitted Freedom of Information Act (FOIA) requests to the U.S. Fish and Wildlife Service for information related to the potential administrative removal of Izembek Wilderness from public ownership. We used the public records we received to engage the news media and raise the profile of Izembek and the potential harm from a land exchange and road construction through the Refuge. For example, we worked with CNN to produce a report on December 10, 2017, that exposed the secretive efforts of the Department of the Interior to transfer Izembek lands to the King Cove Corporation for the purpose of constructing a road through the Refuge. We amplified this news through press releases and our social media channels, and educated and engaged congressional champions on the Department's plan. We still have open FOIA requests regarding the attempted land exchange.

20. Most recently Defenders was a Plaintiff in the *Friends of Alaska Nat'l Wildlife Refuges v. Bernhardt*, 381 F. Supp. 3d 1127 (D. Alaska 2019). Defenders staff and members were elated and relieved to learn in March, 2019, of the U.S. District Court Judge's decision in our favor. We were very pleased that the extraordinary wildlife, wilderness and wetlands values of Izembek would remain protected, and that the conservation purpose and intent of the Alaska National Interest Lands Conservation Act would be upheld.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*    Ex. 5
Case No. 3:19-cv-00216-JWS                                          Page 6 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 6 of 15

21.     We previously participated in a protest of U.S. Survey No. 14495, Alaska, which delineated the road corridor to be exchanged. The survey took place while our prior lawsuit was pending before the Alaska District Court. This survey involved extensive helicopter landings and monuments in the Wilderness Area of the Refuge. We continue to be very troubled by the survey for the following reasons:

- The justification for the survey was an improper exchange agreement;
- U.S. Bureau of Land Management (BLM) moved forward with the survey while litigation was pending;
- BLM did not perform the cadastral survey in compliance with legal mandates and the agency's own policies and procedures set forth in the BLM *Manual of Survey Instructions* (2009) because their monuments were not put in correctly;
- U.S. Fish and Wildlife Service (FWS) didn't issue any permits for the activities on Refuge lands; and
- Wilderness Act violations.

22.     Defenders worked to answer questions and provide information to an investigative reporter in 2018, while the *Friends of Alaska Nat'l Wildlife Refuges v. Bernhardt*, 381 F. Supp. 3d 1127 (D. Alaska 2019) litigation was underway, who published a story about Izembek in January, 2019 for the Center for Investigative Reporting. Since filing this lawsuit, Defenders has posted another blog about Izembek and sent messages to our members regarding the good news of the former lawsuit decision. We have also continued to meet with agency officials to understand what activities are underway regarding the current, 2019 land exchange for the road corridor. We continue to try to monitor ongoing actions in furtherance of the exchange, such as an appraisal and contaminants assessment, to the extent we are able to obtain publicly available information.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*                    Ex. 5
Case No. 3:19-cv-00216-JWS                                                                                    Page 7 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 7 of 15

23.     Defenders' staff and members benefit directly from our conservation work by enjoying and viewing wildlife near their homes or on national wildlife refuges and other public lands nationwide. Many of our members enjoy birds and seeing birds across the country and around the world. Protecting Izembek is important to these members' interests and our organization's mission as it is one of America's most ecologically significant wildlife refuges, an internationally recognized wetland and coastal habitat for iconic wildlife, including brown bears, caribou, salmon and hundreds of species of migratory birds. Tens of thousands of waterfowl, seabirds and shorebirds that migrate along the Pacific Flyway rely on Izembek for feeding, nesting, and staging. In fall, the Refuge shelters nearly the world's entire population of Pacific black brant as they gorge themselves on the Refuge's eelgrass beds in preparation for their nonstop migration to wintering habitat in Mexico.

24.     The Refuge also provides critical habitat for the threatened Steller's eider, and is home to the threatened Steller sea lion and southwest Alaska stock of northern sea otter, which are all protected under the Endangered Species Act. Defenders and our members and supporters are deeply concerned about the conservation and recovery of federally-listed species during a time of increasing habitat loss and degradation across the country.

25.     I have visited Izembek three times and have seen the lands and waters that make up this special place. My first visit was in 2006. I flew to Cold Bay with staff from the Audubon Society. There, we met with FWS staff, toured Izembek, and flew over the

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*      Ex. 5
Case No. 3:19-cv-00216-JWS                                              Page 8 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 8 of 15

isthmus and surrounding area where the lands would be exchanged and the road would be constructed. While I was standing on the Wilderness boundary looking out over the area where the road would be constructed, I could see both the Izembek and Kinzarof Lagoons and the rolling hills, tundra valleys, and the abundant marshes between.

