Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> KING COVE CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:19-cv-00216-JWS |

### DECLARATION OF PATRICK BRIAN ROGERS, M.D. IN SUPPORT OF PLAINTIFFS' OPENING BRIEF FOR SUMMARY JUDGEMENT

I, Patrick Brian Rogers, M.D., hereby declare as follows.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*   Ex. 12
Case No. 3:19-cv-00216-JWS                                                    Page 1 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 1 of 8

1. I am making this declaration in support of Plaintiffs' Opening Brief for Summary Judgment in the above-captioned litigation. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

2. I have a chemistry degree from the University of Washington, and a medical degree from the University of Washington School of Medicine. I am a retired physician and clinical instructor. I am board certified in internal medicine and dermatology.

3. I am a member of Defenders of Wildlife, The Wilderness Society, and the National Audubon Society.

4. I support these organizations because I care deeply about preserving the natural world for future generations. My support for these organizations also allows my voice to be heard in actions to stop environmental injustice.

5. I reside in Bozeman, Montana.

6. I am both a bird watcher and an avid waterfowl hunter (and eater).

7. I visited the Izembek National Wildlife Refuge (Izembek Refuge) on multiple occasions, including October 1–8, 2016; September 23–30, 2017; November 25–December 2, 2017; November 24–December 1, 2018; and November 16 & 20, 2019.

8. I hunt with my daughter in the Izembek Refuge because of its unique and irreplaceable environment.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 12
Case No. 3:19-cv-00216-JWS     Page 2 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 2 of 8

9. I choose to recreate in the Izembek Refuge because there is no other place on earth like it. In 1987, this area was designated a Wetland of International Importance. The expanses of eelgrass beds provide a unique and irreplaceable food source for Steller's eiders, Pacific black brant, and emperor geese. The spectacle of seeing 500,000 waterfowl of all descriptions at Izembek Refuge during pre-migration staging is a life-changing experience for me.

10. On these visits, I bagged Pacific black brant, Taverner's cackling geese, and several varieties of ducks. Beach combing, bird watching, and intimate encounters with sea otters, Steller sea lions, harbor seals, walruses, and large brown bears were also a big part of the recreational experience that makes Izembek Refuge so special for me.

11. The magic of the Izembek Refuge is the solitude created by the vast wilderness, viewing wildlife in their natural setting, and lack of human activity throughout most of the ecosystem.

12. I plan to return to Izembek Refuge once or twice a year in the future because I enjoy going there so much. My next trip is scheduled for November 2020, when I plan to spend time searching the shores of Izembek for glass floats and to experience the pristine tranquility of this wilderness area.

13. The land exchange that Secretary Bernhardt entered into binds the Department of the Interior to exchange away lands that have the very characteristics of the Izembek Refuge that led to its designation in the first place. If allowed to go forward, it is akin to the federal government exchanging Denali out of the Denali National Park for

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 12
Case No. 3:19-cv-00216-JWS     Page 3 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 3 of 8

land on the Park boundary. Privatizing land in the most defining and ecologically critical portion of the Izembek Refuge harms my ability to enjoy the Refuge for hunting and wildlife viewing.

14. It is made worse that the purpose of the exchange is to allow for road construction. Unrestricted use of the road will create unending demand for maintenance of the road, endanger human lives in the winter, allow for harassment of wildlife, and encourage the commercial use of this road to transport seafood from King Cove to Cold Bay for export. Presently, no law enforcement exists in Cold Bay except for one agent based out of Kodiak that has very limited travel to Cold Bay. Since essentially no enforcement exists to protect wildlife already, the harms to wildlife will exponentially increase with unrestricted use of this road.

15. The land exchange for a road to be constructed on tundra through hundreds of wetlands will deprive me of enjoying the recreational experience offered by the Izembek Refuge and diminish the value of my activities there. If a road is built on the exchange lands, our future activities there will never be the same. In fact, my daughter and I choose to recreate at Izembek Refuge *because* there are no roads. When we visit Izembek Refuge, surrounded by the vistas of the refuge, with its ring of volcanos, abundant minerals, and so many marine and avian species, we take a step back in time to an era devoid of human impacts. A road, gouged through this priceless place of tundra and wetlands, will destroy its wilderness character and ruin Izembek Refuge as we know and love it.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 12
Case No. 3:19-cv-00216-JWS     Page 4 of 8

Case 3:19-cv-00216-JWS    Document 32-13    Filed 01/23/20    Page 4 of 8

16. As the 2013, multivolume Final Environmental Impact Statement stated, the proposed land exchange will cause "irreversible change and damage to a unique and ecologically important area." This land exchange agreement was done without preparation of an Environmental Impact Statement, and Secretary Zinke failed to even evaluate such "irreversible" damage when making his decision. I believe public scrutiny of all issues regarding public lands is the heart of our democracy! Public input and the environmental review process provide the only voice for the average citizen to protest a proposal to destroy or degrade our public lands. When the public is excluded from decision-making processes, the resulting decisions are often poor decisions. Based on my concerns, I was a declarant in the *Friends of Alaska Nat'l Wildlife Refuges v. Bernhardt*, 381 F. Supp. 3d 1127 (D. Alaska 2019). There, the Court held that the previous land exchange agreement between the Department of Interior and King Cove Corporation unlawful and set it aside. Winning this lawsuit gives me a voice in protecting Izembek. By providing a check on the Department of the Interior from breaking existing law, conservation-minded recreationalists like myself will have a voice to ensure governmental entities are obeying the laws of the land.

