KEVIN G. CLARKSON
ATTORNEY GENERAL

Sean Lynch
Senior Assistant Attorney General
sean.lynch@alaska.gov

Mary Hunter Gramling
Senior Assistant Attorney General
mary.gramling@alaska.gov

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907.465.3600 main
907.465.2417 fax
*Attorneys for the State of Alaska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | ) <br> ) <br> ) **3:19-CV-00216 (JWS)** <br> ) <br> ) <br> ) <br> ) **UNOPPOSED MOTION** <br> ) **FOR EXTENSION OF** <br> ) **TIME TO FILE** <br> ) **OPPOSITION BRIEF** <br> ) |

Pursuant to Local Civil Rules 7.3(b) and 16.3(c), the State of Alaska (Alaska) requests an extension until March 9, 2020 to file its opposition brief. This fourteen-day extension is consistent with the briefing schedule for the other Defendant-Intervenors in the Court's January 16, 2020 Order. Docket 31. The extension requested would aid Alaska's efforts to avoid duplication in briefing. Counsel for Alaska has conferred with

Friends of Alaska NW Refuges, et. al. v. Bernhardt, et. al.  Case No. 3:19-cv-00216-JWS
State of Alaska's Unopposed Motion for Extension of Time                Page 1 of 2
Case 3:19-cv-00216-JWS   Document 36   Filed 02/19/20   Page 1 of 2

counsels for the other parties and no party opposes the motion. A proposed order accompanies the motion.

Respectfully submitted February 19, 2020.

        KEVIN G. CLARKSON
        ATTORNEY GENERAL

By: */s/Sean Lynch*
   Senior Assistant Attorney General
   Alaska Bar No. 0710065
   sean.lynch@alaska.gov
   P.O. Box 110300
   Juneau, AK 99811-0300
   907.465.3600 main

   Mary Hunter Gramling
   Senior Assistant Attorney General
   Alaska Bar No. 1011078
   mary.gramling@alaska.gov
   *Attorneys for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, a copy of the foregoing Unopposed Motion for Extension of Time to File Opposition Brief and a Proposed Order were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        KEVIN G. CLARKSON
        ATTORNEY GENERAL

By: */s/Sean Lynch*
   Senior Assistant Attorney General
   Alaska Bar No. 0710065
   sean.lynch@alaska.gov
   P.O. Box 110300
   Juneau, AK 99811-0300
   907.465.3600 main

Friends of Alaska NW Refuges, et. al.  v. Bernhardt, et. al.  Case No. 3:19-cv-00216-JWS
State of Alaska's Unopposed Motion for Extension of Time   Page 2 of 2
Case 3:19-cv-00216-JWS   Document 36   Filed 02/19/20   Page 2 of 2