IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants. | <br><br><br><br> 3:19-CV-00216 (JWS) |

**ORDER**

Having reviewed and fully considered the State of Alaska's Non-Opposed Motion for an extension of time to file its opposition brief in the above-captioned case,

IT IS HEREBY ORDERED that the State of Alaska's motion is GRANTED. The State of Alaska shall file its opposition brief on or before March 9, 2020.

DATED this 21st day of February 2020.

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT