KEVIN G. CLARKSON
ATTORNEY GENERAL

Sean Lynch
Senior Assistant Attorney General
sean.lynch@alaska.gov

Mary Hunter Gramling
Senior Assistant Attorney General
mary.gramling@alaska.gov

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907.465.3600 main
907.465.2417 fax
*Attorneys for the State of Alaska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>Plaintiffs,<br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION, et al.,<br><br>Intervenor-Defendants,<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | **3:19-CV-00216 (JWS)**<br><br>**JOINT REQUEST FOR ORAL ARGUMENT**<br>**(Local Rule 7.1(f))** |

Intervenor-Defendant State of Alaska jointly requests with the Intervenor-Defendants King Cove Corporation, *et al.*, oral argument on the Plaintiffs' motion for summary judgment and the oppositions filed in response. Oral argument is indispensable in this matter as this

litigation presents issues of first impression under ANILCA and ANCSA that will affect management and governance of federal, state and tribal land in Alaska. The Court would benefit greatly by exploring the legal arguments and policy ramifications presented in the appeal of Secretary Bernhardt's decision.

Respectfully submitted March 25, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: /s/Sean Lynch
Sean Lynch
Senior Assistant Attorney General
Alaska Bar No. 0710065
sean.lynch@alaska.gov

Mary Hunter Gramling
Senior Assistant Attorney General
Alaska Bar No. 1011078
mary.gramling@alaska.gov
*Attorneys for the State of Alaska*

Steven W. Silver
Alaska Bar No. 7606089
Robertson, Monagle, and Eastaugh, PC
1810 Samuel Morse Drive Suite 202
Reston, VA 20191
703.527.4414 (office)
703.313.1793 (fax)
ssilver628@aol.com

James F. Clark, III
Alaska Bar No. 690725
Law Office of James F. Clark
1109 C Street
Juneau, AK 99801
907.586.0122 (main)
907.586-1093 (fax)
jfclarkiii@gmail.com
*Attorneys for King Cove Corporation, et al.*

Friends of Alaska NW Refuges, et. al. v. Bernhardt, et. al.     Case No. 3:19-cv-00216-JWS
JOINT REQUEST FOR ORAL ARGUMENT     Page 2 of 3
Case 3:19-cv-00216-JWS   Document 46   Filed 03/25/20   Page 2 of 3

# CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2020, a copy of the foregoing Request for Oral Argument was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                  KEVIN G. CLARKSON
                                  ATTORNEY GENERAL

By:    */s/Sean Lynch*
        Senior Assistant Attorney General
        Alaska Bar No. 0710065
        sean.lynch@alaska.gov
        P.O. Box 110300
        Juneau, AK 99811-0300
        907.465.3600 main

Friends of Alaska NW Refuges, et. al. v. Bernhardt, et. al.    Case No. 3:19-cv-00216-JWS
JOINT REQUEST FOR ORAL ARGUMENT    Page 3 of 3

Case 3:19-cv-00216-JWS   Document 46   Filed 03/25/20   Page 3 of 3