Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
bpsarianos@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>    Defendants,<br><br>KING COVE CORPORATION, *et al.*,<br><br>    and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 3:19-cv-00216-JWS |

**NOTICE REGARDING PLAINTIFFS' POSITION ON ORAL ARGUMENT**
**(Local Rule 7.1(f))**

Plaintiffs generally do not oppose Intervenor-Defendants' State of Alaska and King Cove Corporation, *et al.*, motion/request for oral argument, (ECF No. 46), but seek to provide additional information regarding activities and timing that may impact the litigation. Plaintiffs provide notice to the Court that Federal Defendants and agencies are undertaking various activities to advance the Land Exchange Agreement that is the subject of this lawsuit. Should this Court grant the request for oral argument, Plaintiffs respectfully request that this Court permit the hearing to be conducted by telephone, Local Civ. Rule 7.3(i), and the Court's earliest convenience.

Plaintiffs' counsel has communicated with counsel for Federal Defendants and understand that a contaminants survey pursuant to the challenged Land Exchange Agreement is proposed to occur in April. After the survey and subsequent steps are taken, Federal Defendants and Intervenor-Defendant King Cove Corporation would sign land patents. Based on information provided by the Federal Defendants, Plaintiff understand that the land exchange could be completed potentially as soon as August or September 2020. Federal Defendants have not agreed to stay activities pursuant to the Land Exchange Agreement, or the signing of the patents, while this lawsuit is pending. Plaintiffs also understand that survey and appraisal activities, and other activities to advance road permitting and construction, would include on-the-ground activities in Izembek and its designated Wilderness. Such activities would occur during the pendency of this lawsuit.

In an effort to avoid emergency motions practice before this Court or additional legal claims, Plaintiffs respectfully request that this Court decide the pending Motions for Summary Judgment as soon as possible after oral argument on the motion is held, should this Court grant Intervenor-Defendants' request. In light of Miscellaneous General Order 20-11, which suspends court proceedings due to the recent outbreak of COVID-19, and this Court's order declining to stay filing deadlines in this case (ECF No. 47), we respectfully request that any oral argument take place telephonically, as soon as possible, pursuant to Local Rule 7.3(i).

Respectfully submitted on this 1st day of April, 2020.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I certify that on April 1, 2020, I caused a copy of the NOTICE REGARDING PLAINTIFFS' POSITION ON ORAL ARGUMENT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case whom are registered with the CM/ECF system.

              s / Bridget Psarianos
              Bridget Psarianos

*Friends of Alaska Nat'l Wildlife Refuges, et al. v. Bernhardt, et al.*
Case No. 3:19-cv-00216-JWS                       Page 4

Case 3:19-cv-00216-JWS   Document 48   Filed 04/01/20   Page 4 of 4