DAVENÉ D. WALKER
RICKEY D. TURNER, JR.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044–7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, | )<br>)<br>) CASE NO. 3:19-cv-00216-JWS |
| Plaintiffs, | )<br>) |
| v. | )<br>) **NOTICE OF FILING** |
| DAVID BERNHARDT, *et al.*, | ) **JOINT APPENDIX**<br>) |
| Federal Defendants, | )<br>) |
| and | )<br>) |
| KING COVE CORPORATION, *et al.*, | )<br>) |
| Intervenor-Defendants, | )<br>) |
| STATE OF ALASKA, | )<br>) |
| Intervenor-Defendant. | )<br>) |

   Pursuant to Local Civil Rule 16.3(b)(B)(ii), the parties hereby notice the filing

of the Joint Appendix. The Joint Appendix consists of documents from the

Notice of Filing Joint Appendix                        1
*Friends of Alaska National Wildlife Refuges v. Bernhardt*, 3:19-cv-216

Administrative Record, ECF Nos. 25-26, cited by the parties in their merits briefs, ECF Nos. 32, 38, 39, 40, 43. The parties are also providing an index to the Joint Appendix, attached hereto as Exhibit A. The index provides the document name, bates range, and summary from the Administrative Record indices, ECF No. 25-1. For the convenience of the Court and parties, the index also contains a column on whether the Joint Appendix includes the entire document or an excerpt.

As requested by the Court, the parties are providing a hard copy of the filed Joint Appendix. Defendants will overnight the hard copy to the Court within four business days.

Respectfully submitted on this 6th day of April, 2020.

> PRERAK SHAH
> Deputy Assistant Attorney General
> Environment and Natural Resources Division
>
>
> /s/ Davené D. Walker
> DAVENÉ D. WALKER
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
> Telephone: (202) 353-9213
> Facsimile: (202) 305–0506
> davene.walker@usdoj.gov
>
> RICKEY D. TURNER, JR.
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division

Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
bpsarianos@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

Steven W. Silver
Alaska Bar No. 7606089
Robertson, Monagle, and Eastaugh, PC
1810 Samuel Morse Drive Suite 202
Reston, VA 20191
703.527.4414 (office)
703.313.1793 (fax)
ssilver628@aol.com

James F. Clark, III
Alaska Bar No. 690725
Law Office of James F. Clark
1109 C Street
Juneau, AK 99801
907.586.0122 (main)
907.586-1093 (fax)
jfclarkiii@gmail.com

*Attorneys for King Cove Corporation, et al.*

Sean Lynch
Senior Assistant Attorney General
Alaska Bar No. 0710065
sean.lynch@alaska.gov

Mary Hunter Gramling
Senior Assistant Attorney General
Alaska Bar No. 1011078
mary.gramling@alaska.gov

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907.465.3600 main
907.465.2417 fax

*Attorneys for the State of Alaska*