| Tab No. | Bates Range | Document Name | Document Type | Pages Included |
|---|---|---|---|---|
| 1 | AR 00000561-62 | Establishing the Izembek National Wildlife Range | Filing | Whole document |
| 2 | AR 00000563-65 | Secretary Seaton Creates Izembek National Wildlife Range in Alaska | Article | Excerpts |
| 3 | AR 00002815 AR 00002816 AR 00002829 | Quaternary Geology Of Alaska | Article | Excerpts |
| 4 | AR 00002925 | Paint Landscape Picture | Transcript | Excerpt |
| 5 | AR 00004472 AR 00004587-90 | Izembek National Wildlife Refuge | Report | Excerpts |
| 6 | AR 00005344 | Proposal for the Designation of Izembek Lagoon as a Wetland of International Importance Under the RAMSAR Convention | Report | Excerpt |
| 7 | AR 00006057 | Letter on Convention on Wetlands of International Importance, Especially as Waterfowl Habitat | Letter | Excerpt |
| 8 | AR 00008992-94 | U.S. Fish and Wildlife Service Izembek National Wildlife Refuge ("Izembek") Brochure | Brochure | Whole document |
| 9 | AR 00009036-43 | Izembek King Cove Road Briefing Report | Report | Excerpts |
| 10 | AR 00010380 | Abstract of document available from the Service | Article | Whole document |
| 11 | AR 00019634-36 | Impact analysis of Off-Road use for Subsistence Purposes on Refuge Lands and Resources Adjacent to the King Cove Access Project | Report | Excerpts |
| 12 | AR 00020404 AR 00020415 | 2004 Biological Review Program | Report | Excerpts |
| 13 | AR 00086428-29 | Phone Conversation with Joe Labay Alaska BLM, Lands Office | Report | Whole document |
| 14 | AR 00131365-66 | Izembek Land Exchange/Road Corridor Final Environmental Impact Statement ("FEIS") Chapter 4 Environmental Consequences | Report | Excerpt |

Joint Appendix, Exhibit A
*Friends of Alaska National Wildlife Refuges v. Bernhardt*, 3:19-cv-216                                                                 1

| 15 | AR 00174410 | Document Concerning Residual Value Appraisal System | Report | Whole document |
|---|---|---|---|---|
| 16 | AR 00179342-43<br>AR 00179346 | Izembek Land Exchange/Road Corridor FEIS Chapter 2 Alternatives | Report | Excerpts |
| 17 | AR 00179406 | Izembek Land Exchange/Road Corridor FEIS Executive Summary | Report | Excerpt |
| 18 | AR 00179500 | Izembek Land Exchange/Road Corridor FEIS Chapter 4 Environmental Consequences | Report | Excerpt |
| 19 | AR 00180519-22 | Questions and Answers about the FEIS for the Proposed Izembek Land Exchange/Road Corridor | Report | Whole document |
| 20 | AR 00180579<br>AR 00180633 | Izembek Land Exchange/Road Corridor FEIS Chapter 1 Purpose And Need | Report | Excerpts |
| 21 | AR 00180730<br>AR 00180794<br>AR 00180804<br>AR 00180861-65<br>AR 00180868-71<br>AR 00180873-74 | Izembek Land Exchange/Road Corridor FEIS Chapter 3.2 Affected Environment Biological Environment | Report | Excerpts |
| 22 | AR 00180987 | Izembek Land Exchange/Road Corridor FEIS Chapter 1 Purposes and Need | Report | Excerpt |
| 23 | AR 00181272<br>AR 00181281<br>AR 00181304-12<br>AR 00181432-37<br>AR 00181556-66 | Izembek Land Exchange/Road Corridor FEIS Chapter 4 Environmental Consequences | Report | Excerpts |
| 24 | AR 00182866 | Izembek Land Exchange/Road Corridor FEIS Appendix D ANILCA Section 810 Analysis Of Subsistence Impacts | Report | Excerpt |
| 25 | AR 00182943 | Izembek Land Exchange/Road Corridor FEIS Appendix G Comment Analysis and Response Report | Report | Excerpt |
| 26 | AR 00191901<br>AR 00191910<br>AR 00191920 | Izembek Biological Assessment and Intra-Service Section 7 Biological Evaluation | Memorandum | Excerpts |

Joint Appendix, Exhibit A
*Friends of Alaska National Wildlife Refuges v. Bernhardt*, 3:19-cv-216                    2

| 27 | AR 00197559 | Making Omnibus Consolidated and Emergency Supplemental Appropriations for Fiscal Year 1999 Conference Report | Report | Excerpt |
|---|---|---|---|---|
| 28 | AR 00220112 | US Fish and Wildlife Service Record of Decision; Izembek Land Exchange/Road Corridor FEIS | Report | Excerpt |
| 29 | AR 00220142 | Izembek Press Release | Email | Excerpt |
| 30 | AR INT-000003<br>AR INT-000010-11<br>AR INT-000018<br>AR INT-000026<br>AR INT-000046<br>AR INT-000055<br>AR INT-000058<br>AR INT-000063 | Land Protection Plan | Report | Excerpts |
| 31 | AR INT-001236-55 | U.S. Department of the Interior U.S. Fish and Wildlife Service – 2013 Record of Decision | Report | Whole document |
| 32 | AR INT-001258-59 | Letter responding to request to reconsider decision | Letter | Whole document |
| 33 | AR INT-001262<br>AR INT-001265<br>AR INT-001275-78<br>AR INT-001303-05 | Final Assessment of Non-road Alternatives from King Cove to Cold Bay | Report | Excerpts |
| 34 | AR INT-001500-01 | Secretary Zinke's Confirmation Transcript | Transcript | Excerpt |
| 35 | AR INT-001645-47 | Letter requesting Interior commence a land exchange process | Letter | Whole document |
| 36 | AR INT-001648-51 | Letter from King Cove Corporation | Letter | Whole document |
| 37 | AR INT-002029 | Land Exchange Agreement Exhibit B | Map | Excerpt |
| 38 | AR INT-002122-37 | U.S. Department of the Interior and King Cove Corporation – 2018 Land Exchange Agreement | Agreement | Whole document |
| 39 | AR INT-002138-40 | News Release – Secretary Approves Initial Plan to Build a Life-saving Road for Alaska Native Village of King Cove | News Release | Whole document |

Joint Appendix, Exhibit A
*Friends of Alaska National Wildlife Refuges v. Bernhardt*, 3:19-cv-216

3

| 40 | AR INT-002141-2208 | U.S. Department of the Interior Bureau of Land Management – U.S. Survey No. 14495, Alaska | Map | Whole document |
| 41 | AR INT-002209-56<br>AR INT-002268<br>AR INT-002354<br>AR INT-002357<br>AR INT-002435-40<br>AR INT-002504-38 | KCC Letter Requesting Land Exchange Agreement with attachments | Letter | Excerpts |
| 42 | AR INT-002813-63 | Findings and Conclusions Concerning a Proposed Land Exchange Between the Secretary of the Interior and King Cove Corporation for Lands within Izembek | Letter | Whole document |
| 43 | AR INT-002864-74 | Letter enclosing executed 2019 Land Exchange Agreement | Letter | Whole document |