# Tab 1

## ALASKA

### Establishing the Izembek National Wildlife Range

By virtue of the authority vested in the President and pursuant to Executive Order No. 10355 of May 26, 1952, it is ordered as follows:

Subject to valid existing rights, the following-described areas of public land and water in Alaska are hereby withdrawn from all forms of appropriation under the public land laws, including the mining but not the mineral leasing laws, for the disposals of materials under the act of July 31, 1947 (61 Stat. 681; 30 U.S.C. 601–604), as amended, and reserved for use of the Department of the Interior, as a refuge, breeding ground, and management area for all forms of wildlife, to be known as the Izembek National Wildlife Range: *Provided,* That the reservation made by this order shall not prohibit the hunting or trapping of game animals and game birds or the trapping of fur animals in accordance with the provisions of applicable law, and as may be permitted by regulations of the Secretary of the Interior prescribed and issued pursuant thereto:

Beginning at corner No. 1, from which U.S.C. & G.S. station "COW", located on the edge of Cold Bay at latitude 55°12′10.71″ N., and longitude 162°41′57.75″ W., bears N. 85°52′50″ E., a distance of 1.34 miles (7,086.5 feet) thence with two (2) courses of the westerly boundary of Air Navigation Site Withdrawal No. 176, S. 15°30′ W. 1.61 miles (8,500.00 feet) to corner No. 2, thence due south 1.0 mile (5,280.00 feet) to corner No. 3, which is the southwest corner of Air Navigation Site Withdrawal No. 176, thence leaving said Air Navigation Site southwesterly along the crest of a spur ridge of Frosty Peak with three courses, approximately, S. 41°00′ W.—2.05 miles (Elev. 1300′) to a point; S. 68°30′ W.—0.55 mile (Elev. 2000′) to a point;—S. 34°30′ W.—1.35 miles (Elev. 4200′) to corner No. 4, an angle point at forks of spur ridge leading to Frosty Peak, thence with two courses, approximately, S. 30°30′ E.—1.20 miles (Elev. 4000′) to a point; S. 19°45′ W.—2.28 miles (6800′) to corner No. 5, the summit of Frosty Peak, thence leaving Frosty Peak along the crest of a spur ridge, with three courses approximately S. 23°30′ W.—1.12 miles (Elev. 6000′) to a point; S. 64°00′ W.—2.04 miles (Elev. 1600′) to a point; S. 76°30′ W.—4.0 miles to corner No. 6, at the mouth of an unnamed stream at the intersection of the line of mean high tide on the east side of Morzhovoi Bay, approximately at latitude 55°03′, longitude 163°59′, thence northerly, westerly, and southwesterly with the line of mean high tide of Morzhovoi Bay approximately 14 miles to corner No. 7, at the mouth of an unnamed stream at the intersection of the line of mean high tide on the west side of Morzhovoi Bay, approximately at latitude 55°02′40″—longitude 163°13′30″, thence westerly with the north bank of said stream and with the north shore of two (2) small unnamed lakes 2.10 miles, to a point on the west shore of the most westerly lake at approximate latitude 55°02′45″; thence due west—1.00 mile to corner No. 8, at the intersection of an unnamed stream with the line of mean high tide on the east side of Bechevin Bay at approximate latitude 55°02′45″—longitude 163°17′30″, thence northwesterly, north-

easterly, and south, asterly with the line of mean high tide of Bechevin Bay, 8.86 miles to a point on the most westerly extremity of the Alaska Peninsula-Bering Sea shore at approximate latitude 55°05′50″—longitude 163°21′30″, thence northeasterly with the line of mean high tide of Bering Sea, 18.20 miles to the most northerly point of Cape Glazenap, approximate latitude 55°15′—longitude 163°00′, thence N. 52°30′ E.—1.28 miles across the Cape Glazenap inlet to Izembek Bay, to a point at the line of mean high tide of Glen Island, one of the Kudiakof Islands; thence northeasterly with the line of mean high tide of Bering Sea, 4.90 miles to a point on the northerly shore of Glen Island at approximate latitude 55°19′—longitude 162°54′20″; thence N. 35°15′ E.—2.52 miles, across an inlet to Izembek Bay, to a point on the line of mean high tide of Operl Island, one of the Kudiakof Islands; thence northeasterly with the line of mean high tide of Bering Sea, 8.10 miles to the most northerly point of Operl Island at approximate latitude 55°24′30″—longitude 162°42′; thence due east 3.22 miles, across an inlet to Izembek Bay, to a point on the southern shore of Neumann Island; thence northeasterly with the line of mean high tide of Bering Sea, 3.38 miles to the most northeasterly point of Neumann Island at approximate latitude 55°26′50″—longitude 162°36′30″, thence N. 71°00′ E.—0.22 mile, across an inlet to Moffet Bay, to Moffet Point on the Alaska Peninsula, thence northeasterly with the line of mean high tide of Bering Sea, 8.40 miles to corner No. 9, at approximate latitude 55°32′10″—longitude 162°24′, thence three courses with the boundaries of the watershed of Moffet Bay, southeasterly approximately 17.40 miles to the summit of the Aghileen Pinnacles, southerly approximately 19.60 miles to the summit of Mt. Dutton, westerly approximately 10.20 miles to corner No. 10, at the line of mean high tide on the east side of Cold Bay at approximate latitude 55°10′22′, thence northerly, northwesterly, and southwesterly with said line of mean high tide approximately 13.10 miles to corner No. 11, at the line of mean high tide on the northwest side of Cold Bay, approximate latitude 55°15′30″—longitude 162°40′30″, thence due west to corner No. 12, which is the northeast corner of Air Navigation Withdrawal No. 176; thence with two (2) courses of Air Navigation Site Withdrawal No. 176 boundary; due west 2.50 miles (13,216.8 feet) to corner No. 13; thence S. 24°57′30″ E., 4.28 miles (22,530.5 feet) to corner No. 1, the point of beginning containing approximately 500 square miles of land and 169 square miles of water area, but excluding lands beneath navigable waters as defined in section 2 of the Submerged Lands Act of 1953 (67 Stat. 29; 43 U.S.C. 1301).