26. Audubon's representative and I also visited King Cove, spent the night in Ms. Della Trumble's house, met with residents and community leaders, including the Mayor of King Cove, and visited the school. While we were in King Cove, we drove the road from town out to Lenard Harbor, to see the hovercraft terminal site.

27. My second visit was in 2008, with The Wilderness Society and Defenders of Wildlife staff. I flew to Cold Bay, met with the FWS's Izembek biologist and refuge manager and other staff. FWS staff took us on a tour of Izembek, including a fly-over of the proposed road corridor, isthmus, and exchange lands. Additionally, we drove to the Wilderness boundary at the start of the Isthmus on the Cold Bay side, where the road would be constructed and drove out on Frosty Road to the west of Cold Bay.

28. In September 2014, I visited Izembek Refuge again with David C. Raskin, President of Friends of Alaska National Wildlife Refuges, to meet with FWS staff and the Izembek Refuge manager, tour the Refuge, and speak to community members and the Mayor of Cold Bay. I had the occasion to do a fly-over of the refuge on this trip as well, which took me over the isthmus where the proposed road would be constructed, as well as to Izembek Lagoon, the northern coast and Unimak Island. We saw walrus on our flight out to the northern coast and Unimak Island, which was unique for the area, and also saw many Emperor geese in Izembek on this trip. During all of these trips to

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 5
Case No. 3:19-cv-00216-JWS     Page 9 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 9 of 15

Izembek, I was able to walk into the Wilderness area that would be affected by the road construction.

29.     Izembek is personally important to me because of its extraordinary wilderness and wildlife values. Visiting Izembek and its critical wetlands, including the isthmus and lagoon area, allowed me to experience the tens of thousands of Pacific black brant and other bird species that stage there, including threatened Steller's eiders. I also have seen threatened northern sea otters while there. In particular, hearing the birds and watching them forage and repeatedly lift from the water as a group, circle, and come back and land is a unique experience. It is a beautiful natural display that does wonders to renew my soul and spirit.

30.     I felt fortunate during all of my visits to have experienced the incredible uniqueness of the place, and to watch all of the bird activity in and along the lagoons. It is a magnificent place, with coastal mountains coming right down to the water and breath-taking lagoons with lots of wildlife activity. My visits there have touched me deeply. I am also personally inspired by the Joshua Green River watershed, which I flew over. It is very remote with a high density of brown bears, dens and activity.

31.     When I am at Izembek, I feel that I am surrounded by un-desecrated, world-class habitat for waterfowl, brown bears, fish and marine mammals. Izembek's extraordinary values set off a unique and exhilarating feeling within me about the place. It is indeed a refuge in many senses of the word.

32.     My appreciation for and connection to Izembek grew deeper on a family trip to a bird research field station on the Gulf of California in Mexico. We saw many

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 5
Case No. 3:19-cv-00216-JWS     Page 10 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 10 of 15

Pacific black brant during our trip, and I was able to explain to my daughters that the birds that they were seeing in Mexico were one of the primary species whose spring and fall migratory habitat I work to protect.

33.    I seek out experiences in the Wilderness where I can experience solitude, natural sounds, and vast, untouched ecosystems and landscapes. I do this because it helps me gain humility and perspective regarding my role on this great planet. My experiences at Izembek are enriched knowing that this refuge is key to one of the world's remaining magnificent migration phenomena — namely, thousands of migratory birds playing out an ancient rhythm. The heart of Izembek is the lagoons complex, which includes Izembek and Kinzarof lagoons and the isthmus that separates the two. This is right where the road is proposed to go. If the land exchange stands and the Izembek road is constructed, my ability to seek out such experiences there would be undermined, and I would no longer make Izembek a destination for me or my family.

34.    I intend to continue visiting Izembek, and I had planned to join the Friends of Alaska National Wildlife Refuges group to volunteer at Izembek in summer 2018. Department of Interior transfers of personnel and the hiring freeze, however, have postponed this volunteer opportunity, though I plan to visit and volunteer in the future when I am able to do so. Defenders also plans to send a staff member to Izembek in 2020, to meet with FWS personnel and to look at the road corridor area, now that it has monuments installed.