17. Secretary Bernhardt has now entered into a land exchange in Izembek Refuge in direct violation of the Wilderness Act of 1964. This land exchange is a violation of the process and protection requirements of National Environmental Policy Act (NEPA) and the Alaska National Interest Lands Conservation Act (ANILCA). Izembek Refuge will be permanently damaged and will never be the same if this

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 12
Case No. 3:19-cv-00216-JWS     Page 5 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 5 of 8

exchange is allowed to proceed. Because this area is so important to me, I would have submitted comments to encourage the Secretary to protect this wild place if given the opportunity, and I have been harmed by the lack of a public process.

18. The land exchange and unrestricted use of the proposed road would be constructed through the isthmus, a sensitive ecological area separating Izembek Refuge and Kinzarof Lagoons. This isthmus contains hundreds of acres of wetlands and comprises the biological diversity and scenic heart of Izembek Refuge. If the road is built, disturbance to waterfowl from motorized traffic will be inevitable and cannot be quantified before the road is operational. The installation of monuments and use of helicopters to flag the road absolutely flies in the face of the definition of wilderness and specifically was very disrupting to all wildlife during the summer of 2018. It is appropriate for the monuments to be removed so that Izembek as a National Wildlife Refuge and Wilderness area, by definition, can be restored.

19. A majority of the world's population of threatened Steller's eiders winter in Izembek Refuge and Kinzarof lagoon, and the opportunity to observe this threatened species is one of the main reasons I visit Izembek Refuge. Motorized traffic will disturb and potentially displace the eiders and affect survival of this species. If Steller's eiders are displaced, I will be unable to enjoy observing them at Izembek Refuge, and I will no longer visit the refuge. Additionally, the road will cause changes to the hydrology and vegetation of the isthmus and negatively affect survival of both brant and emperor geese, species that I enjoy viewing and hunting (brandt) when I visit Izembek Refuge.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*  Ex. 12
Case No. 3:19-cv-00216-JWS  Page 6 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 6 of 8

20. In addition to observing waterfowl at Izembek Refuge, watching and interacting with northern sea otters is a major part of the experience of visiting the refuge. Sea otters and their young are so accessible when traveling throughout the lagoon, and I know of no other place in the world where this is the case. I have observed Steller's sea lions in Cold Bay in 2017 and 2018. These were memorable sightings and one of the few of my lifetime. While hiking through the tundra in Izembek, on multiple occasions, I have observed Alaskan brown bears in their natural setting, free from human disturbance. Seeing these animals in their natural surrounding has created lifelong memories for me, my daughter, and others lucky enough to visit Izembek Refuge.

21. During my visits, I have seen no enforcement officers in Izembek Refuge to protect the wilderness and wildlife. There are miles of permanent and illegal ATV trails into wilderness areas within the Refuge, such as the Joshua Green River Valley. I fear that the proposed road built on the exchange lands will provide additional access to further fragment and degrade sensitive wilderness areas, and increase public access for potential illegal hunting.

22. The land exchange and the proposed road undermine environmental and conservation laws, such as the Wilderness Act, NEPA, the National Wildlife Refuge System Administration Act, and. According to ANILCA, the purpose of Izembek Refuge is "to conserve fish and wildlife populations and habitats in the natural diversity, diversity including, but not limited to" waterfowl, shorebirds, other migratory birds, bears, caribou, and other mammals. It also contains provisions to protect Wilderness from road

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.*     Ex. 12
Case No. 3:19-cv-00216-JWS     Page 7 of 8

Case 3:19-cv-00216-JWS   Document 32-13   Filed 01/23/20   Page 7 of 8

construction. By ignoring these conservation laws, the government is allowing road construction without full consideration of the consequences, harming my ability enjoy wildlife on public lands.

23. Finally, the proposed road would degrade the remote nature of my Izembek Refuge experience, reduce my opportunities to observe wildlife, and deprive me and my daughter of anticipated future recreational and sport hunting opportunities. If the exchange is allowed to stand and the road is built, construction of this road will likely cause me to cancel future plans to visit the Izembek Refuge. It simply can never be the same experience once the road is built and its disastrous impacts are realized.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2020 in Bozeman, Montana.

Patrick Brian Rogers, M.D.

*Friends of Alaska National Wildlife Refuges, et al., v. Bernhardt, et al.* Ex. 12
Case No. 3:19-cv-00216-JWS Page 8 of 8

Case 3:19-cv-00216-JWS Document 32-13 Filed 01/23/20 Page 8 of 8