This order shall not be construed to abrogate or impair any legal or aboriginal claim of right of the natives to use the lands, if any, and they may hunt, fish, and trap in accordance with applicable law, and carry on any other lawful activities.

Fred A. Seaton,
*Secretary of the Interior.*

December 6, 1960.

[F.R. Doc. 60-11521; Filed Dec. 8, 1960; 8:53 a.m.]



Admin Record

# Tab 2



**DEPARTMENT OF THE INTERIOR**
*INFORMATION SERVICE*

OFFICE OF THE SECRETARY

For Release to PM's, DECEMBER 7, 1960

### SECRETARY SEATON CREATES IZEMBEK NATIONAL WILDLIFE RANGE IN ALASKA

Secretary of the Interior Fred A. Seaton today announced establishment of the Izembek National Wildlife Range in Alaska. The range embraces about 649 square miles on the north side of the Alaska Peninsula, the long arm reaching out and joining the Aleutian Islands. This confirms an application for withdrawal, having the effect of segregating the land from entry, which was originally filed in 1942.

Secretary Seaton said the Izembek National Wildlife Range contains the most important concentration point for waterfowl in Alaska. Gigantic flights of ducks, geese and shorebirds converge through this area in the spring and fall. The area also supports many large brown bears and herds of Stone's caribou.

The Izembek National Wildlife Range is near the western end of the Alaska Peninsula. Within its boundaries are rangeland, tideland and tundra of Izembek Bay, Cold Bay, and Morzhovoi Bay, including a gross of about 649 square miles of land and water. State-owned inland navigable water areas are not included in the Range. Furthermore, the Range does not include any lands or waters granted to the State of Alaska by virtue of the Alaska Statehood Act.

Secretary Seaton explained that the Range will continue, as has been the case for the past eight years, to be closed to all forms of disposition under the public land laws including the mining but not the mineral leasing laws. Any mineral leasing would be done under the protective safeguards of the Department's wildlife land-leasing laws.

The area's isolation and extreme climatic conditions have largely prevented settlement in the area. Natives will continue to have the right to hunt, fish and trap game animals and game birds in accordance with the law.

The Izembek National Wildlife Range is primarily a feeding ground. Its biggest asset is the enormous amount of eel grass produced in the shallow waters of Izembek Bay and in marshes along the coasts of other bays and lagoons. The eel

Admin Record

00000563



Admin Record

00000564

grass, along with grasses and berries produced on the tundra, attract hundreds of thousands of waterfowl--particularly Brant, Emperor geese, and lesser Canada geese.

Funds for development, operation and maintenance of this and other new wildlife management areas in Alaska will be requested from the next Congress.

Establishment of the Range marks the end of an effort which began nearly 20 years ago when first steps were taken to protect wildlife in this area. Preservation of the area in public ownership as a major link in the Nation's wildlife system will assure conservation of the valuable wildlife feeding and habitat area, Secretary Seaton said.

A complete description of the affected lands and the terms of the withdrawal order will be published in the Federal Register. A map showing the general location of the Range is attached.

x x x

P.N. 84874-60                                    2

Admin Record

00000565

# Tab 3

solifluction conditions on the north side of the Tanana valley.

In many areas the frost-rived debris contains less fine material and less water and consists of angular fragments of well-jointed, resistant rock such as quartzite, basalt, or andesite. Under such circumstances solifluction lobes do not commonly occur; instead, conspicuous sheets or streams of angular rubble form. These rubble sheets consist of angular to semirounded bedrock fragments a few to 60 cm in diameter; they form a blanket 30 cm to 2 m thick on slopes and hills. These sheets may be hundreds of metres long and wide. Active rubble sheets occur in northern and western Alaska, but little is known of the mechanics of movements and distribution.

The best documented inactive rubble sheets in Alaska are on Jumbo Dome on the north side of the central Alaska Range (Wahrhaftig, 1949). Here the evidence indicates at least five periods of rubble-sheet formation on the andesite dome, interspaced with periods of dissection. The sheets are between elevations of 900 and 1,200 m and were active during times of more rigorous climate. The snowline was 370 m lower during Wisconsinan time (Wahrhaftig, 1949, p. 220), and periods of rubble-sheet formation are correlated with glaciations in the Alaska Range. The youngest rubble sheet may be correlative with the late Wisconsinan glacial stage.

In the Amphitheater Mountains on the south side of the central Alaska Range along the Denali Highway, rubble sheets of Wisconsinan age occur at 1,200 m (Péwé, 1965c, fig. 7–39). The rubble was derived from higher slopes during formation of altiplanation terraces during the rigorous climate of the Denali (Wisconsinan) Glaciation (table 2; Péwé, 1961c, D200–D201; 1965c). The rubble overlies till of Illinoian age.