35.    The land exchange involving a significant portion of Izembek's wetlands complex and congressionally designated wilderness area will harm our members'

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*    Ex. 5
Case No. 3:19-cv-00216-JWS                                          Page 11 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 11 of 15

interests. Any member who travels to Izembek will not be able to experience the pristine refuge, wilderness and wildlife values associated with the Izembek isthmus after the land exchange agreement and proposed construction of a road. Under the agreement, lands will be removed from the National Wildlife Refuge System and the National Wilderness Preservation System. Never before has an administration eliminated wilderness in the heart of a national wildlife refuge and allowed for road construction. Further, this land exchange agreement, unlike the prior agreements, contains no restrictions on future use of the road for non-commercial purposes. Without restrictions on use, the road corridor could pave the way toward commercial developments and higher levels of vehicle traffic, including trucks hauling fish, fuel and other potentially hazardous materials across this sensitive wetlands complex, impacting the habitat and wildlife that use the area. This includes overwintering and migrating caribou, brown bears, wolves, non-migratory tundra swans that nest on the isthmus, ESA listed Steller's eiders, brant, Emperor geese, and many other species. Even the waters and marine species in the lagoons likely would be impacted from increased commercial and other uses of the road corridor, particularly if accidents within the road corridor result in fuel spills affecting the watershed, or other habitat damages, all of which would harm wildlife and our members. If allowed to stand, this giveaway could also set a dangerous precedent that threatens refuges and wilderness protections on public lands across the country, further harming our members' interests in threatened and endangered species recovery, wildlife conservation and public lands protection.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 5
Case No. 3:19-cv-00216-JWS                                    Page 12 of 15

Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 12 of 15

36.    As described above, DOI conducted a survey in summer 2018 and installed monuments along the proposed road corridor to further the land exchange. DOI used approximately eighty-six helicopter landings to do this work within Izembek's federally designated Wilderness. The monuments that were installed are still in place and delineate the corridor of land to be traded away in the current agreement. Setting these monuments was unnecessary, may have harmed wildlife and did not follow legal, regulatory protocols that must be applied in designated Wilderness. If any listed species under the Endangered Species Act were at risk of harm, appropriate permits should have been pursued to do this work. Furthermore, the monuments are a violation of the intent of Wilderness, and their presence detracts significantly from Wilderness and the Wilderness experiences that our members specifically seek out.

37.    Our members' interest in enforcing relevant environmental legal protections has been harmed by this secretive land exchange and monuments installation. The agreement to exchange land was made without adherence to the protections provided to national wildlife refuges and Wilderness under Alaska National Interest Lands Conservation Act and the Wilderness Act, or public planning processes required under the National Environmental Policy Act. If given the chance, Defenders would have participated and submitted comments as part of an environmental review, had the Secretary completed one for the proposed land exchange, and educated and engaged the public and Congress in this controversial action.

38.    Habitat destruction and increased human presence and vehicle traffic from a land exchange that facilitates the building of a road would almost certainly harm and

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*    Ex. 5
Case No. 3:19-cv-00216-JWS    Page 13 of 15

Case 3:19-cv-00216-JWS    Document 32-6    Filed 01/23/20    Page 13 of 15

disturb wildlife species, and potentially contribute to population declines, making species less available for the enjoyment of our members in Izembek and around the world. Wildlife watchers who enjoy seeing bears, caribou and birds could have a more difficult time observing these species in fragmented habitat. Hunters could have difficulty finding waterfowl where habitat is lost or degraded. Many of our members live along the Pacific flyway and value the immeasurable ecological, recreational and economic value of birds that migrate north and south along this migratory route. Impacts on migratory birds in Izembek would harm our members who value observing birds in the western flyway. Impacts to the threatened Steller's eider, southwest Alaska stock of northern sea otter, and Steller's sea lion would also harm our members who value conservation of threatened species.

  39. Additionally, many of our members enjoy and use our National Wildlife Refuge System and National Wilderness Preservation System more broadly. Those members' interests in the integrity of public land protection would be harmed by a land exchange in Izembek, both for the loss of wilderness values in the Refuge and the harmful precedent it sets for refuge and wilderness preservation elsewhere.

  40. Virtually all of our members deeply value the very existence of wildlife and the special places that they call home, particularly national wildlife refuges and designated wilderness. Our members express this appreciation by supporting Defenders' work on these issues and by taking action when called upon to protect wildlife habitat and ecological integrity on these public lands.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.* Ex. 5
Case No. 3:19-cv-00216-JWS Page 14 of 15
Case 3:19-cv-00216-JWS Document 32-6 Filed 01/23/20 Page 14 of 15

41.     A land exchange agreement for Wilderness lands in Izembek harms

Defenders' mission, our members' specific interests in Izembek, and more broadly our

organizational and members' interests in the protection and preservation of the National

Wildlife Refuge System and the National Wilderness Preservation System. As we have

for decades, Defenders will continue to work for conservation and protection of these

vital resources in Izembek and across the country.

42.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 21st day of January, 2020 in Anchorage, Alaska.


Nicole Whittington-Evans

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*          Ex. 5
Case No. 3:19-cv-00216-JWS                                              Page 15 of 15
Case 3:19-cv-00216-JWS   Document 32-6   Filed 01/23/20   Page 15 of 15