Rock glaciers, tongue-shaped or lobate masses of unsorted, angular frost-rived material with interstitial ice (if active) and with steep lichen-free fronts 10–100 m high, are one of the most spectacular periglacial deposits (fig. 34) but are limited in aerial extent. They are 150–3,200 m wide and 300–1,600 m long, and in Alaska most of them occur in cirques. Rock glaciers are abundant in the Talkeetna Mountains and the Chugach Range and were reported by Capps (1910a) and Moffit and Capps (1911, p. 52) from the Wrangell Mountains (fig. 34). They are widespread in the central Alaska Range (Wahrhaftig and Cox, 1959; Foster and Holmes, 1965).

Active rock glaciers occur below snowline, and a study of topographic maps and aerial photographs indicates that they are at an elevation of approximately 1,600 m on the north side of the Alaska Range, at 1,500 m in the Talkeetna Mountains, at 1,200 m in the

Chugach Range, and at 1,150 m in the Wrangell Mountains. Porter (1966, fig. 85) reported active rock glaciers at an elevation of 1,600–1,800 m in the central Brooks Range.

The most detailed study of rock glaciers in Alaska was by Wahrhaftig and Cox (1959) in the central Alaska Range. They defined a rock glacier as a type of glacier formed under the influence of a periglacial climate in an area lacking the net accumulation of snow required for a conventional glacier to form. A permafrost environment must be present (mean annual air temperature colder than 0°C) to enable the snow and water which trickles down into the interstices between the rocks to remain as ice. The abundant supply of coarse blocky debris necessary for formation of rock glaciers is most often found at the base of cirque walls. A periglacial climate with its intense frost action is ideal for frost riving of the fractured bedrock of the cliffs.

Active rock glaciers move slowly. Measurements of one rock glacier in the central Alaska Range by Wahrhaftig and Cox (1959, p. 383) indicate that it moved at the average rate of 73 cm annually from 1949 to 1957.

An active rock glacier is in equilibrium with a climate necessary to produce the frost-rived debris and to permit the interstitial ice to exist. The rock glacier becomes inactive when these climatic conditions are not met and thus loses its steep front, interstitial ice, and forward motion. In Alaska, inactive rock glaciers can be found at lower elevations than the presently active ones, and no doubt they represent the lowering of snowline and changing of other climatic parameters in the past. Wahrhaftig and Cox (1959) carefully showed that an understanding of rock glaciers permits an interpretation of paleoclimatic conditions. They documented many post-Wisconsinan inactive rock glaciers in the Alaska Range. In the central Alaska Range, they stated that the rock glaciers formed in two separate cold periods that occurred after the post-Wisconsinan thermal maximum. Almost all inactive rock glaciers in Alaska occur in Wisconsinan cirques and must therefore be post-Wisconsinan in age; however, at an elevation of 1,200 m along the Denali Highway between the Tangle Lakes and MacLaren River, inactive rock glaciers(?) of Wisconsinan age are reported (Péwé, 1965c, p. 91). In the Anuktuvuk Pass area, Porter (1966, fig. 85) found inactive rock glaciers at elevations from 1,200 to 1,500 m.

Rock glaciers in Alaska are excellent records of late Holocene events, but only in the central Alaska Range have they been used in interpreting the history of the last tens of thousands of years (Wahrhaftig and Cox, 1959). A great opportunity exists in most of the mountains in Alaska to document this span of history carefully by means of rock glaciers.

Admin Record

00002815



FIGURE 34—Rock glacier on Sourdough Peak in the southern foothills of the Wrangell Mountains 13 km east of McCarthy. View looking north. Photograph by Bradford Washburn.

### THERMOKARST FEATURES

One phenomenon restricted to the periglacial landscape is thermokarst topography. The thawing of permafrost creates an uneven topography which consists of mounds, sinkholes, tunnels, caverns, short ravines, lake basins, and circular lowlands caused by melting of ground ice. Thermokarst features differ from other periglacial phenomena inasmuch as they are not formed by the repeated freeze and thaw of bedrock with subsequent breakup of the rock and transfer of the debris; they are the result of thawing of permafrost and associated ground ice, and they form either by warming of the climate or by artificial or natural removal of the overlying vegetation cover.

Thermokarst features have been noted in Alaska for many years. In the Arctic Coastal Plain, modern and ancient lake basins (Black and Barksdale, 1949; Black, 1969b; Britton, 1958a, b; Tedrow, 1969) as well as ravines (Anderson and Hussey, 1963) and polygonal topographic microrelief (Hussey and Michelson, 1966) (fig. 28) are widespread. Sinkholes and lake basins are reported from the Seward Peninsula (Hopkins, 1949) and central Alaska (Wallace, 1948; Péwé, 1965a, 1966c, p. 27). Mounds and pits are abundant in cultivated fields near Fairbanks (Péwé, 1949, 1954).

Despite these observations, no systematic studies of the thermokarst topography have been made on a regional basis such as those done in the U.S.S.R. (See references in Czudek and Demek, 1970.) Several areas in central Alaska appear to exhibit well-developed, widespread thermokarst topography, such as the lake-pitted plains on the south side of the Yukon Flats (pl. 1). The same type of topography in the middle reaches of the Tozitna River may yield basic data on the origin of thermokarst topography and the regional history of permafrost.

Admin Record

00002816

radiometric dates, with the transgression represented by the Bootlegger Cove Clay. Among these are (1) a short-lived warm phase at 14,100 years B.P. recorded in ice cores in Greenland (Dansgaard and others, 1969); (2) deposition of marine "Clay III" at Boston (Kaye, 1961) from which radiocarbon dating of four shell samples yielded an average age of 13,900±300 years B.P. (Kaye and Barghoorn, 1964; Krueger and Weeks, 1966, p. 142; Stuiver, 1969, p. 566); and (3) a sea level stillstand at −38 m in the Bering and Chukchi Seas which probably is between 13,000 and 14,000 years old (D. M. Hopkins, oral commun., April 1972; Creager and McManus, 1967; Sheth, 1971, p. 13).

## KRUSENSTERNIAN TRANSGRESSION

Marine deposits of the last 10,000 years or so are from the transgression that resulted from the melting of continental glaciers during the late Wisconsinan and Holocene time. This was named the Krusensternian transgression, from Cape Krusenstern in northwestern Alaska. In most parts of Alaska, deposits of the Krusensternian transgression lie within a few metres of present sea level and are less than 6,000 years old; however, elevated marine terraces in southern and southeastern Alaska that formed 11,000–6,000 years ago are considered to have been carved early in the Krusensternian transgression.

Archeological studies of associated cultural sequences suggest that progradation of the coast began, in different places, from 1,000 to 4,500 years ago. The marine sediments of the vast Yukon-Kuskokwim Delta are in part of Krusensternian age, and many major tributaries were diverted during Krusensternian time. Hopkins (1967a) believed that sea level lay far below its present position until 6,000 years ago and within a few metres of its present position since about 5,000 years ago. This is supported at Barrow by radiocarbon dating of coastal peat (Brown and Sellmann, 1966a) and by geothermal studies by Lachenbruch (1957). However, Moore (1960) suggested from a study of arctic beach ridges that sea level rose about 3 m during the last 5,000 years.

Regressions of the sea during glacial maximums in Pleistocene time exposed many shallow-water offshore areas in the world. One of the most interesting and well-studied areas is the Bering-Chukchi platform, a wide, gently sloping area between the Alaskan and Siberian coasts and now covered by 30–150 m of water (Scholl and others, 1974). Although this area formed a barrier to the migration of marine organisms during glacial times, it also provided a land bridge between Siberia and Alaska for the migration of vertebrates, including man, during these times. This wide, treeless land bridge with a severe Arctic climate existed during major Pleistocene glaciations (Hopkins, 1959b; 1967a, p. 451–484), and the history of the land bridge during the past 35,000 years is summarized as follows: (1) Bridge present more than 35,000 years ago; (2) bridge narrowed and probably severed during middle Wisconsinan time about 35,000–25,000 years ago; (3) land connection restored during late Wisconsinan advances from 25,000 to 12,000 years ago, although land connections may have been drowned occasionally for short periods during the interval; and (4) land bridge drowned by the rising sea between 11,000 and 10,000 years ago.

## SUMMARY

The first clear stratigraphic picture of Alaskan marine deposits of Quaternary age now above sea level has appeared over the past decade. Well-preserved beaches and shallow-water sediments from late Pliocene to Holocene age represent marine transgressions during higher eustatic stands of sea level. The transgressions are fairly well dated radiometrically and are given provincial names. Because eustatic sea level changes can be correlated worldwide, they provide an excellent means of tying Alaskan Quaternary events into happenings elsewhere.

## VOLCANIC ASH DEPOSITS

Volcanic ash deposits are widespread and abundant in Quaternary sediments throughout southern Alaska from the far west in the Aleutian Islands to southeastern Alaska. Ash deposits are present but less abundant in central Alaska, and are unknown in northern Alaska. An ash layer constitutes an ideal stratigraphic marker and forms the basis of what Wilcox (1965) calls volcanic-ash or volcanic-ejecta chronology. Ash deposits have been useful in solving stratigraphic problems throughout the world; Thorarinsson (1944, 1949) used the name "tephrochronology" for the use of ash deposits in stratigraphic correlations in Iceland.

The ash deposits in Alaska have been noted for years, but despite their potential, little use has been made of them in Quaternary stratigraphy. A technique recently developed for ash identification—accurate, rapid, quantitative chemical analyses of the glass shards of an ash by using the electron microprobe (Smith and Westgate, 1969)—should greatly stimulate use of recognized ash horizons in Quaternary work (Smith and others, 1969).

Potassium-argon methods make it possible to date some ash horizons, especially near the source where the ash may be thick. A radiometrically dated ash horizon is an excellent marker bed when traced from the source into sediments of different origins. The distribution of an ash bed may also be used to infer wind directions at the time of eruption. Such work has already been done in Alaska with the Katmai ash (Curtis, 1969, p. 159)

Case 3:19-cv-00216-JWS   Document 50-2   Filed 04/06/20   Page 11 of 27

Admin Record

00000829

# Tab 4

**Paint the landscape picture – why is this place special?**

- The location, type and arrangement of habitats is extremely unique
- The area is a narrow isthmus of rolling tundra surrounded by sheltered wetlands, lagoons, and shallow bays
- The nutrient rich waters of the Bering sea and the North Pacific come together to support extremely productive tidal and wetland ecosystems in this area
- In fact, the world's largest eel grass beds are found in the Izembek lagoon
- This arrangement of important habitats, their size, and fortuitous location make Izembek a very unique and critical area for wildlife, especially migratory birds as they rest and feed in preparation for long migrations, and other bird species that rely on the area to overwinter
- The area is also remote and undisturbed

**The area has repeatedly been recognized as an important wildlife habitat, not only by the US, but internationally.**

- It was designated as a NWR in 1960 because of its importance to wildlife, especially migratory birds
- Most of the refuge (300,000 acres) was designated as Wilderness in 1980, in part to preserve the naturalness of the area for wildlife
- In 1986, Izembek was among the first places in the US to be designated a wetland of international importance as a RAMSAR site, which recognizes the global importance of the wetlands found there
- In 2001, the American Bird Conservancy recognized the Izembek and Moffet lagoons as Globally Important Bird Areas.

*road use*

*Cumulative Effects – ATV - use*

**From an ecological standpoint, this is one of the worst places in N. America to put a road.**

- This ==spot is where the entire continental population (130,000) of Pacific black brant rest, feed and fuel up prior to flying non-stop 3000 miles to Mexico for the winter==
- This is where most of the Pacific flyway's cackling geese stage and bulk up prior to long migrations to their wintering areas
- ==Izembek is also where most of world's Emperor geese find shelter during== the winter when other wintering areas are froze over. This goose is endemic to the Bering sea rim and winters exclusively along the Aleutian chain and AK Peninsula.   *low reproduction, low survival rates (close to hunting)*
- Izembek is where a significant percentage of the world's threatened Stellar's Eiders winter, up to 40% at times.
- ==The Refuge supports the world's only population of non-migratory tundra swans.== And, this population has declined over the past 20 years. The proposed road would bi-furcate the nesting habitat for these swans and the human presence, both in vehicles, on foot and on all-terrain

Admin Record

00002925

# Tab 5

## II. SPECIAL VALUES OF IZEMBEK REFUGE

Section 304(g) of ANILCA requires the Secretary of the Interior to prepare comprehensive conservation plans for each Alaskan refuge, and gives specific directions that "the special values of the refuge, as well as archeological, cultural, ecological, geological, historical, paleontological, scenic, or wilderness value of the refuge" shall be described. In response, the Service identified the following special values of Izembek Refuge:

The Izembek Wilderness covers about 95% of the refuge, and includes many of the other special values of the refuge. Pristine streams, extensive wetlands, steep mountains, tundra, and sand dunes in the wilderness area provide high scenic, wildlife and scientific values. The area also provides outstanding opportunities for solitude and primitive recreation.

The needle-topped Aghileen Pinnacles, on the refuge boundary, stand out as one of the most prominent and scenic features on the refuge.

Left Hand and Right Hand valleys are also noted for their scenic qualities, and are key and important habitat for caribou, brown bear, and other fish and wildlife.

The barrier islands are of ecological importance, protecting Izembek Lagoon from the Bering Sea.

Grant Point provides an excellent overlook on Izembek Lagoon and the waterfowl feeding there.

The Kinzarof Lagoon wetland complex provides key habitat for waterfowl and other fish and wildlife.

Izembek, Kinzarof, Big, Middle and Little lagoons are of special importance for the waterfowl they support: up to 300,000 geese, 150,000 ducks, and 120,000 to 150,000 brant (nearly all of the brant in the Pacific flyway) use Izembek Lagoon in the fall migration. The eelgrass bed in Izembek Lagoon is one of the largest in the world.

Finally, The diversity of refuge resources and uses, including landforms, habitats, fish and wildlife, and subsistence and recreational uses, is noteworthy in Alaska.

The special values of Izembek Refuge are reflected in the nomination of the entire refuge as a potential national natural landmark in 1982. In their report on the refuge, Steven B. Young and Alan R. Batten stated:

> This is clearly one of the truly outstanding sites in the area. It is of National Significance in every respect, but particularly since the values incorporated in this site are not well represented in National Parks or other stringently protected areas.

14

Case 3:19-cv-00216-JWS   Document 50-2   Filed 04/06/20   Page 15 of 27

Admin Record

00004472

## Economic Use Management Directions

### Alaska Mineral Resource Assessment Program (AMRAP)

Section 1010 of ANILCA requires that all federal lands in Alaska be assessed for their hardrock mineral potential, although no "new" hardrock mineral mining can occur on Izembek Refuge under section 304(c) of the act. Mineral assessment techniques that do not result in lasting impacts on refuge resources, such as side-looking radar, will be permitted throughout the refuge under all alternatives. The Service will issue special use permits, with stipulations, to ensure that the assessment program is compatible with refuge purposes. For example, stipulations may limit access during nesting, spawning, or other times when fish and wildlife may be especially vulnerable to disturbance.

### Oil and Gas Exploration and Development

Both of the alternatives that were developed for Izembek Refuge were based on the provisions of Section 1008 of ANILCA and a 1982 Memorandum of Understanding between the U.S. Department of Interior, U.S. Department of Agriculture and the State of Alaska. Under Section 1008 of ANILCA, oil and gas leasing can occur on Izembek Refuge if it is determined that these activities are not incompatible with the purposes for which the refuge was established. The 1982 Memorandum of Understanding states that the refuge comprehensive conservation plans will be the vehicle used to determine if oil and gas exploration and development should be permitted on the Alaska refuges. This document fulfills that provision.

Oil and gas exploration and development are precluded in the Izembek Wilderness, which accounts for 95% of the refuge. The remainder of the refuge has been identified to have low oil and gas potential. Consequently, neither of the refuge alternatives provide for oil and gas exploration and development.

### Transportation Corridors

The preferred alternative of the Bristol Bay Regional Management Plan recommends a road from King Cove to Cold Bay (Figure 28). This road was proposed primarily to provide access to King Cove during the frequent periods of bad weather. The economic feasibility of building such a road is unknown, although undoubtedly it would be expensive. While the exact routing or alignment of the proposed road is unknown, it would most likely follow the eastern rim of Cold Bay and the northern shore of Kinzarof Lagoon, and then connect with the existing Cold Bay road system. This route would be about 32 miles (52 km) long, 20 miles (32 km) of which would be on refuge lands. Much of this road would be in key nesting and molting habitat for tundra swans, and in a caribou migration corridor. The road would provide access into key brown bear habitat in the relatively remote, undisturbed Joshua Green River drainage and in Right and Left Hand valleys. In addition, at least three salmon streams would have to be crossed.

118

Admin Record

Figure 28. The road corridor from King Cove to Cold Bay, as proposed in the Bristol Bay Regional Management Plan.



119

Admin Record

00004588

The road could adversely affect the refuge's tundra swan population. Swans are extremely intolerant of human activity during nesting and molting periods. With daily traffic through sensitive areas, swans could be displaced to less desirable and less protective habitats, thus increasing mortality and lowering overall productivity of this unique essentially nonmigratory population--the only known tundra swan population known to exhibit this unusual characteristic. Cygnet mortality and nest destruction are currently limiting swan production.

Both construction and use of the proposed road around Kinzarof Lagoon could disturb waterfowl populations at critical times. Kinzarof Lagoon supports eelgrass beds that provide food for brant, emperor geese, Canada geese and several species of ducks. The lagoon receives heavy use from these species from mid-August to mid-November. Road construction activities would probably result in increased silt loads of streams flowing into the lagoon, which in turn could affect eelgrass growth. Protecting the ecological integrity of the Kinzarof Lagoon is extremely important. If the eelgrass beds in Izembek Lagoon were adversely affected by waterborne agents, such as from offshore oil development, Kinzarof Lagoon would provide an alternative food source for waterfowl, although its size would preclude it being a total replacement for Izembek Lagoon.

Both Right and Left Hand valleys are recognized as key brown bear natal areas for the lower Alaska Peninsula. The valleys are thought to support bears through the summer; during other seasons the bears spread out over a much wider area. With the presence of the road, and the increased human presence, bears would probably alter their behavior. They may abandon some traditional areas, especially during road construction. With increased access into this remote area, brown bear recreational hunting would probably increase. Additional hunting restrictions would be required to help maintain the biological integrity of the Izembek Refuge-southern peninsula population.

The road could have a major impact on the integrity and productivity of the southern Alaska Peninsula caribou herd. The 6 to 10 mile (10-16 km) segment around the north side of Kinzarof Lagoon would follow the same corridor used by caribou migrating between their winter range south of the village of Cold Bay and their calving grounds in the Black Hills-Cathedral River area. In most years nearly the entire herd (7,000 to 10,000 animals) passes through the narrow 5 to 6 mile (8-10 km) wide corridor between Kinzarof and Izembek lagoons. Generally this migration occurs in September and October, and again in March and April.

The presence of a road, vehicular traffic, and humans could alter migratory patterns in the Kinzarof-Izembek Lagoon area. The reluctance of a significant number of animals to move through the area could fragment the herd, delaying migration to winter and calving grounds. Studies conducted along the Dempster Highway in the central Yukon suggest that increasing vehicular traffic and human presence pose a serious barrier to caribou movements (Surrendi and DeBock, 1976). With improved access into this high concentration area, harvest levels could increase. Additional hunting restrictions consequently would be needed to protect the herd from overharvesting.

Case 3:19-cv-00216-JWS   Document 50-2   Filed 04/06/20   Page 18 of 27

Admin Record

00004589

In addition, the area north and east of Kinzarof Lagoon has historically provided winter range for the southern herd. The herd has only in the last 10 years been wintering south of Cold Bay. In all likelihood the Kinzarof Lagoon area will be used again for winter range. The road and associated increase in activity throughout the area could preclude the winter use of this range by the southern peninsula herd.

The road would provide easy access to wilderness habitats important to such large furbearers as wolves and wolverines. Because these two species exhibit a low tolerance of human activity, the pressures resulting from the use of this road would likely reduce wolf and wolverine populations significantly in the eastern portion of the Izembek Refuge.

The road would traverse the Izembek Wilderness for 15 of the 20 miles (24 of 32 km) it is on refuge lands. The presence of the road and the accompanying increased human presence would degrade wilderness values both along the road corridor and in the refuge interior--the noise from vehicles driving along the road and the visual presence of the road could adversely affect the wilderness experience of refuge users throughout much of the northern portion of the Izembek Wilderness.

Finally, the road could result in major, long-term impacts to subsistence users in the villages of Cold Bay, King Cove and Sand Point. In the short-term, the road would improve access for local users, increasing their harvests of caribou, waterfowl and furbearers. In the long-term, however, the increases in local and nonlocal use and the increased human presence associated with the road would likely result in significant adverse impacts to caribou, waterfowl and furbearer populations (as noted above). This in turn could result in major adverse impacts to the subsistence user harvests.

The Fish and Wildlife Service will make a final compatibility determination for the King Cove to Cold Bay road when a specific proposal is developed. Pursuant to the provisions of Title XI of ANILCA, the Service will develop an environmental impact statement (EIS) to further evaluate the impacts of the proposed road. Congressional approval will be required to build the road across the refuge.

Locatable Hardrock Minerals and Coal

Section 304(c) of ANILCA closed Izembek Refuge to prospecting, development, extraction, and removal of locatable hardrock minerals (e.g., gold, silver, uranium, zinc). Panning for gold is permitted as a recreational activity throughout the refuge, in accordance with appropriate regulation.

Section 16 of the Federal Coal Leasing Amendment Act of 1975 (PL 94-377) prohibits coal mining on refuges.

Case 3:19-cv-00216-JWS   Document 50-2   Filed 04/06/20   Page 19 of 27

Admin Record

00004590

# Tab 6

Proposal for the Designation of

Izembek Lagoon

as a

Wetland of International Importance

Under the RAMSAR Convention

International Union for the Conservation of Nature and Natural Resources

ABSTRACT: The State of Alaska and the U. S. Fish and Wildlife Service propose designation of 41,000 ha Izembek Lagoon as a Wetland of International Importance under the RAMSAR Convention. The convention was held in RAMSAR, Iran in 1975 and was sponsored by the International Union for the Conservation of Nature and Natural Resources to promote international cooperation in the conservation of wetland habitats. Izembek Lagoon is a marine embayment located on the Bering Sea coast of the Alaska Peninsula, Alaska, USA. Lagoon habitat is now managed by the State of Alaska as a Game Refuge and the surrounding uplands are managed by the U.S. Fish and Wildlife Service as National Wildlife Refuge. The lagoon contains what are probably the largest eelgrass (Zostera marina) beds in the world. The eelgrass beds are an important source of food for migratory birds with as many as 150,000 ducks and 300,000 geese using the area during fall migration. Nearly the entire eastern Pacific coast population of brant (Branta bernicla nigricans) feed and stage in the lagoon in fall and a large percentage of the world population of Steller's eider (Polysticta stelleri) and emperor goose (Chen canagica) also use the area. Birds that use the area migrate and winter along both coasts of the Pacific Ocean and among the islands of the south Pacific. Designation of the area as a Wetland of International Importance would serve to recognize the unique ecology of Izembek Lagoon and the importance of the area to migratory birds.

Report prepared by:   Jon Andrew
                      U. S. Fish and Wildlife Service
                      Division of Realty
                      1011 E. Tudor Road
                      Anchorage, AK  99508

                         (907) 786-3437

Date prepared:  February 1986

Admin Record

00005344

# Tab 7



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
### WASHINGTON, D.C.  20240

ADDRESS ONLY THE DIRECTOR,
FISH AND WILDLIFE SERVICE

In Reply Refer To:
FWS/IA

JUN 1 6 1989

Mr. Robin West
Manager, Izembek National
  Wildlife Refuge
Box 127
Cold Bay, Alaska 99571

Dear Mr. West:

In 1986, the United States became a party to the Convention on
Wetlands of International Importance, Especially as Waterfowl
Habitat.  This Convention and its 53 member countries seek to
stem the global trend in wetland losses and to especially
identify those wetlands which, because of their ecological,
botanical, zoological, limnological, or hydrological
significance, have an international importance that extends
beyond the country wherein such wetlands are located.  When
joining the Convention, each country must list at least one
Wetland of International Importance.  One of the sites designated
as a Wetland of International Importance by the United States
Government was Izembek National Wildlife Refuge.

The enclosed Diploma, issued by the Secretary General of the
Convention, attests to this special designation given to Izembek.
It should be framed and prominently displayed in the Refuge
Headquarters or visitor reception area.  The significance of the
Diploma and of Izembek's international importance should be
referenced in your interpretative and educational activities.

A list of parties to the Convention and the wetlands they have
identified as being of international importance is enclosed for
your information.  While listing, of itself, does not affect
resource use within the Refuge, it reflects a national commitment
to maintain the ecological characteristics of the area which
provide the basis for its designation as a Wetland of
International Importance.

Admin Record

00006057

# Tab 8



## U.S. Fish & Wildlife Service

# Izembek
# National Wildlife Refuge

1 Izembek Street
P.O. Box 127
Cold Bay, AK  99571
E-mail: izembek@fws.gov
Phone Number: 907-532-2445
Visit the Refuge's Web Site:
**http://izembek.fws.gov**



Pavlof volcano during the 1996 eruption

## Overview

### Izembek National Wildlife Refuge

The Izembek National Wildlife Refuge is the smallest (315,000 acres) and one of the most ecologically unique of Alaska's refuges. Most of the refuge (300,000 acres) was designated as Wilderness in 1980 under the Alaska National Interest Lands Conservation Act. This diverse wilderness protects a wide variety of fish and wildlife species and their habitats. These include five species of salmon; furbearers such as wolf, fox and wolverine; large mammals such as caribou, moose and brown bears; shorebirds; seabirds; and an incredible array of waterfowl, to name just a few.

Salmon returns to natal streams fuel this coastal ecosystem during the summer and fall. This rich fishery provides quality forage for coastal brown bears and other predators. The Southern Alaska Peninsula Caribou Herd (5,400 animals in 2002) also inhabits the Refuge. Several species of marine mammals either inhabit or pass through Refuge coastal waters and lagoons. These include harbor seal, sea otter, walrus, the threatened Stellar's sea lion, and gray, minke, killer and humpback whales.

At the heart of the Refuge is the 150-square mile Izembek Lagoon. The lagoon and its associated state-owned tidal lands have been protected by the State of Alaska since 1960 as the Izembek State Game Refuge. Here, shallow, brackish water covers one of the world's largest beds of eelgrass, creating a rich feeding and resting area for hundreds of thousands of waterfowl. Virtually the entire population of Pacific black brant (150,000 birds on average), Taverner's Canada goose (55,000), and emperor goose (6,000) inhabit the lagoon each fall. Approximately 23,000 threatened Steller's

## Recreation & Education Opportunities

Environmental Education
Fishing
Hunting
Interpretation
Photography
Wildlife Observation
Learn More >>

## Management Activities

The Izembek Refuge staff is responsible for administering four separate refuge units encompassing 2.9 million acres: Izembek Refuge; the Pavlof and North Creek units of Alaska Peninsula Refuge; and Unimak Island of Alaska Maritime Refuge. The refuges were established for a variety of purposes, including to conserve naturally diverse fish and wildlife populations and habitats, and to provide continued opportunity for subsistence uses by local residents. Izembek Refuge protects the watershed of Izembek Lagoon, which was one of the first U.S. sites to be named a Wetland of International Importance (1986). Izembek Lagoon contains North America's largest eelgrass bed and is vitally important to a wide variety of wildlife species, including migratory waterfowl, shorebirds, and both aquatic and terrestrial mammals.

Refuge staff implement many monitoring programs to fulfill the refuge's mission. Working cooperatively with the State of Alaska, aerial surveys are conducted

Admin Record

00008992

eiders also molt, rest, and feed at Izembek each autumn.

### Getting There . . .

Refuge headquarters is located in Cold Bay, Alaska. This is a small, remote, community of fewer than 100 people, and is accessible only by air or water. The Alaska Marine Ferry System serves Cold Bay with one ship per month from April through October. Peninsula Airways (PenAir) serves Cold Bay with daily round-trip flights from Anchorage.

From Cold Bay, there is limited vehicle access to the Refuge via 5 primary gravel or dirt roads, totaling about 40 miles (portions of these require 4-wheel drive). Aircraft or boats are required for access elsewhere within the refuge. PenAir will fly visitors to remote villages. Off-airport air taxi operators and boat charters are limited. Contact the Refuge for the latest information.

The refuge administrative office is located approximately one-half mile northeast of the Cold Bay airport terminal. Modest rental vehicles are available from a local entrepreneur. A small grocery store, motel, lodge and a couple B&B's are open year round.

## Wildlife and Habitat

Izembek National Wildlife Refuge lies between the highly productive waters of the Bering Sea and the Gulf of Alaska. Within the heart of the Refuge is Izembek Lagoon, a 30-mile long and 5-mile wide coastal ecosystem that contains one of the world's largest eelgrass (Zostera marina) beds. More than 200 species of wildlife and nine species of fish can be found on the Refuge. Millions of migratory waterfowl and shorebirds find food and shelter in the coastal lagoons and freshwater wetlands on their way to and from their subarctic and arctic breeding grounds. This extraordinary abundance and diversity of waterfowl has attracted international attention. In 1986, Izembek National Wildlife Refuge and Izembek State Game Refuge, which encompasses the submerged land of Izembek Lagoon, was the first wetland area in the United States to be recognized as a Wetland of International Importance by the RAMSAR Convention. In 2001, Izembek Refuge was also designated as a Globally Important Bird Area by the American Bird Conservancy.

Learn More>>

throughout the year to monitor the health and productivity of the Southern Alaska Peninsula Caribou Herd. Brown bear, moose, tundra swans, Pacific black brant, Taverner's and cackling Canada geese, emperor geese, other waterfowl, shorebirds and songbirds are also surveyed throughout the year to monitor population numbers and productivity. Since 1961, refuge staff have captured and banded Steller's eiders (a threatened species) during their molting period on Izembek Lagoon. The data generated by these studies provide wildlife managers with critical population and survival rate information.

Other management programs deal with harvest of brown bear, moose and caribou; salmon fishing; wildlife viewing and photography; and public education.

Admin Record

00008993

## History

Lands within the Izembek Refuge were near the
southern end of the Bering land bridge and probably
played an important role in the migration of Asiatic
peoples to North America. The presence of numerous
kitchen middens suggests that this area was at one time
inhabited by a relatively large population (14,000
individuals some 9,000 years ago) of native people.
Archeological investigations continue to add to our
knowledge of the daily lives of the early inhabitants.

Learn More>>

U.S. Fish and Wildlife Service Home Page | Department of the Interior | USA.gov | About the U.S. Fish and Wildlife Service | Accessibility | Privacy |
Notices | Disclaimer | FOIA

Admin Record

00008994