# Tab 21

The King Cove Corporation lands near Mortensens Lagoon likely have more human traffic because of the nearby roads and an old airstrip. Former military activity at this site also contributes to the likelihood that these lands may have invasive species present.

### 3.2.1.7    Proposed Land Exchange Parcel and Project Site Summaries

**Road Corridors**

The Izembek National Wildlife Refuge area proposed for exchange is on the isthmus between Kinzarof Lagoon and Izembek Lagoon. Roughly, the eastern half of the isthmus has more herbaceous-dominated wetlands than moist dwarf shrub-dominated upland. On the western half, the proportion of upland moist dwarf shrub habitat is much higher.

The herbaceous-dominated wetlands are a mix of lowland wet sedge meadow and lowland wet low sedge/scrub. The upland areas tend to be dominated by ericaceous shrubs and dwarf willows. These upland types include upland moist dwarf scrub, upland moist low scrub, and upland moist meadow.

The area also includes the lake/pond land cover type. The prevalence of ponds and lakes is highest about midway between Izembek and Kinzarof lagoons.

The adjacent Izembek Lagoon contains one of the largest eelgrass (*Zostera marina*) beds in the world and the largest in North America (Service 1998c) and is a Ramsar-designated Wetland of International Importance. (Discussion on the Ramsar designation is provided in Section 3.2.2.2, Wetlands). The adjacent Kinzarof Lagoon also contains eelgrass. However, no eelgrass beds are within the proposed exchange areas.

No active roads or development are in the parcels proposed for exchange. However, prior to the area becoming a national wildlife refuge, the area had more active use, and some former primitive roads and trails are used by animals, and people as evidenced by off-road vehicle tracks. In addition, since 2006, after the partial completion of the road along the east side of Cold Bay, numerous all-terrain vehicle tracks have been observed and documented (Sowl 2011f) extending out from the Northeast Terminal site and approximately 4 miles inland from the coast. This recent all-terrain vehicle use has been concentrated on wet or moist graminoid areas, likely due to ease of travel on these cover types. Multiple tracks indicating frequent passages are concentrated within the Izembek Wilderness along the east side of Kinzarof Lagoon and extending to the northeast into the Joshua Green River watershed.

The Izembek National Wildlife Refuge flora is of considerable phytogeographic (geographic distribution of plant species) interest because it occurs along the southern margin of the Bering Land Bridge at the eastern end of the Aleutian Islands; this region functions as an important bridge for dispersal. A total of 339 native plant species have been identified within the refuge boundaries (Talbot, Talbot, and Schofield 2006). A list of Izembek National Wildlife Refuge plants is contained in Appendix D of the *Izembek National Wildlife Refuge Comprehensive Conservation Plan* (Service 1985a).

The species data for the Izembek National Wildlife Refuge has been analyzed in published reports that categorized vascular plant distribution patterns from a circumpolar, North American, and Alaskan perspective. The native flora of the Izembek National Wildlife Refuge primarily includes species of circumpolar (38 percent), eastern Asian (23 percent), Eurasian (18 percent), and North American (13 percent) distribution. The most important longitudinal distributional

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 2 of 60

Admin Record                                                                                  00180730

### 3.2.4 Birds

The Izembek National Wildlife Refuge and the Izembek State Game Refuge were created to conserve areas with outstanding wildlife habitat, especially those with value for migratory birds. One hundred eighty species (including recognized subspecies) of birds have been recorded on or adjacent to the 4 refuge units administered by Izembek National Wildlife Refuge (Table 3.2-12), including lands from Alaska Peninsula National Wildlife Refuge. These lands and waters are in a strategic location for waterfowl and shorebird migration routes, including birds migrating from the North American Pacific, East Asian-Australasian, and West Pacific Flyways (Service 1985b).

The close proximity of Izembek Lagoon and Cold Bay coastal wetlands, including Kinzarof Lagoon, plays an important role in why this area is so important; the tides and ice/sea conditions on the north and south sides of the Izembek isthmus are not synchronous, thereby allowing birds the opportunity to select the most beneficial habitat available as conditions deteriorate or improve on one side or the other. Although vegetative and habitat conditions are not the same on the Izembek Lagoon and Cold Bay sides of the isthmus, the availability of alternative foraging and resting areas adds great value for many species of waterfowl and shorebirds. The importance of the area to several particular species was recognized by the designation of the Izembek National Wildlife Refuge and the Izembek State Game Refuge as the one of the first Wetland of International Importance in the U.S. under the Ramsar Convention in 1986 and a globally Important Bird Area by the American Bird Conservancy in 2001.

The Izembek National Wildlife Refuge conducted a Biological Program Review in 2004 (Sowl 2004) which described the status of birds and their habitats on the 4 units of the Izembek National Wildlife Refuge and identified species of conservation concern. Sitkinak Island, within the Alaska Maritime National Wildlife Refuge, also contains intact habitat for numerous bird species, several of which are discussed in this section. However, inventories and studies of Sitkinak Island bird populations are very limited.

1990). Both forms use the Izembek Lagoon area during spring and fall migrations (Reed, Stehn, and Ward 1989).

Izembek Lagoon and nearby coastal areas support almost all of the Pacific Flyway Brant during spring and fall migrations, where they feed on the extensive eelgrass beds and other marsh plants (Reed et al. 1998). The nutrient-rich eelgrass allows the Brant to replenish and build up energy reserves necessary for long migration flights and breeding efforts. Spring migrants begin to arrive at Izembek Lagoon in April and remain for up to 3 weeks. By mid-May, most Brant have departed for northerly breeding grounds (Sowl 2004). Fall migrants begin to arrive in mid-August and remain for up to 8 weeks. The concentration of Brant peaks in late September and most depart abruptly in late October or early November (Sowl 2004). The fall migrations of Gray-bellied and Black Brant at Izembek Lagoon overlap, but Gray-bellied primarily use the northern portion of Izembek Lagoon and adjacent parts of Moffet Bay while Black Brant are found throughout the remainder of the lagoon (Reed, Stehn, and Ward 1989).

Most of the Black Brant population migrates nonstop across the ocean to western Mexico, a flight of about 3,300 miles, during which they lose more than 30 percent of their body weight (Dau 1992). However, a relatively small part of the population remains to winter on Izembek Lagoon. Historically, over-wintering geese have numbered less than 10,000 birds (Sowl 2004). However, since 2001, the number of Brant wintering in the Izembek Lagoon has averaged nearly 20,000, with a peak in 2007 of 40,000, which represents nearly 30 percent of all Pacific Flyway Brant (Collins and Trost 2010). Gray-bellied Brant nesting in the Canadian Arctic have been tracked with radio transmitters into Izembek Lagoon during fall migration (CWSWC 2009), but it is not known if they comprise a portion of this wintering population (Taylor and Sowl 2008). Ward et al. (2009a) evaluated whether climate warming may be contributing to the increasing size of the over-wintering population at Izembek Lagoon. They found increased surface air temperatures since 1964, a 23 percent reduction in freezing degree days, and a 34 percent decline in the number of days when ice cover prevents birds from accessing food resources. They also found that the number of days of strong northwesterly winds in November, which provide tailwinds favorable to migration, is strongly influenced by the Pacific Decadal Oscillation and has generally declined over the years. Combined with the changes in availability of eelgrass, these changes in wind characteristics may be why more Brant are remaining at Izembek Lagoon and adjacent embayments over the winter (Ward et al. 2009a). Sedinger et al. (2011) examined the importance of wintering habitat quality on reproductive success of Brant in subsequent years and found that successful breeders were more likely to choose higher quality winter habitats that improved their reproductive success in the future.

Izembek Lagoon is the preferred winter habitat, but it is shallow and will often freeze, thereby becoming unavailable to Brant. Kinzarof Lagoon, Hook Bay, and other open areas on the Pacific side of the peninsula are also used by Brant in the winter, especially when Brant are displaced from Izembek Lagoon by ice or poor weather and tides (Sowl 2004, ADF&G 2010i).

The land parcels considered in the EIS vary in their value to migratory and resident Brant (Figure 3.2-12). High use areas consist of the waters and adjacent coasts of Izembek and Kinzarof lagoons. The Kinzarof Lagoon parcel also includes high use areas. The road corridors, Mortensens Lagoon parcel, and King Cove Corporation selected lands have little or no use by Brant, except for flyovers between Izembek and Kinzarof lagoons. The rest of the parcels receive little or no use by Brant.

Case 3:19-cv-00216-JWS  Document 50-4  Filed 04/06/20  Page 4 of 60

Admin Record                                                                                              00180804

### 3.2.7    Threatened and Endangered Species

Species listed as either threatened or endangered, pursuant to the *Endangered Species Act of 1973*, as amended, and occurring in the Izembek National Wildlife Refuge and parcels under consideration for the proposed land exchange are described in this section. Included here are the Alaska breeding populations of Steller's Eider (*Polysticta stelleri*), the southwest Alaska distinct population segment of northern sea otter (*Enhydra lutris kenyoni*), and the western distinct population segment of Steller sea lion (*Eumetopias jubatus*). Federally designated critical habitats for these species within the regions under consideration are included in the following species descriptions.

Two species that are candidates for listed status, the Yellow-Billed Loon and the Kittlitz's Murrelet, are also included in this section.  While these species currently receive no official legal protection under the *Endangered Species Act*, they could become listed at any time.

### 3.2.7.1    Steller's Eider

Three distinct breeding populations of Steller's Eiders are the Russian-Atlantic, Russian-Pacific, and Alaska breeding populations. The majority of Steller's Eiders belong to the two Russian breeding populations (Service 2002). Breeding occurs during summer on coastal tundra habitat in northern Russia and Alaska. The Russian-Atlantic population winters in northern Europe. The Russian-Pacific and Alaska breeding populations, which are indistinguishable, intermix during winter in southwest Alaska marine waters (Dau, Flint, and Petersen 2000; Service 2002). Sub-population structure or segregation by breeding area while wintering or molting along the Alaska Peninsula is not evident (Dau, Flint, and Petersen 2000; Pearce et al. 2005).

Annual aerial surveys to monitor population status of Steller's Eiders in southwestern Alaska (Yukon-Kuskokwim Delta to the end of the Alaska Peninsula) target peak staging for spring migration. Surveys have been conducted most years since 1992.  Long-term trends suggest an exponential population decline of 2.7 percent per year. A greater number of peak counts during the early years (1992 to 1997) when multiple surveys were conducted annually could account for a slight negative trend bias. Inaccuracies in timing, observer effects, or other factors could also bias estimates (Larned and Bollinger 2011). Low population estimates from 2000 to 2002 were at least partly due to eiders moving northward during the survey and escaping detection (Larned and Bollinger 2009). The 2010 estimate of 54,888 eiders was the lowest recorded, which may relate to birds departing late from other wintering areas, or still being south of the survey area during the census (Larned and Bollinger 2011). Survey totals represent a minimal population estimate since, for the reasons listed above, some birds escape detection. Izembek and Kinzarof lagoons are included in annual spring migration surveys, with counts available specifically for those areas most years. Steller's Eiders are also counted incidental to spring Emperor Goose surveys (Dau 2011) (Table 3.2-19).

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 5 of 60

Admin Record

00180861

**Table 3.2-19  Counts of Steller's Eiders from Spring Migration Surveys in Southwestern Alaska**

| | Areawide | Izembek | Kinzarof | | Areawide | Izembek | Kinzarof |
|---|---|---|---|---|---|---|---|
| 1992 | 137,907 | 27,379 | 0 | 2002 | 56,704 | 3,707 | 0 |
| 1993 | 88,636 | 31,937 | 1,604 | 2003 | 77,369 | 35,419 | 2,305 |
| 1994 | 107,589 | 6,491 | 0 | 2004 | 82,772 | 28,907 | 2,861 |
| 1995 | Not Surveyed | 5915 | 20 | 2005 | 79,022 | 33,275 | 1,327 |
| 1996 | Not Surveyed | 7187 | 30 | 2006 | Not Surveyed | 7573 | 800 |
| 1997 | 90,269 | 27,024 | 384 | 2007 | 87,400 | 46,562 | 2,622 |
| 1998 | 84,459 | 13,378 | 95 | 2008 | 70,480 | 37,802 | 1,310 |
| 1999 | Not Surveyed | 15,373 | 7 | 2009 | 77,777 | 35,011 | 1,760 |
| 2000 | 72,953 | 33,374 | 1,680 | 2010 | 54,888 | 27,051 | 1,067 |
| 2001 | 60,656 | 24,096 | 480 | | | | |

Areawide = Yukon-Kuskokwim Delta to the end of the Alaska Peninsula

Shown are counts for the entire southwestern Alaska survey area and for Izembek and Kinzarof lagoons, which are subsets of the areawide totals. Izembek and Kinzarof counts in years with no areawide survey (1995, 1996, 1999, 2006) were obtained incidental to spring Emperor Geese surveys (Dau 2011).

Sources: Dau 2011; Larned 2001, 2007, 2008; Larned and Bollinger 2009, 2010; Larned 2011.

Steller's Eiders are counted coincident to fall aerial surveys for Emperor Goose in southwestern Alaska. The estimated count of Steller's Eiders in the Izembek Lagoon area in October 2009 was 8,056. Although this was 17 percent higher than the 2008 estimate of 6,875, it was 64 percent lower than the 34-year (1975-2008) average fall count of 22,470 (Mallek and Dau 2009).

Flint et al. (2000) estimated survival rates by banding and recapturing more than 60,000 Steller's Eiders molting in Izembek and Nelson lagoons between 1975 and 1997. Survival rates were lower for males than for females and there was weak evidence of a decrease in annual survival. Izembek National Wildlife Refuge began banding Steller's Eiders in 1961 and annual banding efforts increased tremendously in the 1990s (Taylor and Sowl 2008). Numbers of banded birds recaptured in consecutive years were insufficient to provide the data needed for the complex models originally used to analyze survival rates. The 1998-2004 banding data are, therefore, currently being re-analyzed with results anticipated in 2012, but after the completion of this EIS (Frost 2011).

**Endangered Species Act Status**

The Service listed the Alaska breeding population of Steller's Eiders as threatened under the *Endangered Species Act*, effective July 1997 (Federal Register 1997a). A substantial decrease in the nesting range and numbers nesting in Alaska warranted the determination. Decreased adult survival, particularly among males, may have played a role in the population decline (Flint et al. 2000) Only an estimated 1 percent of the wintering population occupying the marine habitats in Kinzarof and Izembek lagoons are thought to be from the listed Alaska breeding population

Admin Record

(Service 2007b). Critical habitat (see below) was designated in 2001 (Federal Register 2001) and a recovery plan was published in 2002 (Service 2002).

### Critical Habitat Designation

The Service designated critical habitat for the Alaska breeding population of Steller's Eiders in March 2001. An area was deemed critical habitat if: (1) it regularly supports significant concentrations (about 5,000 birds during most years and more than 10,000 in 1 year) of Steller's Eiders; and 2) it is used by individuals from the threatened Alaska-breeding population. Habitat designated as critical included breeding habitat on the Yukon-Kuskokwim Delta and 4 marine areas in southwest Alaska (Kuskokwim Shoals in northern Kuskokwim Bay, Seal Islands, Nelson Lagoon, and Izembek Lagoon) (Federal Register 2001).

The Izembek Lagoon critical habitat includes all waters of Izembek Lagoon (including Moffet Lagoon) and waters out to 0.25 mile offshore of the Kudiakof Islands and the adjacent mainland between 162°30'W and 163°15'W. It encompasses 140 square miles of marine waters and 186 miles of shoreline (Federal Register 2001). (Figure 3.2-25).

### Habitat Use

The coastal marine waters of concern are used by Steller's Eiders during the non-breeding season, from the molt in fall to pre-migration staging in the spring. Most of the Pacific population overwinters along the Alaska Peninsula, primarily in Izembek and Nelson lagoons. In general, Steller's Eiders are absent from these areas from mid-May to mid-July after migrating to the northern breeding areas of the Alaska coastal plain and Russian Arctic (USACE 2003).

Roughly 20,000 to 40,000 Steller's Eiders use Izembek Lagoon for molting (Dau, Flint, and Petersen 2000; Taylor and Sowl 2008), although Petersen (1981) reported almost 60,000 birds in a 1979 fall survey. A simultaneous wing molt renders the eiders flightless for approximately 3 weeks in September and October. High concentrations of molting eiders are found within Izembek Lagoon in deep channels near shallow areas with extensive eelgrass beds (Figure 3.2-25). Molting eiders feed on marine invertebrates, such as crustaceans, mollusks, polychaetes, and amphipods that occur in these eelgrass beds (Petersen 1981; Metzner 1993; Taylor and Sowl 2008; USACE 2003). Steller's Eiders exhibit strong (greater than 95 percent) site fidelity to specific molting areas to which they annually return (Flint et al. 2000).

After molting, some Steller's Eiders disperse widely from the Aleutian Islands to the Kodiak archipelago and the east side of Cook Inlet, although many remain in the lagoons where they molted (Service 2002). Steller's Eiders overwinter in shallow (less than 33 feet), nearshore waters along the southern Alaska Peninsula, including coastal waters adjacent to Izembek National Wildlife Refuge (Taylor and Sowl 2008). The highest densities of eiders usually occur in Izembek and Kinzarof lagoons during winter (Laubhan and Metzner 1999; USACE 2003) (Figure 3.2-25).

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 7 of 60
Admin Record
00180863

**Figure 3.2-25 Steller's Eiders Habitat and Distribution**



Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 8 of 60

Admin Record

00180864

Winter severity and ice conditions on Izembek Lagoon strongly influence distribution and habitat use (Lance, Lewis, and Flint 2007). Laubhan and Metzner (1999) noted a decrease in eiders using Izembek Lagoon and an increase in use of Kinzarof Lagoon and Cold Bay when ice cover on Izembek Lagoon exceeded 10 percent. Eiders returned to Izembek Lagoon as soon as it was ice free, indicating localized movements during severe weather conditions. Access to diverse habitats in close proximity and the ability to respond to changing environmental conditions, such as ice cover, are key strategies for winter survival (Metzner 1993). Foraging in the much smaller Kinzarof Lagoon, where preferred habitat is concentrated near the shoreline, leaves eiders susceptible to other pressures, such as predation by Bald Eagles (Lance, Lewis, and Flint 2007).

Steller's Eiders are visual foragers and are limited to daytime and to water depths with sufficient light penetration. Reduced day length and inclement weather during winter constrain foraging opportunities for eiders. More time is spent foraging during winter than spring, when courtship behavior increases (Laubhan and Metzner 1999). Formation and extent of sea ice along the southeastern Bering Sea shelf may also impact accessibility to wintering habitat and constrain energy intake during winter months (Lance, Lewis, and Flint 2007).

Steller's Eiders occur in nearshore waters of Sitkinak Island during winter. A group of 40 eiders were observed during winter 2001 aerial surveys adjacent to the narrow spit of land bordering Sitkinak Lagoon that is part of the proposed Sitkinak Island land conveyance (Larned and Zwiefelhofer 2001). It is unlikely that Steller's Eiders occur on state lands adjacent to the Alaska Peninsula National Wildlife Refuge North Creek Unit and Pavlof Unit, although they may use marine waters offshore of the North Creek Unit (Dau and Mallek 2009).

**Conservation Concerns**

At the time of the *Endangered Species Act* listing, the potential causes of population decline included predation, hunting, lead shot ingestion, and habitat changes (Service 2002). Depredation of eggs and chicks by jaegers, ravens, arctic fox, and snowy owls is commonplace on the Alaska breeding population's primary nesting area near Barrow (Quakenbush et al. 2004). Predation of Steller's Eiders by Bald Eagles during fall and winter has been documented (Lance 2011). Habitat destruction was not considered a major driver in the population decline (Federal Register 1997a).

Sport hunting for Steller's Eiders in Alaska has been banned since 1991 although they may occasionally be inadvertently shot during hunts for other harvestable species (Service 2002; USACE 2003). Steller's Eiders continue to be taken in relatively small numbers by subsistence hunters in the Yukon-Kuskokwim Delta and other areas along the Bering Sea coast (Naves 2011). Waterfowl hunting for other species occurs in the Izembek National Wildlife Refuge and disturbance caused during these activities could impact Steller's Eiders using Izembek Lagoon. Other sources of human-caused disturbances in Izembek National Wildlife Refuge include bird banding activities, vessel traffic, and aircraft overflights. Behavioral reactions of Steller's Eiders to noise and vessel activities may include avoidance through flushing, diving, or swimming away (USACE 2003).

Climate change, including sea ice loss and ocean acidification, could alter habitat and prey distribution and availability for Steller's Eiders throughout their breeding and non-breeding ranges. A great deal of uncertainty exists, however, in regards to modeled and projected effects of climate change. Arctic sea ice has declined faster than originally projected (Stroeve et al.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 9 of 60

Admin Record

00180865

#### 3.2.7.4    Northern Sea Otter: Southwest Alaska Distinct Population Segment

The southwest Alaska distinct population segment of northern sea otters extends from Attu Island at the western end of the Aleutian Islands to Kamishak Bay on the west side of Cook Inlet. Included are the coastal waters of the Aleutian Islands, the Alaska Peninsula, the Kodiak archipelago and the Barren Islands (Federal Register 2005a).

Sea otters were heavily hunted and nearly extirpated during commercial fur harvests of the 18th and 19th centuries. Protection under the *International Fur Seal Treaty of 1911* enabled the southwestern Alaska population to rebound (Kenyon 1969).

Since the mid-1980s, however, this population experienced a widespread and precipitous 56-68 percent decline (Burn and Doroff 2005). The decline was first noticed in the Aleutian Islands where counts decreased 75 percent from 1965 to 2000, at a rate of 17.5 percent per year in the 1990s (Doroff et al. 2003). Since the onset of the decline in the mid-1980s, a net loss of 47,000-86,000 sea otters has been estimated (Burn, Doroff, and Tinker 2003).

Population declines along the Alaska Peninsula occurred simultaneously to those in the Aleutian Islands. Since 1986, estimated abundance in offshore habitat decreased 27–49 percent in the northern Alaska Peninsula area and 93–94 percent in the southern Alaska Peninsula area. A subsection of the northern area that includes the waters in and around Izembek Lagoon experienced a 91–94 percent decline in abundance, with counts dropping from 4,236–7,240 in 1986 to 374 in 2000. Abundance estimates for the southern Alaska Peninsula, which includes Cold Bay and Kinzarof Lagoon, decreased from 13,900-17,500 in 1986 to 1,005 in 2001 (Burn and Doroff 2005).

Aerial surveys in Cold Bay by the Service yielded a 2001 spring population estimate of 179 otters, 15 of which were pups (USACE 2003). During this period of decline, a distribution shift from offshore locations to nearshore bays and lagoons was apparent. Burn and Doroff (2005) hypothesized these nearshore areas are preferred sea otter habitat and, at low densities, may be the only locations where sea otters remain. Surveys of the southern Alaska Peninsula islands conducted in 2007 and 2008 showed a continued decline in sea otter abundance in the area, for an overall decrease of 91 percent from 1986 to 2008 (Osterback et al. 2009). Izembek Lagoon, Kinzarof Lagoon, and Cold Bay were not included in these recent surveys.

Sea otters are also counted incidental to spring and fall waterfowl surveys in southwestern Alaska. Spring surveys by Dau and Mallek (2007, 2009) and fall surveys by Mallek and Dau (2007, 2008, 2009) subdivide the Alaska Peninsula and the Izembek Lagoon and Cold Bay regions into survey segments. The numbers of sea otters sighted in different parts of Izembek Lagoon and other areas of interest vary widely between and within years, and by area (Table 3.2-20). Sea otters are mobile animals that move with wind, tide, and ice conditions.

Small numbers of sea otters have been sighted in the Sitkinak Island area coincident to winter Steller's eider surveys; however, specific locations were not available (Larned and Zwiefelhofer 2001).

**Table 3.2-20  Mean Number of Northern Sea Otters Recorded During Aerial Waterfowl Surveys at Izembek National Wildlife Refuge.**

| Month | Izembek Lagoon (1981-2005) | | | Kinzarof Lagoon (1981-2010) | | |
|---|---|---|---|---|---|---|
| | n | Mean | Max | n | Mean | Max |
| Jan | 14 | 457.7 | 967 | 19 | 7.2 | 47 |
| Feb | 8 | 310.0 | 572 | 17 | 21.2 | 133 |
| Mar | 11 | 300.6 | 537 | 12 | 17.9 | 76 |
| Apr | 21 | 254.9 | 519 | 36 | 15.0 | 95 |
| May | 18 | 299.7 | 859 | 27 | 23.4 | 112 |
| Aug | 5 | 323.4 | 579 | 5 | 8.8 | 35 |
| Sept | 36 | 252.9 | 646 | 43 | 6.5 | 57 |
| Oct | 81 | 293.4 | 1070 | 94 | 9.1 | 127 |
| Nov | 17 | 264.4 | 610 | 18 | 16.8 | 76 |
| Dec | 7 | 344.4 | 608 | 7 | 19.7 | 55 |

n = number of surveys
Max = maximum number of sea otters recorded for that month, all years
Izembek Lagoon = Entire Lagoon
Kinzarof Lagoon = Cold Bay dock to Kinzarof Lagoon to Lenard Harbor
Data source: Unpublished Izembek National Wildlife Refuge files

**Endangered Species Act Status**

The Service listed the southwest Alaska distinct population segment of the northern sea otter as threatened effective September 2005 (Federal Register 2005a) based on the population decline since the mid-1980s. Reasons for such dramatic declines are uncertain, although increased killer whale predation is considered a possible primary causal agent (Estes et al. 1998). Additional hypotheses include shark predation, contaminants (in the Aleutians), and disease (Kuker and Barrett-Lennard 2010). Critical habitat was designated in 2009 (Federal Register 2009b) and the Service published a draft recovery plan in October 2010 (Service 2010k).

**Critical Habitat Designation**

The Service published the final rule designating critical habitat for the southwest Alaska distinct population segment of the northern sea otter in October 2009 (Federal Register 2009b). The primary constituent elements deemed essential to the conservation of the southwest Alaska distinct population segment are: 1) shallow, rocky areas where marine predators are not likely to forage; 2) nearshore waters within 328 feet of the mean high tide line that may provide protection from marine predators; 3) kelp forests that provide marine predator protection; and 4) adequate prey availability and quality within primary constituent elements 1-3 (Federal Register 2009b). Areas included as critical habitat contain some or all of the primary constituent elements, or may require special management considerations or protection.

The Service designated 5 management units as critical habitat: 1) Western Aleutian Unit; 2) Eastern Aleutian Unit; 3) South Alaska Peninsula Unit; 4) Bristol Bay Unit; and 5) Kodiak,

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 11 of 60

Admin Record
00180869

Kamishak, Alaska Peninsula Unit. The latter 3 units are of concern in this EIS. Izembek Lagoon is a subunit of the Bristol Bay Unit and includes approximately 130 square miles of nearshore marine environment within the Izembek and Moffett Lagoon systems (Federal Register 2009b). Cold Bay and Kinzarof Lagoon are within the South Alaska Peninsula Unit and Sitkinak Island lies within the Kodiak, Kamishak, Alaska Peninsula Unit (Figure 3.2-26).

## Habitat Use

Sea otters appear year round in marine waters adjacent to the Izembek National Wildlife Refuge. They frequent shallow, coastal areas and forage on benthic marine invertebrates, such as the abundant helmet crabs in Izembek Lagoon (Taylor and Sowl 2008). Izembek Lagoon may also be an important natal area. Sea otters require access to open water to forage during severe ice and winter weather conditions. Large numbers of sea otters haul out on the sandbars at the entry channels, and on the shore ice, ice floes, or the barrier islands of Izembek Lagoon during winter (Taylor and Sowl 2008, citing Service unpublished data).  Up to 350 have been observed hauled out on sandbars near Cape Glazenap (Sowl 2011b).

Upper Cold Bay and Kinzarof Lagoon are areas with high-density sea otter concentrations; concentrations are highest near the entrance to Kinzarof Lagoon (USACE 2003). Nearly half the current regional population uses these areas. Sand and gravel islands and spits near the entrance to Kinzarof Lagoon provide haulouts for up to 200 sea otters at a time during the ice-free part of the year (Dau 2010; USACE 2003), although otters use the area year round. This is an important foraging habitat for otters, although the prey base has not been fully characterized. Weather, breeding, and food availability are primary determinants of seasonal occurrence and behavior of sea otters using the Cold Bay–Kinzarof Lagoon area. Kinzarof Lagoon may also be an important haven for killer whale predation avoidance (USACE 2003).

State lands adjacent to the Alaska Peninsula National Wildlife Refuge North Creek Unit and Pavlof Unit that are proposed for inclusion in the land conveyance and wilderness designation are largely terrestrial and undeveloped. The small segment along the northern border that abuts the shoreline, may include habitat used by sea otters.

## Conservation Concerns

Potential threats to the sea otter population are human and non-human in origin. Human threats include contamination from pollutants such as heavy metals, PCBs, or petroleum hydrocarbons; marine discharge by seafood processing plants; disturbance from research, recreational and industrial activity; entanglement in fishing gear; prey competition with commercial fisheries; and subsistence harvests. Non-human threats include predation, changes in food availability or quality, and naturally occurring diseases and biotoxins (Taylor and Sowl 2008; Service 2010k). Impacts from climate change are unknown but may include changes to prey abundance or distribution, community ecology, or vulnerability to new or existing diseases.

Killer whale predation has been implicated as the primary causal agent in the decline of this distinct population segment (Estes et al. 1998; Federal Register 2005a). Shark predation may have also played a role (Kuker and Barrett-Lennard 2010). Predation was considered of moderate importance to otters in the Bristol Bay, Kodiak, Kamishak, and Alaska Peninsula Management Units, and of high importance as a threat to recovery for otters in the South Alaska Peninsula Management Unit (Service 2010k).

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 12 of 60

Admin Record

00180870

**Figure 3.2-26 Steller Sea Lion and Northern Sea Otter Habitat**



Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 13 of 60

Admin Record

00180871

### 3.2.7.5    Steller Sea Lion: Western Distinct Population Segment

Steller sea lions range along the North Pacific Rim from northern Japan to California. Two distinct population segments are recognized within U. S. waters based on phylogeographic and genetic differences. The eastern distinct population segment includes animals east of Cape Suckling, Alaska (144°W), and the western distinct population segment includes animals west of Cape Suckling through the Aleutian Islands (Loughlin 1997). Steller Sea Lion habitat is shown in Figure 3.2-26.

Substantial population declines occurred in the eastern Aleutian Islands and western Gulf of Alaska between the 1960s and mid-1970s. Declines occurred in all areas across the range of the western distinct population segment beginning in the late 1970s (Merrick, Loughlin, and Calkins 1987). Surveys conducted in southwestern Alaska in 1984-1986, from the central Gulf of Alaska through the central Aleutian Islands, revealed a 52 percent decline in adults and juveniles since 1956-1960, with the greatest declines (79 percent) in the eastern Aleutian Islands. Causes of the declines were unknown, but possibilities included disease, prey availability or quality, or a combination of these and other factors (Merrick, Loughlin, and Calkins 1987). Counts of Steller sea lions at trend sites for the western U. S. distinct population segment decreased an additional 40 percent between 1991 and 2000. This equals an average annual decline of 5.4 percent (Loughlin and York 2000).

Regional variability in recent trends is considerable. Increases in the central and western Gulf of Alaska and eastern Aleutian Islands were offset by decreases in the eastern Gulf of Alaska and central and western Aleutian Islands (Fritz et al. 2008a). Following a 4-year (2000-2004) period of a 3 percent per year increase, 2004-2008 trends in non-pups in the western stock was stable to declining slightly. Counts were up in the eastern Aleutians (more than 17 percent), but the central and western Gulf of Alaska counts increased from 2004-2007, then declined slightly from 2007-2008 (Fritz et al. 2008b). Combined data from pup and non-pup counts resulted in a minimum abundance estimate of 41,197 Steller sea lions in the western U.S. distinct population segment in 2004-2008 (Allen and Angliss 2010).

Most major haulouts and rookeries were surveyed for pups in 2009, with the exception of the western Aleutians and Pribilof Islands. From 2001/2002 to 2009, pup production on rookeries decreased 43 percent in the western and 7 percent in the central Aleutian Islands, while increasing 47 percent in the eastern Aleutians and 23 percent, 6 percent, and 57 percent in the western, central, and eastern Gulf of Alaska, respectively (DeMaster 2009).

Trend sites in the vicinity of areas under consideration in this EIS were also recently surveyed. Two rookeries, Clubbing Rocks North and Clubbing Rocks South, are those closest to Cold Bay on the Pacific side of the Alaska Peninsula, 20 nautical miles to the south. Counts were 778 pups and 1,023 non-pups for both rookeries combined in 2009 (DeMaster 2009) and 600 pups and 900 non-pups in 2010 (Fritz, Finneseth, and Sweeney 2010). Amak Island (and nearby rocks), managed by the Alaska Maritime National Wildlife Refuge, is the closest haulout to Izembek Lagoon on the north side of the Alaska Peninsula. Amak is no longer considered a rookery, and only 1 pup was sighted there in 2009, along with 324 non-pups (DeMaster 2009). In 2010, there were 0 pups and 350 non-pups present (Fritz, Finneseth, and Sweeney 2010). The Sitkinak/Cape Sitkinak haulout is another trend site where 62 non-pups were counted in 2009 (DeMaster 2009) and 44 in 2010 (Fritz, Finneseth, and Sweeney 2010).

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 14 of 60

Admin Record                                                                                    00180873

**Endangered Species Act Status**

The National Marine Fisheries Service listed the Steller sea lion as threatened under the *Endangered Species Act* in April 1990 (Federal Register 1990) due to substantial declines in the western part of the range. At that time, sea lion abundance in southeastern Alaska and Canada was increasing at approximately 3 percent per year (NMFS 2008). In 1997, based on demographic and genetic differences (Loughlin 1997), the National Marine Fisheries Service designated 2 distinct population segments of Steller sea lions under the Endangered Species Act. The western distinct population segment, showing continued decline, was reclassified as endangered in 1997, while the eastern distinct population segment remained classified as threatened (Federal Register 1997b; NMFS 2008). Critical habitat was designated in 1993 (Federal Register 1993). A final recovery plan was published in 1992 and was later revised in 2008 (NMFS 2008).

**Critical Habitat Designation**

Critical habitat for Steller sea lions was designated by the National Marine Fisheries Service in August 1993 (Federal Register 1993) based on the location of terrestrial rookery and haulout sites, spatial extent of foraging trips, and prey availability. Critical habitat for the western distinct population segment include: 1) 20-nautical mile buffer around all major haulouts and rookeries; 2) terrestrial zone extending 3,000 feet landward from the baseline or base point of each major rookery and major haulout; 3) air zones 3,000 feet above the terrestrial zones noted previously; and 4) 3 "special aquatic foraging areas" (Shelikof Strait, Bogoslof, and Seguam Pass areas).

No Steller sea lion haulouts or rookeries are within the Izembek National Wildlife Refuge or Cold Bay, although a 20-nautical mile critical habitat buffer extends into the region along the north side of the Alaska Peninsula (Figure 3.2-26). The buffer zone around the former rookery and current haulout near Amak Island, approximately 11 miles north of Izembek Lagoon (Taylor and Sowl 2008), extends into the lagoon. No critical habitat exists within Cold Bay. The nearest critical habitat to Cold Bay surrounds 2 rookeries (Clubbing Rocks North and Clubbing Rocks South) that are more than 20 nautical miles south of the bay in the Pacific Ocean. Waters around Sitkinak Island and the parcel under consideration in the land transfer lie within the 20 nautical mile buffer around the Sitkinak/Cape Sitkinak haul-out site (NMFS 2008).

**Habitat Use**

Information on Steller sea lion occurrence and habitat use within the area of concern is limited. Up to 50 Steller sea lions may occur in Cold Bay at any specific time (Sease, cited in USACE 2003). Sea lions occur year round in Cold Bay, although most observations are during the summer salmon season, when sea lions feed near spawning streams and on fish scraps from the fish cleaning area at the Cold Bay dock (Dau, cited in USACE 2003). Sea lions are more common near the mouth of Cold Bay, but have occasionally been seen in the upper bay, near Kinzarof Lagoon (USACE 2003).

Steller sea lions haul out on a rock off Cape Sitkinak (the trend site known as Sitkinak/Cape Sitkinak) (DeMaster 2009) on the east end of Sitkinak Island. No other haulouts are on Sitkinak Island (Fritz 2010).

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 15 of 60

Admin Record

00180874

# Tab 22

**Figure 1-1 Project Area Map**



Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 17 of 60

Admin Record

00180987

# Tab 23

1970; Goudie 1984; Fox and Mitchell 1997). Winter conditions on the southern Alaska Peninsula are very dynamic. Winters have variable amounts of snow and temperatures can average below freezing, above freezing, or alternate between these conditions (Putkonen and Roe 2003; Wilson et al. 2012). Ice may or may not be present on freshwater lakes, coastal lagoons, and along beaches. Coastal waters are more likely to freeze on the Bering Sea side of the peninsula than on the Pacific Ocean side. Wintering waterfowl have adapted to these dynamic environmental conditions through nomadic and opportunistic movements when preferred areas become iced-over. It is this network of various lagoons, estuaries, and bays that allows these birds to overwinter successfully in the harsh environment of the southern Alaska Peninsula.

The risk of wintering in such a harsh winter environment is that the birds live on the edge of the threshold between sufficient resources or not enough to survive through until spring green up and warmer weather. Therefore, collectively wintering birds are much more vulnerable to disturbances than less physiological demanding periods of their annual life cycle. Adjusting foraging intensity with temperature is one survival mechanism. For example, some smaller ducks increase foraging intensity with drops in ambient temperature, while other waterfowl species may opt for limited or no feeding during extreme cold as for these species it is energetically economical, reducing exposure and energetic costs of feeding in the cold (Nilsson 1970; Frederick and Klass 1982; Jorde, Krapu and Crawford 1983; and Jorde et al. 1984). These considerations for wintering Black Brant and other physiologically stressed species highlight that human-related disturbances places them at risk and possibly increased mortality.

A site-specific assessment of potential waterfowl disturbance, focusing on Black Brant was conducted by ABR (2010), reviewing academic, agency and peer-reviewed literature, evaluated potential waterfowl disturbances associated with road construction, operation, and maintenance. The ABR (2010) report yielded the following: despite a large body of research literature it remains difficult to accurately predict the specific effects for the subject road as studies occurred in different habitats and with different species. The responses of wildlife to disturbance varies by type of disturbance; distance from the disturbance; disturbance frequency, intensity, duration, and predictability; environmental conditions (influencing how far sound will carry and at what intensity); group (flock) size; season; and species. Finally, there is the variation of individuals with some more tolerant than others to any given disturbance. All these factors conclude that responses to disturbance are difficult and unpredictable. ABR (2010) did note trends among all the research reviewed. Large, unusual, or loud vehicles (e.g., heavy equipment and earth-moving types), as well as slow, stopping or stopped vehicles, elicited stronger responses from waterfowl than constantly moving passenger vehicles.

Using a 0.5 mile (2,680 foot) radius from the road corridor in the intertidal area, most of the road would be visible from areas used by Black Brant and Emperor Geese in Kinzarof Lagoon, but the noise level from passenger-type vehicles would be less than the background noise level (ABR 2010). The Alternative 2 road proposes an alignment located 0.5 mile (2,680 feet) to 1 mile (5,280 feet) north of Kinzarof Lagoon, thereby minimizing road disturbances for staging or wintering birds along this route.

**Summary of Road Construction, Operation, and Maintenance Effects**

The direct and indirect effects to Black Brant, Emperor Geese, and other staging and/or wintering birds would include the permanent loss of 107 acres of tundra habitat for the road corridor footprint. Intermittent short-term physiological and behavioral stress caused by noise,

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 19 of 60

Admin Record
00181272

- Project personnel, their contractors, and others will not use construction project access to hunting and trapping areas that are not available to the general public to support harvest opportunities.

The goal of the next 2 mitigation measures is to prevent uncontrolled vehicle access to the Izembek Wilderness or important wildlife concentration areas in upper Cold Bay.

- Effective Barriers (MM-V) to motorized vehicles will be installed and maintained at the Northeast Terminal to prevent motorized vehicles from leaving the terminal area or road. The applicant shall place signs at the Northeast Terminal site advising the public that motorized vehicles are restricted in Izembek Wilderness.

The following additional mitigation measures identified in the Act would also be implemented.

- Motorized vehicle access beyond the roadway corridor would be prohibited. Barriers (MM-V), either bollard and chain, or bollard only, will be placed on each side of the roadway to physically prevent all-terrain vehicles and other motorized vehicle access. Signs that explain the access restrictions and the reasons for them will be posted at each end of the road.

- Most commercial use of the road would be prohibited [Non-Commercial Use (MM-U)]. Guides would not be allowed to use the road for guided hunts or commercial wildlife viewing.

These measures would only be effective in reducing impacts if they are enforced. In the absence of enforcement, unauthorized access is likely to occur.

**Large Mammals**

***Direct Effects and Indirect Effects from Construction, Operation and Maintenance***

**Caribou**

The project area lies in an important wintering area and migration corridor for the Southern Alaska Peninsula Caribou Herd, supporting high densities (Skoog 1968; Valkenburg et al. 2003). Caribou migrate through the project area between calving areas northeast of the project area and wintering grounds on the western side of Cold Bay. The Izembek isthmus is the narrowest point of the migratory corridor, specifically the isthmus between Izembek and Kinzarof Lagoons. The southern road alignment was selected to minimize road construction, operation, and maintenance effects for migrating caribou.

Caribou and human development have a long history of coexistence in northern latitudes. Generally, caribou quickly adapt to physical structures or buildings (Murphy and Lawhead 2000; National Research Council 2003). Conflicts occur with degree of disturbance based on frequency, intensity, duration, and seasonality. Individual responses to disturbance may range from increased vigilance demonstrated through alert posture in preparation for the next level response, immediate and temporary abandonment of a location followed by return to normal behaviors, to the permanent avoidance or abandonment of a location(s) by individuals or herd (Young 1997; Wolfe et al. 2000; Vistnes and Nellemann 2001; Vistnes et al. 2001; Miller 2003). Energy expenditure as a response to disturbance and the ability to replace that energy loss and/or

Admin Record

### 4.3.2.7 Threatened and Endangered Species

The primary actions under Alternative 2 considered for analysis of effects on threatened and endangered species include a proposed land exchange between the federal government, State of Alaska, and King Cove Corporation, as described in the Proposed Action (Section 1.2) and the southern road alignment option for construction of a road between King Cove and Cold Bay. The road corridor would be located approximately ½ mile to 1 mile north of Kinzarof Lagoon.

The 3 threatened and endangered species included in this EIS—Steller's Eiders, northern sea otters, and Steller sea lions—are addressed separately below. Because the effects on 2 candidate species, Yellow-billed Loon and Kittlitz's Murrelet, are similar to those expected to occur to Steller's Eiders, the analysis of effects for these species have been combined. Although Yellow-billed Loon and Kittlitz's Murrelet have no legal protection under the *Endangered Species Act* at this time, they could become listed before the project is completed. All 5 species, with the exception of Kittlitz's Murrelets during the breeding season, are found exclusively or almost exclusively in marine habitats in this region.

If a proposed alternative involving land exchanges and new construction is selected and measures are taken to implement it, *Endangered Species Act* Section 7 consultations would have to be conducted with the Service (listed birds and sea otter) and the National Marine Fisheries Service (Steller sea lion). These consultations may require the development of Biological Assessments and Biological Opinions concerning these *Endangered Species Act* listed species. These documents would likely contain required and recommended mitigation measures to reduce the impacts to the listed species. It is not clear what these measures might be and whether they would be different from the measures discussed in the following analyses.

#### Steller's Eider, Yellow-billed Loon and Kittlitz's Murrelet

##### Direct Effects and Indirect Effects of the Land Exchange

The exchange of land parcels would occur prior to construction. Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets do not occur on terrestrial habitats included in the proposed land exchange, although they may occur in nearshore and estuarine environments adjacent to the parcels. The Kinzarof Lagoon parcel abuts an important high density wintering habitat for Steller's Eiders in Kinzarof Lagoon and northern Cold Bay. The transfer of the submerged lands and waters of Kinzarof Lagoon (including eelgrass habitat and intertidal shorelines) to the Izembek State Game Refuge would result in management under the *Izembek State Game Refuge Plan*. The waters of Cold Bay adjacent to Mortensens Lagoon is moderate density wintering habitat for Steller's Eiders, but the lagoon itself is unlikely to have much use by Steller's Eiders other than in the entrance channel. Small numbers of Steller's Eiders have been reported in Sitkinak Lagoon during winter months.

No effects on Steller's Eider, Yellow-billed Loon and Kittlitz's Murrelet have been identified that would result from the proposed land exchange, because no activities in the reasonably foreseeable future have been identified that would affect these species or their habitats within these parcels. These birds and their habitats, as described in the affected environment section (Chapter 3) would remain the same, before and after the proposed land exchange.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 21 of 60

Admin Record

00181304

***Direct Effects and Indirect Effects from Construction***

Potential effects on Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet from construction of the southern road alignment across the Izembek isthmus would be mostly from disturbance effects of noise. The road from the Northeast Terminal across the Izembek isthmus would range from ½ to 1 mile from Kinzarof Lagoon. ABR (2010) evaluated waterfowl disturbance buffers for three possible road alignment scenarios, with offset distances from the lagoon of ¼ mile, ½ mile, and approximately 1 mile, and ambient background noise levels measured at Kinzarof Lagoon and empirical noise data for vehicles. They estimated that noise from most construction equipment would be just above the background noise level at Kinzarof Lagoon at a distance of a ½ mile and would be indistinguishable from Kinzarof background levels at about 1 mile away. The sound of pile drivers would travel farther. Based on these analyses, Steller's Eiders using Kinzarof Lagoon may detect construction noises, but most would likely be far enough away that the sounds would be indistinguishable from background noise. No direct habitat loss would be associated with the road corridor, since Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets do not use the terrestrial habitats potentially affected by the road.

Effects of road construction would be moderated by the seasonal occurrence of Steller's Eiders and Yellow-billed Loons. Road construction activities during the summer months could eliminate most direct disturbance impacts to Steller's Eiders and Yellow-billed Loons that are absent from the area at that time. Kittlitz's Murrelets would be present in the area during the construction season and could therefore be affected by noise disturbance, although their frequency occurrence nearshore and likelihood of co-occurrence with construction activities are low. Noise from construction activities during the fall could, however, potentially disturb molting eiders or loons in September and October.

Behavioral reactions of molting, staging, and wintering Steller's Eiders or of wintering Yellow-billed Loons to construction activities are unknown. Except when molting, Steller's Eiders are highly mobile during the nonbreeding season and could abandon a preferred staging or foraging area if disturbed. They may be more sensitive to disturbance during physiologically demanding times of the year, such as during the molt or just prior to the spring migration to the breeding grounds. Mitigation measures included in the fish and wildlife protection plan, the seasonality of most of the construction activities, and the distance over which received sound levels reach Kinzarof Lagoon background levels should minimize disturbance to Steller's Eiders and Yellow-billed Loons. Kittlitz's Murrelets are not expected to nest near the proposed road alignment; therefore, they are unlikely to be disturbed except if or when they fly over the area.

Eider, loon, or murrelet habitat could be affected if construction activities impact important feeding areas or prey. Mitigation measures reduce or prevent impacts to coastal habitats during construction of the road.

**Summary**

Steller's Eiders and Yellow-billed Loons may experience some noise disturbance effects from road construction activities occurring during the fall construction period (August to November); they are absent from the area during most of the summer construction period, so would not be affected during that time. Kittlitz's Murrelets may experience disturbance effects throughout the construction season, but the disturbance would occur only if or when they fly over the area.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 22 of 60

Admin Record                                                                    00181305

Effects would be of low to medium intensity (perceptible and measurable, but would not alter resource function in the ecosystem), temporary duration (persisting through the construction period), local extent, and would affect important resources (threatened and endangered species and candidate species). The direct and indirect impact of road construction is considered negligible to minor.

### Direct Effects and Indirect Effects from Operation and Maintenance

Some disturbance effects from the operation and maintenance of the road are possible. Noise generated by road use could be audible to Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets using north Kinzarof Lagoon or the southern edge of Izembek Lagoon. Noise levels and distances to which sounds are audible depend on the species being evaluated and the vehicle type and wind direction and strength. The sounds of passenger vehicles are estimated to be less than Kinzarof Lagoon background noise at a distance of more than 300 feet and eliminated by 1,300 feet (¼ mile). Heavy trucks would create noise similar to construction vehicles and reach levels just above ambient at ½ mile from the road (ABR 2010). Steller's Eiders fly across the isthmus when traveling between Izembek and Kinzarof lagoons. During the fall, movements appear to be dictated by prevailing winds and tidal conditions. Birds will move to leeward areas to find shelter from strong winds and they move to areas where foraging conditions are more favorable due to differences in tidal conditions (tides are not synchronous between the two sides of the peninsula). During winter, when ice conditions are extremely dynamic, birds will move to one side of the peninsula or the other according to ice cover. This frequent movement back and forth across the isthmus exposes them to higher risks of disturbance from activities on the road.

Impacts of road use on Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets using the nearby habitats depends on time of year, traffic level, vehicle type, frequency and predictability of disturbance, and the ability to habituate to disturbances (ABR 2010). Road use during summer months would not affect eiders or loons since they are absent from the area. Behavioral reactions of Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets to vehicular traffic are unknown. Chronic disturbances could cause some displacement from areas of Izembek Lagoon and Kinzarof Lagoon closest to the road corridor. Izembek Lagoon and offshore waters to the north are designated critical habitat for Steller's Eiders. Eiders are flightless for approximately 3 weeks during wing molt in the fall, leaving them particularly vulnerable to disturbance (Taylor and Sowl 2008). Steller's Eiders show high site fidelity to molting areas, so repeated disturbance could cause long-term displacement or abandonment of traditional use areas (Flint et al. 2000). Energetic costs from disrupted foraging could be a concern, as wintering eiders in the EIS project area spend much of the time foraging to meet energetic demands (Laubhan and Metzner 1999).

Increased access to Izembek Lagoon (designated as critical habitat for Steller's Eider) and Kinzarof Lagoon for hunting, fishing, subsistence activities, and for recreation could introduce additional sources of human disturbance on Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets. The proposed barriers along the roadside would limit some all-terrain vehicle access, but not all activities that could cause disturbance or displacement. New roads facilitate human access and activities into once remote areas (Trombulak and Frissell 2000). Evidence exists of all-terrain vehicles accessing previously inaccessible areas along the east and northeast sides of Kinzarof Lagoon from the newly constructed road to the Northeast Terminal (Sowl 2008c). A tendency to follow visible trails, even those posted as closed to vehicular traffic, has increased damage to habitats along existing road corridors (Sowl 2004). The southern road alignment

Admin Record

00181306

could lead to substantial increases in waterfowl hunting pressure in Izembek or Kinzarof lagoons due to improved access for foot and all-terrain vehicles travel (see Brant in Section 4.4.2.4). Izembek Lagoon (critical habitat) is an important molting area for thousands of Steller's Eiders in the fall, coinciding with the timing of waterfowl hunting for Brant and other species. A substantial increase in disturbance from gunshots, all-terrain vehicles, and human presence at this time would likely cause molting (flightless) eiders to swim away from preferred feeding areas. This would interrupt their feeding and cause them to expend energy, decreasing their ability to recover from molting, especially if disturbance levels are high and chronic. It may also cause some birds to abandon preferred foraging areas, at least while hunters are present. It may also increase the chance of eiders being shot accidentally (no hunting is allowed on this species). These indirect effects of the road could be much greater than the direct effects of the road.

**Summary**

Operation and maintenance of the southern road corridor could result in disturbance effects on Steller's Eiders and Yellow-billed Loons during the fall through spring. Eiders are particularly vulnerable to disturbance during pre-migration staging in the spring and the molt in the fall. Disturbance effects could be of medium intensity if traffic and noise volumes remain low. Increased traffic volume or frequent and repeated use by loud vehicles could lead to longer term displacement. Disturbance effects would be long-term in duration (intermittent but persistent for the life of the project), localized in extent (the isthmus area), and would affect important resources (threatened and endangered species and candidate species). Kittlitz's Murrelets could be disturbed during the breeding season, but the disturbance would be limited to occasional flyovers as they do not nest near the road corridor. The direct and indirect impact is considered moderate for Steller's Eiders and minor for Yellow-billed Loons and negligible to minor for Kittlitz's Murrelets.

*Mitigation Measures*

A Fish and Wildlife Protection Plan (MM-M) described in Appendix F would mitigate disturbance effects associated with Alternative 2. Additional measures to limit human access to important Steller's Eider habitat north and south of the road corridor may be required.

*Cumulative Effects*

Past, present and reasonably foreseeable future actions are the same as described in Section 4.2.2.7. Disturbance effects associated with implementation of Alternative 2 would result in a moderate contribution to cumulative effects on Steller's Eider, and a negligible to minor contribution to cumulative effects for Yellow-billed Loon and Kittlitz's Murrelet.

*Conclusion*

Due to the seasonality of Steller's Eiders and Yellow-billed Loons use and the timing of the proposed construction activities, effects of road construction on Steller's Eiders and Yellow-billed Loons would be of low to medium intensity (perceptible and possibly measurable), temporary (existing during the 2-year construction period), and localized (within the area of the Izembek isthmus). The road construction would have similar impacts to Kittlitz's Murrelet because it is not expected to nest near the road corridor. Year round operation and maintenance of the road would coincide with Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelet

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 24 of 60

Admin Record
00181307

presence in the area and could result in effects that are medium intensity (observable), long-term duration (intermittent but persistent for the life of the project), and localized (within the area of the Izembek isthmus). Steller's Eiders are federally protected under the *Endangered Species Act*, so they are considered important in context. Yellow-billed Loons and Kittlitz's Murrelets are considered important in context due to their candidate status and declining populations. The land exchange would not affect use patterns by Steller's Eiders, Yellow-billed Loons, or Kittlitz's Murrelets. The contribution to cumulative impacts would be moderate for Steller's Eiders and negligible to minor for Yellow-billed Loons and Kittlitz's Murrelets. The overall impact of Alternative 2 on Steller's Eiders, would be moderate, because eiders are particularly vulnerable to disturbance during pre-migration staging in the spring and the molt in the fall, and the effects on Yellow-billed Loons, and Kittlitz's Murrelets is considered negligible to minor.

### Northern Sea Otter: Southwest Alaska Distinct Population Segment

#### Direct Effects and Indirect Effects of the Land Exchange

The exchange of land parcels would occur prior to construction. Northern sea otters do not use the terrestrial habitats included in the proposed land exchange, although they may occur in nearshore and estuarine environments adjacent to the parcels. The Kinzarof Lagoon parcel abuts an important high density sea otter concentration area that is designated critical habitat in Kinzarof Lagoon and northern Cold Bay (Figure 3.2-26). The nearshore environment of Mortensens Lagoon is used by otters. Waters adjacent to the parcels considered for exchange on Sitkinak Island are within sea otter critical habitat (Figure 3.2-24). The transfer of the submerged lands and waters of Kinzarof Lagoon (including eelgrass habitat and intertidal shorelines) to the Izembek State Game Refuge would result in management under the provisions of the *Izembek State Game Refuge Plan*.

No effects on northern sea otters have been identified that would result from the proposed land exchange, because no activities in the reasonably foreseeable future have been identified that would affect northern sea otters or their habitats within these parcels. Northern sea otters and their habitat, as described in the affected environment section (Chapter 3) would remain the same, before and after the proposed land exchange.

#### Direct Effects and Indirect Effects from Construction

Potential effects on northern sea otters from construction of the southern road alignment across the Izembek isthmus would be mostly from disturbance effects of noise. The road from the Northeast Terminal across the Izembek isthmus would range from ½ to 1 mile from Kinzarof Lagoon, an important habitat for sea otters. Both Kinzarof and Izembek lagoons are designated critical habitats for northern sea otters. ABR (2010) estimated that noise from most construction equipment would be just above the background noise level at Kinzarof Lagoon at a distance of ½ mile and would be indistinguishable from Kinzarof background levels at about 1 mile away. The sound of pile drivers would travel farther. Sea otters using Kinzarof Lagoon may detect construction noises, but it is not known whether they would react to this disturbance. Possible reactions could include displacement from areas most impacted by noise. No direct habitat loss would be associated with the road corridor, since sea otters do not use the terrestrial habitats of the road corridor.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 25 of 60

Admin Record

00181308

A Fish and Wildlife Protection Plan (MM-M) and the Marine Mammal Protection Plan (MM-N) provide measures to alleviate or prevent impacts to coastal habitats during construction of the road.

**Summary**

Construction of the southern alignment road could elicit disturbance responses from sea otters using northern Kinzarof Lagoon during the summer months. If disturbance were to occur, it would be of low to medium intensity (perceptible and measurable, but would not alter resource function in the ecosystem), temporary (during the 2-year construction period), and localized (within the area of the Izembek isthmus). The southwest Alaska distinct population segment of the northern sea otter is federally protected under the *Endangered Species Act* and the *Marine Mammal Protection Act* so is considered an important resource. The direct and indirect impact is considered negligible.

***Direct Effects and Indirect Effects from Operation and Maintenance***

Disturbance effects from the operation and maintenance of the road are possible. Noise generated by road use could be audible to sea otters using north Kinzarof Lagoon. Noise levels and distances to which sounds are audible depend on vehicle type and wind direction and strength. The sounds of passenger vehicles are estimated to be less than Kinzarof Lagoon background noise at a distance of more than 300 feet and eliminated by 1,300 feet (¼ mile). Heavy trucks would create noise similar to construction vehicles and reach levels just above ambient at ½ mile from the road (ABR 2010).

Specific behavioral responses of resting, foraging, or nursing sea otters and pups to vehicular traffic are not known, but vehicle disturbance is expected to be low. Predictable low-level traffic volumes could lead to habituation to vehicle noise. Periodic loud vehicles or other inconsistent noises may elicit disturbance responses. Chronic disturbance and displacement are unlikely.

Sea otters have been observed crossing the isthmus between Izembek Lagoon and Kinzarof Lagoon in winter during periods of dense sea ice concentrations in the southern Bering Sea (USACE 2003). Crossing the road would leave otters vulnerable to being hit by passing vehicles. The chance of a passing vehicle coinciding with otters crossing the road is extremely low, but if it were to occur, mortality could result.

The new road could provide increased access for waterfowl hunting. Hunters shooting toward marine habitat could potentially disturb sea otters. The extent of added disturbance depends on the level of increase in hunting along the road corridor. The new road would also allow increased access by Alaska Native hunters to the sea otters using Kinzarof Lagoon, potentially increasing the number of sea otters that are harvested.

**Summary**

Operation and maintenance of the southern road corridor may result in disturbance effects on northern sea otters in northern Kinzarof Lagoon. Disturbance effects from vehicle noise are not known, but could be of low to medium intensity (perceptible and measurable, but would not alter resource function in the ecosystem), if displacement occurs, long-term in duration if traffic and noise volumes remain low (intermittent but persistent for the life of the project), local extent (within the area of the Izembek isthmus), and would affect an important resource (federally

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 26 of 60

Admin Record

00181309

protected under the *Endangered Species Act* and the *Marine Mammal Protection Act)*. Although very unlikely, injury or mortality of a sea otter crossing the road during winter could occur and the resulting effects would be of high intensity, long-term to permanent duration, local extent, and would affect an important resource. The direct and indirect impact is considered minor.

*Mitigation Measures*

Protective measures stipulated in the Fish and Wildlife Protection Plan (MM-M) and the Marine Mammal Protection Plan (MM-N), (Appendix F) could help alleviate impacts of human disturbance associated with construction, operation, and maintenance of the road. Slow speeds of travel and barriers to prevent off road vehicle access could mitigate some disturbance effects. Additional measures to limit human access to important sea otter habitat north and south of the road corridor may be required.

*Cumulative Effects*

Past, present and reasonably foreseeable future actions are the same as described in Section 4.2.2.7. Implementation of Alternative 2 would result in a negligible to minor contribution to cumulative effects on northern sea otters.

*Conclusion*

Effects of road construction on northern sea otters would be of low to medium intensity (perceptible and measurable, but would not alter resource function in the ecosystem), temporary (during the 2-year construction period) and localized (within the area of the Izembek isthmus). There is the potential for a low-level increase in noise disturbance to sea otters whenever they are in close proximity to the road corridor during operation and maintenance of the road. Although noise disturbance would be intermittent, it would be long term (persist for the life of the road) and would affect a species that receives federal protection under the both the *Endangered Species Act* (as a southwest Alaska distinct population segment) as well as the *Marine Mammal Protection Act*. Although very unlikely, injury or mortality of a sea otter crossing the road during winter could occur. Cumulative effects would be limited to a minor increase in noise disturbance of sea otters. The land exchange would not affect use patterns by sea otters. The summary impact of Alternative 2 on northern sea otters would be minor.

**Steller Sea Lion: Western Distinct Population Segment**

*Direct Effects and Indirect Effects of the Land Exchange*

The exchange of land parcels would occur prior to construction. Several of the parcels under consideration for exchange are terrestrial habitats that are not used by Steller sea lions. Steller sea lions may occasionally occur near Kinzarof and Mortensens lagoons. A Steller sea lion haul out site exists offshore of Cape Sitkinak on the east end of Sitkinak Island. Although waters offshore of the exchange parcels on Sitkinak are included in Steller sea lion critical habitat (Figure 3.2-24), Steller sea lions do not use the parcels. There would be no effect on Steller sea lion as a result of the proposed land exchange.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 27 of 60
Admin Record
00181310

### Direct Effects and Indirect Effects from Construction

Construction of a road along the southern alignment route is unlikely to have any effect on Steller sea lions. There are no known haul outs near the Izembek isthmus and Steller sea lions are only occasionally seen in upper Cold Bay near Kinzarof Lagoon. Any potential nearshore marine habitat impacts during construction would be mitigated through the imposition of mitigation measures.

### Summary

Steller sea lions are uncommon in the marine environment nearest to the land across which the road would be constructed, so would not be directly or indirectly affected by the road construction.

### Direct Effects and Indirect Effects from Operation and Maintenance

Operation and maintenance of a road along the southern alignment route is unlikely to have any effect on Steller sea lions. There are no known haul outs near the Izembek isthmus and Steller sea lions are only occasionally seen in upper Cold Bay near Kinzarof Lagoon.

### Summary

Steller sea lions are uncommon in the marine environment nearest to the land across which the road would be constructed, so would not be directly or indirectly affected by operation and maintenance of the road.

### Mitigation Measures

Protective measures stipulated in the Fish and Wildlife Protection Plan (MM-M) and the Marine Mammal Protection Plan (MM-N) (Appendix F) could help alleviate impacts of human disturbance associated with construction, operation, and maintenance of the road. In addition, elements of an Erosion and Sediment Control Plan (MM-A), Storm Water Pollution Prevention Plan (MM-B), Hazardous Material and Petroleum Product Control Plan (MM-C), and Fuel Handling and Spill Response Plan (MM-D) would mitigate potential habitat impacts during construction or minimize potential, albeit unlikely, disturbance to Steller sea lions.

### Cumulative Effects

Past, present and reasonably foreseeable future actions are the same as described in Section 4.2.2.7. Implementation of Alternative 2 would not contribute to cumulative effects on Steller sea lions.

### Conclusion

The land exchange and southern road alignment construction, operation and maintenance under Alternative 2 would have no direct or indirect effects on Steller sea lion in the EIS project area.

### Overall Conclusion

Construction and operation of the southern road corridor could disturb Steller's Eiders and Yellow-billed Loons during the fall through spring. Eiders are particularly vulnerable to disturbance during pre-migration staging in the spring and the molt in the fall. Kittlitz's

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 28 of 60

Admin Record

00181311

Murrelets could be disturbed during the breeding season, but the disturbance would be limited to occasional flyovers as they are not expected to nest near the road corridor. Construction and operation of the southern alignment road could elicit disturbance responses from sea otters using northern Kinzarof Lagoon during the summer months. There would be no effect to sea lions, as they do not normally occur in the project area. The overall effect to other threatened and endangered species would be minor, except for Steller's Eiders, which would experience moderate effects.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 29 of 60

Admin Record

00181312

#### 4.4.2.7    Threatened and Endangered Species

The primary actions under Alternative 3 considered for analysis of effects on threatened and endangered species include a proposed land exchange between the federal government, State of Alaska, and King Cove Corporation (Section 1.2 and 2.4.6), and the central road alignment for construction of a road between the communities of King Cove and Cold Bay.

The 3 threatened and endangered species included in this EIS—Steller's Eider, northern sea otter, and Steller sea lions—are addressed separately below.

If a proposed alternative involving land exchanges and new construction is selected and measures are taken to implement it, *Endangered Species Act* Section 7 consultations would have to be conducted with the Service (listed birds and sea otter) and the National Marine Fisheries Service (Steller sea lion). These consultations may require the development of Biological Assessments and Biological Opinions concerning these *Endangered Species Act* listed species. These documents would likely contain required and recommended mitigation measures to reduce the impacts to listed species. It is not clear what these measures might be and whether they would be different from the measures discussed in the following analyses.

#### **Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet**

##### *Direct Effects and Indirect Effects from Construction*

Direct and indirect effects of construction of the central road alignment on Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets would be similar to that described for the southern road alignment (see Section 4.3.2.7). The increased distance of the road from Kinzarof Lagoon under Alternative 3 would result in less acoustic impacts on northern Kinzarof Lagoon. The central road alignment is closer to Izembek Lagoon, but may be sufficiently far that most construction noise would be at background levels at the southern end of the lagoon.

The parcels under consideration for land exchange under Alternative 3 are the same as Alternative 2, except the central road alignment would be exchanged. Please refer to Section 4.3.2.7.

#### Summary

Steller's Eiders and Yellow-billed Loons may experience some disturbance effects from road construction activities occurring during August to November; they are absent from the area during most of the summer construction period. Kittlitz's Murrelets may be present during the summer construction period, but their use of the area would be limited. Effects would be of low to medium intensity, temporary duration, local extent, and would affect important resources (threatened and endangered species and candidate species). The direct and indirect impact of road construction is considered negligible to minor.

##### *Direct Effects and Indirect Effects from Operation and Maintenance*

Direct and indirect effects of operation and maintenance of the central road alignment on Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets would be similar to that described for the southern road alignment (see Section 4.3.2.7). The central road alignment shifts the road corridor farther north of Kinzarof Lagoon than proposed under Alternative 2. This would

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 30 of 60

Admin Record                                                                                      00181432

decrease noise exposure and disturbance effects on eiders using Kinzarof Lagoon. This alignment may, however, increase potential noise levels and disturbance to eiders in the nearshore areas of southern Izembek Lagoon. Tens of thousands of Steller's Eiders use Izembek Lagoon for molting in the fall and staging for migration in the spring. Increased noise from the road could disturb and displace some of those birds. Steller's Eiders fly across the isthmus when traveling between Izembek and Kinzarof lagoons. During the fall, movements appear to be dictated by prevailing winds and tidal conditions. Birds will move to leeward areas to find shelter from strong winds and they move to areas where foraging conditions are more favorable due to differences in tidal conditions (tides are not synchronous between the two sides of the peninsula). During winter, when ice conditions are extremely dynamic, birds will move to one side of the peninsula or the other according to ice cover. This frequent movement back and forth across the isthmus exposes them to higher risks of disturbance from activities on the road.

In addition, the central road alignment could lead to substantial increases in waterfowl hunting pressure in Izembek Lagoon due to improved access for foot and all-terrain vehicles travel (see Brant in Section 4.4.2.4). New roads facilitate human access and activities into once remote areas (Trombulak and Frissell 2000). Evidence exists of all-terrain vehicles accessing previously inaccessible areas along the east and northeast sides of Kinzarof Lagoon from the newly constructed road to the Northeast Terminal (Sowl 2008c, 2011f). A tendency to follow visible trails, even those posted as closed to vehicular traffic, has increased damage to habitats along existing road corridors (Sowl 2004). Izembek Lagoon is an important molting area for thousands of Steller's Eiders in the fall, coinciding with the timing of waterfowl hunting for Brant and other species. A substantial increase in disturbance from gunshots, all-terrain vehicles, and human presence at this time would likely cause molting (flightless) eiders to swim away from preferred feeding areas. This would interrupt their feeding and cause them to expend energy, decreasing their ability to recover from molting, especially if disturbance levels are high and chronic. It may also cause some birds to abandon preferred foraging areas, at least while hunters are present. It may also increase the chance of eiders being shot accidentally (no hunting is allowed on this species). These indirect effects of the road could be much greater than the direct effects of the road.

**Summary**

Operation and maintenance of the central road corridor could result in disturbance effects on Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets during the fall through spring. Kittlitz's Murrelet could also experience disturbance in the summer, but only during occasional flyovers of the construction area. Eiders are particularly vulnerable to disturbance during pre-migration staging in the spring and the molt in the fall. Disturbance effects could be of medium intensity if traffic and noise volumes remain low. Increased traffic volume or frequent and repeated use by loud vehicles could lead to longer term displacement. Disturbance effects would be long-term in duration (intermittent but persistent for the life of the project), localized in extent (the isthmus area), and would affect important resources (threatened and endangered species and candidate species). The direct and indirect impact is considered moderate for Steller's Eiders and minor for Yellow-billed Loons and negligible to minor for Kittlitz's Murrelets.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 31 of 60

Admin Record
00181433

*Mitigation Measures*

Elements of a Fish and Wildlife Protection Plan (MM-M) described in Appendix F would mitigate disturbance effects associated with Alternative 2. Additional measures to limit human access to important Steller's Eider habitat north and south of the road corridor may be required.

*Cumulative Effects*

Past, present and reasonably foreseeable future actions are similar to those described in Section 4.2.2.7. Disturbance effects associated with implementation of Alternative 3 would result in a moderate contribution to cumulative effects on Steller's Eider, and a negligible to minor contribution to cumulative effects for Yellow-billed Loon, and Kittlitz's Murrelet.

*Conclusion*

The seasonality of eider and loon use of the area and timing of the proposed construction activities are such that effects of construction of the central road alignment on Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet would be of low to medium intensity (perceptible and possibly measurable), temporary (lasting during the 2-year construction period), and localized (within the area of the Izembek isthmus). Year round operation and maintenance of the road would coincide with eider, loon, and murrelet presence in the area and could result in effects that are high intensity, long-term duration (intermittent but persistent for the life of the project), local extent (within the area of the Izembek isthmus), and would affect important resources, resulting in a moderate impact. The contribution to cumulative impacts would also be moderate. Steller's Eiders are listed as threatened under the *Endangered Species Act*, so are considered important in context. Yellow-billed Loons and Kittlitz's Murrelets are candidate species and are also considered important in context. The land exchange would not likely affect use patterns by Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets. The overall impact of Alternative 3 on Steller's Eider, would be moderate, because Eiders are particularly vulnerable to disturbance during pre-migration staging in the spring and the molt in the fall, and the effects on Yellow-billed Loon, and Kittlitz's Murrelet is considered negligible to minor.

**Northern Sea Otter: Southwest Alaska Distinct Population Segment**

*Direct Effects and Indirect Effects from Construction*

Direct and indirect effects of construction of the central road alignment on northern sea otters would be similar to that described for the southern road alignment (see Section 4.3.2.7). The increased distance of the road from Kinzarof Lagoon under Alternative 3 would result in less acoustic impacts on northern Kinzarof Lagoon. The central road alignment is closer to Izembek Lagoon, but may be sufficiently far that most construction noise would be at background levels at the southern end of the lagoon.

The parcels under consideration for land exchange under Alternative 3 are the same as Alternative 2, except the central road alignment would be exchanged. Please refer to Section 4.3.2.7.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 32 of 60

Admin Record

00181434

**Summary**

Construction of the central alignment road could elicit disturbance responses from sea otters using northern Kinzarof Lagoon and southern Izembek Lagoon during the summer months. If disturbance were to occur, it would be of low to medium intensity, temporary and localized. The southwest Alaska distinct population segment of the northern sea otter is federally protected under the *Endangered Species Act* and the *Marine Mammal Protection Act* so is considered an important resource. The direct and indirect impact is considered negligible.

**Direct Effects and Indirect Effects from Operation and Maintenance**

Direct and indirect effects of operation and maintenance of the central road alignment on northern sea otters would be similar to that described for the southern road alignment (see Section 4.3.2.7). The central road alignment shifts the road corridor farther north of Kinzarof Lagoon than proposed under Alternative 2. This would decrease noise exposure and disturbance effects on otters using Kinzarof Lagoon. This alignment may, however, increase potential noise levels and disturbance to sea otters in the nearshore areas of southern Izembek Lagoon.

**Summary**

Operation and maintenance of the central road corridor may result in disturbance effects on northern Kinzarof and southern Izembek lagoons. Disturbance effects from vehicle noise are not known, but could be of medium intensity, if displacement occurs, long-term duration (intermittent but persistent for the life of the project), local extent, and would affect an important resource. The direct and indirect impact is considered minor.

**Mitigation Measures**

Protective measures stipulated in the Fish and Wildlife Protection Plan (MM-M) and the Marine Mammal Protection Plan (MM-N) (Appendix F) could help alleviate impacts of human disturbance associated with construction, operation, and maintenance of the road. Slow speeds of travel and barriers to prevent off road vehicle access could mitigate some disturbance effects. Additional measures to limit human access to important sea otter habitat north and south of the road corridor may be required.

**Cumulative Effects**

Past, present, and reasonably foreseeable future actions are the same as described in Section 4.2.2.7. Implementation of Alternative 3 would result in a negligible to minor contribution to cumulative effects on northern sea otters.

**Conclusion**

Effects of road construction on northern sea otters would be of low to medium intensity, temporary and localized. Year round operation and maintenance of the road could result in disturbance effects of medium intensity, long-term duration (intermittent but persistent for the life of the project), local extent, and would affect an important resource, resulting in a minor impact. Although very unlikely, injury or mortality of a sea otter crossing the road during winter could occur and the resulting effects would be of medium to high intensity, long-term to permanent duration, local extent, and would affect an important resource, resulting in a minor

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 33 of 60

Admin Record

00181435

impact. The contribution to cumulative effects would be negligible to minor. The land exchange would not likely affect use patterns by sea otters. The summary impact of Alternative 3 on northern sea otters is considered minor.

**Steller Sea Lion: Western Distinct Population Segment**

***Direct Effects and Indirect Effects from Construction***

Construction of a road along the central alignment route is unlikely to have any effect on Steller sea lions. There are no known haul outs near the Izembek isthmus and Steller sea lions are only occasionally(seen in upper Cold Bay near Kinzarof Lagoon. Any potential nearshore marine habitat impacts during construction would be mitigated through the imposition of mitigation measures.

The parcels under consideration for land exchange under Alternative 3 are the same as Alternative 2, except for the road corridor parcel. Please refer to Section 4.3.2.7.

**Summary**

Steller sea lions are uncommon in the marine environment nearest to the land across which the road would be constructed, so would not be directly or indirectly affected by the road construction.

***Direct Effects and Indirect Effects from Operation and Maintenance***

Operation and maintenance of a road along the central alignment route is unlikely to have any effect on Steller sea lions. No known haul outs are near the Izembek isthmus and Steller sea lions are only occasionally seen in upper Cold Bay near Kinzarof Lagoon.

**Summary**

Steller sea lions are uncommon in the marine environment nearest to the land across which the road would be constructed, so would not be directly or indirectly affected by operation and maintenance of the road.

***Mitigation Measures***

Applicable measures to mitigate potential habitat impacts during construction or to minimize potential, albeit unlikely, disturbance to Steller sea lions are described in Section 4.3.2.7.

***Cumulative Effects***

Implementation of Alternative 3 would not contribute to cumulative effects on Steller sea lions.

***Conclusion***

The land exchange and central road alignment construction, operation and maintenance under Alternative 3 would have no direct or indirect effects and no contribution to cumulative effects on Steller sea lions in the EIS project area.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 34 of 60

Admin Record

00181436

*Overall Conclusion*

The central road alignment could lead to substantial increases in waterfowl hunting pressure in Izembek Lagoon due to improved access for foot and all-terrain vehicles travel.  Izembek Lagoon is an important molting area for thousands of Steller's Eiders in the fall, coinciding with the timing of waterfowl hunting for Brant and other species.  The direct and indirect impacts from construction are considered to be negligible to minor.  Direct and indirect effects from operation and maintenance are considered moderate for Steller's Eiders and minor for Yellow-billed Loon, and negligible to minor for Kittlitz's Murrelet.  Similar to Alternative 2, the effects on sea otters would be minor, with no effects to Steller sea lions.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 35 of 60

Admin Record

00181437

## Other Birds

### Direct Effects and Indirect Effects from Construction

The direct and indirect effects of the construction of Alternative 5 on other birds could include short-term behavior disturbance. The disturbance would be limited to the immediate areas of construction (Lenard Harbor Ferry Terminal and the Cold Bay Dock). The number of other birds in either of these areas is expected to be small.

### Summary

Direct and indirect impacts of the construction of Alternative 5 on other birds would be low (flushing) to high (nest disturbance) intensity, temporary duration, local extent, and common context because none are rare in the locality and they are not protected by special legislation. The summary impact level of Alternative 5 on other birds would be considered minor.

### Direct Effects and Indirect Effects from Operation and Maintenance

The direct and indirect effects of the operation and maintenance of Alternative 5 on other birds could include short-term behavior disturbance, mostly near the onshore facilities. Increased human activity at these locations could cause other birds to avoid the areas. Because of an abundance of more suitable habitat in the surrounding area, the effect would be negligible.

### Summary

Direct and indirect impacts of the operation and maintenance of Alternative 5 on other birds would be low intensity, long-term duration (intermittent but persistent for the life of the project), local extent (limited to the ferry route), and common context because none are rare in the locality and they are not protected by special legislation. The summary impact level of Alternative 5 on other birds would be considered minor.

### Mitigation Measures

The mitigation measures currently in place to reduce impacts to birds from the operation of the hovercraft should be effective in reducing potential adverse effects to seabirds and waterfowl.

### Cumulative Effects

Past and present actions that have and may continue to affect other birds in the project area are described in Section 3.2.3 Birds. The completion of the King Cove Access Road is expected to result in more human activity at Kinzarof Lagoon and the northeast side of Cold Bay.

The reasonably foreseeable future actions would add a small amount of habitat loss and would increase human activity in the project area, including more traffic on the road to the ferry terminal. The increase in the number of fisheries observers in King Cove could also add more travelers. Alternative 5 is not expected to contribute more than a minor amount to the additive effect of disturbance from human activities to other birds. Therefore the cumulative effect of Alternative 5 when added to the effects of past, present, and future actions would be minor.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 36 of 60

Admin Record

00181556

*Conclusion*

Direct and indirect impacts of the operation and maintenance of Alternative 5 on other birds would be low (flushing) to high (nest disturbance) intensity, temporary in duration for construction but long-term intermittent for operation of the ferry and local extent (only in the immediate vicinity of the ferry terminals and route), and common in context because they are not rare in the locality and not protected by special legislation. The contribution to cumulative effects would be minor and the summary impact level for other birds would be minor.

*Overall Conclusion*

The overall impact level of Alternative 5 on all birds would be minor.

Admin Record
00181557

### 4.6.2.5   Land Mammals

Alternative 5 includes using a ferry to travel 14 miles between a terminal in Lenard Harbor and a substantially modified Cold Bay dock. Construction would occur at both the ferry terminal and the Cold Bay dock. Under Alternative 5, the land exchange would not occur and the King Cove Corporation selected lands would be conveyed from the Izembek National Wildlife Refuge to the King Cove Corporation. The effect of this change in land ownership on land mammals is described under Alternative 1 in Section 4.2.2.5.

#### Direct Effects and Indirect Effects from Construction

Construction under Alternative 5 is limited to 2 previously disturbed sites. The Lenard Harbor site is presently occupied by the former hovercraft terminal, and the work at the Cold Bay Dock is limited to the existing facilities. Land mammals occurring at either of these sites are likely limited to a few small mammals such as mice or voles. These animals would be displaced during construction by the noise and human activity. Larger mammals in the surrounding area, including caribou, may be startled by the construction noise and would move away from the area. As in Alternative 1, the indirect effect of conveyance of the King Cove Corporation selected lands could result in activities that disturb land mammals, but this would be a minor indirect effect.

#### Summary

Direct and indirect impacts to land mammals from the construction of Alternative 5 would be low intensity (change in land mammal behavior would not be noticeably altered), temporary duration (during the 2 year construction period) local extent (limited geographically to the Cold Bay Dock and Lenard Harbor terminal sites), and would affect both common and important resources, resulting in a minor impact. Caribou are considered important because their population has been below management objectives, which has limited subsistence harvest opportunities in the EIS project area, and brown bear are considered important because of the State's designated Controlled Use Area for brown bear. All other land mammals are considered common because they are not rare in the locality and are not protected by special legislation.

#### Direct Effects and Indirect Effects from Operation and Maintenance

Direct and indirect effects to land mammals from the operation and maintenance of Alternative 5 include behavior disturbance at the on-shore facilities and increased risk of injury or mortality on the road from the community of King Cove to the Lenard Harbor Ferry Terminal. The beach at the Lenard Harbor site is located within an area designated "medium density – spring, summer and fall" for brown bear (Service 1998); however, because human activity exists at this site, brown bear may occur there less frequently. The higher elevation landscape adjacent to the Lenard Harbor site is recognized as high density brown bear denning habitat (ADF&G 2010i). The Cold Bay Dock site is adjacent to low density winter range/migration for the caribou; however, the Alaska Department of Fish and Game identifies the site as outside the known winter use area. Both sites may be occasionally visited by wolves and the following other land mammals; river otters, red fox, shrews, northern red-backed voles, meadow jumping mice, both brown and collared lemmings, and Arctic ground squirrels.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 38 of 60

Admin Record                                                                                00181558

Although the noise and sight of the ferry may temporarily startle land mammals, it would be a predictable disturbance occurring in a limited area. It is expected that land mammals near the operations would become habituated to the disturbance or would relocate to adjacent habitat. Human activities at the Lenard Harbor Ferry Terminal and Cold Bay Dock would likely have negligible effects on land mammals because they are temporary, predictable, and limited to the immediate sites.

An indirect effect of the operation of Alternative 5 would be an increase in traffic on the road from the City of King Cove to the ferry terminal. This would increase the risk of injury or mortality of land mammals either on or crossing the road. The number of land mammals potentially affected by collisions is expected to be small.

**Summary**

Direct and indirect impacts to land mammals from the operation and maintenance of Alternative 5 would be low intensity because a change in land mammal behavior would not be noticeably altered, long-term (intermittent but persistent for the life of the project), local extent (limited geographically to the Cold Bay Dock and Lenard Harbor terminal sites), and would affect both common and important resources, resulting in a negligible impact. Caribou are considered important because their population has been below management objectives, which has limited subsistence harvest opportunities in the EIS project area, and brown bear are considered important because of the State's designated Controlled Use Area for brown bear. All other land mammals are considered common because they are not rare in the locality and are not protected by special legislation.

*Mitigation Measures*

The following elements of a Fish and Wildlife Protection Plan (MM-M) would be used to reduce adverse effects to land mammals..

- No vessel will travel north of a straight line between Northeast Terminal and Cross Wind Cove except in the case of a life-threatening emergency.

- All solid or putrescible waste generated during the project activity shall be removed or otherwise disposed of by a method approved by the Alaska Department of Environmental Conservation. All efforts will be made to prevent bears and other wildlife from being attracted to or having access to food or garbage during construction and operation of any transportation link.

- Project personnel, their contractors, and others will not use construction project access to hunting and trapping areas that are not available to the general public to support harvest opportunities.

*Cumulative Effects*

Past and present actions that have and may continue to affect land mammals in the project area include sport and subsistence hunting, wildlife viewing and management. The completion of the King Cove Access Road is expected to result in greater hunter access to large mammals in the project area, and more disturbance in previously undisturbed areas.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 39 of 60

Admin Record

00181559

Reasonably foreseeable future actions include an increase in the number of fisheries observers coming through the community of King Cove and upgrades to the Cold Bay Airport. These actions may cause an increase in human disturbance to land mammals. While Alternative 5 could disturb individual land mammals, it is not expected to have population-level effects on any land mammal species, even when combined with the cumulative effects from past, present, or reasonably foreseeable future actions. Although human activities would cause increased disturbance to land mammals, the activity would be limited to the ferry terminal areas, leaving the majority of land mammal habitats undisturbed. Alternative 5 would result in a negligible contribution to cumulative effects on land mammals.

### *Conclusion*

Direct and indirect impacts to land mammals from Alternative 5 would be low intensity (may not be measurable), long-term duration (intermittent and for very short periods but persistent for the life of the project), would occur in limited areas, and would affect generally affect common and important resources. The conveyance of the King Cove Corporation selected lands could affect important resources (caribou and brown bear). Caribou are considered important because their current population was recently below management objectives, which has limited subsistence harvest opportunities in the EIS project area and brown bear are considered important because of the State's designated Controlled Use Area for brown bear. The contribution of Alternative 5 to cumulative effects on land mammals would be negligible. The summary impact of Alternative 5 on land mammals is considered negligible to minor.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 40 of 60

Admin Record

00181560

#### 4.6.2.6    Marine Mammals

Alternative 5 is similar to the 2003 EIS Alternative 4.  The primary difference lies in the road to Lenard Harbor and other infrastructure elements constructed or permitted.  Under this alternative, the ferry would operate 6 days per week, year round, between Lenard Harbor and the Cold Bay dock.  Evaluations included here build upon the earlier determinations for Alternative 4 in the 2003 EIS and any new relevant information.

Under this alternative, the King Cove Corporation selected lands would be conveyed from the Service to the corporation.  This action would not affect marine mammals and is not discussed further.

Fourteen species of marine mammals inhabit the North Pacific Ocean adjacent to Cold Bay and the Bering Sea adjacent to Izembek Lagoon (see Section 3.2.6).  Of these, harbor seals, killer whales, harbor porpoise, and gray whales occur with some regularity in the EIS project area, so will be evaluated as to potential effects from the proposed alternatives.  Northern sea otters and Steller sea lions are discussed in Section 4.6.2.7, Threatened and Endangered Species.  Pinnipeds (harbor seals) and cetaceans (killer whales, harbor porpoise, and gray whales) are analyzed together.  Although harbor seals use both terrestrial and marine habitats and the cetaceans are restricted to marine habitats and are less commonly sighted in the project area, many of the impact conclusions are the same.  Where differences occur they are noted.

***Direct Effects and Indirect Effects from Construction***

Noise generated from construction activities at the Cold Bay dock could elicit behavioral responses from harbor seals, killer whales, harbor porpoise, or gray whales near the dock. Construction would require driving 180 spin-fin piles into the seafloor alongside the existing dock.  Noise from pile driving activities may mask marine mammal vocalizations or cause deflection or avoidance of an area (David 2006; Tougaard et al. 2009; Würsig et al. 2000).  The 2003 EIS acknowledged the potential for noise disturbance and assumed that pile driving would be suspended overnight to avoid unnecessary disturbance to nearby residences in the City of Cold Bay.  Noise would likely result in some level of temporary displacement or avoidance of the area by harbor seals, killer whales, harbor porpoise, and gray whales during pile driving activities.  Primary haul-out, pupping, and resting areas for harbor seals are in and around Kinzarof Lagoon and Izembek Lagoon, and not in the immediate vicinity of the Cold Bay dock and construction area. Although pile driving sounds may be audible, the distance of sensitive haul-outs from the sound source should alleviate potential disturbance of or displacement from important pupping locations.  The frequency of occurrence of killer whales, harbor porpoise, and gray whales near the dock is relatively low, limiting the chances they would be disrupted by construction noise.

Fuel leaks or other hazardous material spills into marine waters during construction could affect nearshore marine habitats.  Mitigation measures (refer to Section 4.2.2.6) provide plans to control fuels and hazardous waste onsite during construction.

#### Summary

Noise impacts of construction associated with Alternative 5 could cause behavioral disturbances of low to medium intensity because behavioral responses may be observable during construction, but would be temporary in duration and localized in extent.  Potential habitat impacts should be

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 41 of 60

Admin Record

00181561

alleviated through application of mitigation measures. The summary impact level of the construction of Alternative 5 is considered negligible.

### Direct Effects and Indirect Effects from Operation and Maintenance

The primary types of potential direct and indirect effects on harbor seals, killer whales, harbor porpoise, and gray whales from operation and maintenance of the ferry from Lenard Harbor to Cold Bay dock are disturbance, primarily from noise, boat strikes or habitat degradation. Noise levels emitted by the ferry are expected to be similar to underwater noise levels created by fishing boats in the area, and considerably louder than the hovercraft discussed in Alternative 4 (USACE 2003). If the daily trip of the ferry approaches harbor seals, it may cause temporary avoidance or escape reactions. Most harbor seal encounters would likely occur in the nearshore areas closer to Lenard Harbor or Cold Bay dock. Harbor seals feeding at Delta Creek (during the summer salmon season), or in other areas along the ferry route may be displaced or temporarily disturbed while feeding. Killer whales, harbor porpoise, or gray whales feeding or traveling along the ferry route could be temporarily disturbed or displaced as the ferry passes by. The frequency with which these encounters might occur would be low, given the irregular occurrence and distribution of these species in Cold Bay. Gray whales appear to be present only in the summer, so would not encounter the ferry during other times of the year.

Due to the slow speed of the ferry (10 knots), direct strikes are unlikely. Vessel speed is a key factor in determining the frequency and severity of ship strikes, with the potential for collision increasing at ship speeds of 15 knots and greater (Laist et al. 2001; Vanderlaan and Taggart 2007). If a ship strike did occur, injury or death could result. Harbor seals, killer whales, harbor porpoise, and gray whales would most likely hear the ferry in sufficient time to move out of the way. In addition, implementing mitigation measures included in the marine mammal protection plan would further protect marine mammals by minimizing disturbance effects.

Impacts to nearshore marine habitat near the ferry terminals could result from fuel leaks or spills during refueling operations. Potential impacts during refueling could be mitigated by deploying a boom around the ferry during refueling and through other spill response and prevention measures included in the mitigation measures.

### Summary

Direct and indirect effects on harbor seals, killer whales, harbor porpoise, and gray whales from operation and maintenance of the Lenard Harbor ferry would consist primarily of localized disturbance effects along the ferry route. Animals feeding or traveling along the ferry route could be temporarily disturbed or displaced as the ferry passes. The frequency of encounters would likely be highest for harbor seals and very low for the other species. These behavioral effects on marine mammals would be intermittent and restricted to vicinity of the ferry's route, but would affect species that receive federal protection under the *Marine Mammal Protection Act*. Direct ship strikes are possible, but unlikely, given the ferry's slow speed and noise (considerably more than the hovercraft). The overall impact of the operation and maintenance of Alternative 5 is considered negligible to minor.

### Mitigation Measures

The following mitigation measures described in Appendix F would reduce adverse effects to marine mammals and marine mammal habitat.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 42 of 60

Admin Record

00181562

Marine Mammal Protection Plan (MM-N), Erosion and Sediment Control Plan (MM-A), Storm Water Pollution Prevention Plan (MM-B), Hazardous Material and Petroleum Product Control Plan (MM-C), Fuel Handling and Spill Response Plan (MM-D), and Fish and Wildlife Protection Plan (MM-M).

### Cumulative Effects

Past, present and reasonably foreseeable future actions and their respective effects on harbor seals, killer whales, harbor porpoise, and gray whales are the same as described in Section 4.2.2.6. Implementation of Alternative 5 would result in a negligible cumulative increase in disturbance to harbor seals, killer whales, harbor porpoise, and gray whales.

### Conclusion

Noise induced behavioral disturbance of harbor seals, killer whales, harbor porpoise, and gray whales near Cold Bay dock is possible during the construction and operation phases of Alternative 5. Effects, if they occur, would include temporary disruption or displacement of animals feeding or traveling near the construction site or along the ferry's route. Disturbance would likely be highest for harbor seals because of their relative abundance in the area and very low for the other species. Direct vessel strikes would be unlikely due to the ferry's slow speed and noise levels. Behavioral effects would be intermittent and restricted to the vicinity of the ferry's operation and construction, but would affect species that receive federal protection under the *Marine Mammal Protection Act.* Alternative 5 would have a negligible cumulative increase in disturbance to marine mammals and negligible to minor overall effect on harbor seals, killer whales, harbor porpoise and gray whales.

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 43 of 60

Admin Record

00181563

### 4.6.2.7    Threatened and Endangered Species

Alternative 5 is similar to the 2003 EIS Alternative 4. The primary difference lies in the road and other infrastructure elements constructed or permitted. Under this alternative, the ferry would operate 6 days per week, year round, between Lenard Harbor and the Cold Bay dock. Evaluations included here build upon the earlier determinations for Alternative 4 in the 2003 EIS and any new relevant information.

The 3 threatened and endangered species included in this EIS—Steller's Eider, northern sea otters, and Steller sea lions—are addressed separately below. Because the effects on 2 candidate species, Yellow-billed Loon, and Kittlitz's Murrelet are similar to those expected to occur to Steller's Eider, the analysis of effects for these species have been combined.

**Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet**

***Direct Effects and Indirect Effects from Construction***

Noise generated from construction activities associated with modifications to the existing Cold Bay dock could elicit behavioral responses from Steller's Eider, Yellow-billed Loon, or Kittlitz's Murrelet near the dock. Construction would require driving 180 spin-fin piles into the seafloor alongside the existing dock. The 2003 EIS acknowledged the potential for noise disturbance and assumed that pile driving would be suspended overnight to avoid unnecessary disturbance to nearby residences in the City of Cold Bay. Pile driving would also be suspended when Steller's Eiders are within ¼ mile of the work site (USACE 2003). In addition, Steller's Eiders and Yellow-billed Loons would be absent from the area during much of the summer construction period. Measures included in the fish and wildlife protection plan to reduce impacts of construction activities would further mitigate potential disturbance effects.

Fuel leaks or other hazardous material spills into marine waters during construction could affect nearshore marine habitats. Mitigation measures provide plans to control fuels and hazardous waste onsite during construction.

Under Alternative 5, the land exchange would not occur and the King Cove Corporation selected lands on the northeast side of Cold Bay would be conveyed from the Izembek National Wildlife Refuge to the King Cove Corporation. The change in ownership of these lands would remove the wilderness designation and potentially make the lands available for development, subject to the provisions of ANCSA Section 22(g), but these lands likely do not contain habitat for any of species considered here.

**Summary**

Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet may experience some disturbance effects during the construction associated with Alternative 5. However, Steller's Eider and Yellow-billed Loon are absent from the area during most of the summer construction period and mitigation measures regarding pile driving would minimize impacts. The construction period is projected to continue into November. Fall construction could, therefore, coincide with the late-summer/fall return of Steller's Eiders and the molt period in September and October. Kittlitz's Murrelets are not likely to occur near the Cold Bay dock. Effects would be of low to medium intensity because changes in behavior may be observable, temporary (during the construction period), and localized. The context is important for all 3 species because of their threatened and

Case 3:19-cv-00216-JWS    Document 50-4    Filed 04/06/20    Page 44 of 60

Admin Record

00181564

endangered species status or their candidate species status. The direct and indirect impact is considered negligible to minor.

***Direct Effects and Indirect Effects from Operation and Maintenance***

Possible direct and indirect effects on Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet from operation and maintenance of the ferry from Lenard Harbor to Cold Bay dock are disturbance, primarily from noise, boat strikes, or habitat degradation. Noise levels emitted by the ferry are expected to be similar to underwater noise levels created by fishing boats in the area (USACE 2003). The ferry route traverses a low-use eider area in Cold Bay (Figure 3.2-25) and the Cold Bay dock that extends 1,200 feet from shore, lies outside the nearshore habitats most commonly used by eiders. The ferry route would not cross high density wintering habitat. Because Yellow-billed Loon are rare in the project area and Kittlitz's Murrelets are only seen occasionally, the likelihood of either of them encountering ferry traffic is low.

The ferry would move relatively slowly (approximately 10 knots). Direct strikes are unlikely since Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet would be able to detect the vessel and have ample time to move away as it approaches.

Impacts to nearshore marine habitat near the ferry terminals could result from fuel leaks or spills during refueling operations. Potential impacts during refueling could be mitigated by deploying a boom around the ferry during refueling and through other spill response and prevention measures.

**Summary**

Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet could experience short term disturbance along the proposed ferry route, but effects would be low to medium intensity because changes in behavior may be observable, long-term duration (intermittent but persistent for the life of the project), local extent, and would affect important resources (threatened and endangered species status or candidate species status). The direct and indirect impact is considered negligible to minor.

***Mitigation Measures***

The following mitigation measures described in Appendix F would reduce adverse effects to Steller's Eiders, Yellow-billed Loon, Kittlitz's Murrelets, and their habitat: Marine Mammal Protection Plan (MM-N) and a Fish and Wildlife Protection Plan (MM-M).

***Cumulative Effects***

Past, present, and reasonably foreseeable future actions are the same as described in Section 4.2.2.7. Disturbance effects associated with implementation of Alternative 5 would result in a negligible contribution to cumulative effects on Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet.

***Conclusion***

Steller's Eiders, Yellow-billed Loons, and Kittlitz's Murrelets may experience some disturbance effects during construction and operation phases of Alternative 5. Seasonality of occurrence of Steller's Eiders and Yellow-billed Loons in Cold Bay and mitigation measures would limit

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 45 of 60

Admin Record                                                                      00181565

impacts. Effects would be of low to medium intensity because changes in behavior may be observable, long-term duration (intermittent but persistent for the life of the project), local extent, and would affect important resources (threatened and endangered species status or candidate species status). Alternative 5 would have a negligible contribution to cumulative effects on these 3 species. The overall impact of Alternative 5 on Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet is considered negligible to minor.

### Northern Sea Otter: Southwest Alaska Distinct Population Segment

#### Direct Effects and Indirect Effects from Construction

Noise generated from construction activities associated with modifications to the existing Cold Bay dock could elicit behavioral responses from sea otters near the dock. Construction would require driving 180 spin-fin piles into the seafloor alongside the existing dock. Noise from pile driving activities may mask marine mammal vocalizations or cause deflection or avoidance of an area (David 2006; Tougaard et al. 2009; Würsig et al. 2000). The 2003 EIS acknowledged the potential for noise disturbance and assumed that pile driving would be suspended overnight to avoid unnecessary disturbance to nearby residences in the City of Cold Bay. Pile driving would also be suspended when sea otters are within ¼ mile of the work site (USACE 2003). Noise would likely result in some level of temporary displacement or avoidance of the area by sea otters during pile driving activities. Measures included in the fish and wildlife protection plan and the marine mammal protection plan would mitigate disturbance effects of construction activities.

Fuel leaks or other hazardous material spills into marine waters during construction could affect nearshore marine habitats. Mitigation measures provide plans to control fuels and hazardous waste onsite during construction.

#### Summary

Noise impacts of construction associated with Alternative 5 could cause behavioral disturbances of low to medium intensity, but would be temporary in duration and localized in extent. Potential habitat impacts should be alleviated through application of mitigation measures. The direct and indirect impact is considered negligible.

#### Direct Effects and Indirect Effects from Operation and Maintenance

Possible direct and indirect effects on sea otters from operation and maintenance of the ferry from Lenard Harbor to Cold Bay dock are disturbance, primarily from noise, boat strikes, or habitat degradation. Noise levels emitted by the ferry are expected to be similar to underwater noise levels created by fishing boats in the area, and considerably louder than a hovercraft (USACE 2003). If the ferry encounters sea otters, it may cause temporary avoidance or escape reactions. Most sea otter encounters would likely occur in the nearshore areas closer to Lenard Harbor or Cold Bay dock. The route of the ferry avoids the sea otter concentration areas in northern Cold Bay and Kinzarof Lagoon.

Due to the slow speed of the ferry (10 knots), collisions with sea otters are unlikely. Vessel speed is a key factor in determining the frequency and severity of ship strikes, with the potential for collision increasing at ship speeds of 15 knots and greater (Laist et al. 2001; Vanderlaan and Taggart 2007). If a ship strike did occur, injury or death could result. Sea otters would most

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 46 of 60

Admin Record

00181566

# Tab 24

topography and land status, there is no potential road corridor between King Cove and Cold Bay that would avoid federal public lands currently used for subsistence purposes.

### 1.2.2.3 Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence Purposes

In addition to the No Action alternative which requires no additional land, Alternatives 4 and 5, reviewed in other sections of this Appendix, would rely on marine transportation, without a land exchange. These alternatives would eliminate the use, occupancy, or disposition of federal public lands needed for subsistence purposes.

### 1.2.2.4 Findings

The only reasonably foreseeable future actions that would affect subsistence in the project area are likely additional closures of refuge lands to subsistence use of all-terrain vehicles. Closures, if any, would be implemented following the process outlined in ANILCA with additional analysis and opportunities for public hearings and comments. Even with potential closures, implementation of Alternative 2 would contribute little to cumulative effects on subsistence resources, access to subsistence resources, or competition for subsistence resources as subsistence activities are unlikely to increase above present levels. Implementation of Alternative 2 would result in minor direct and indirect effects on subsistence resources, access to subsistence resources, or competition for subsistence resource as subsistence activities are unlikely to increase above present levels. As a result, the project components of this alternative would make a minor contribution to cumulative effects on subsistence resources or harvest patterns.

In summary, implementation of Alternative 2 would have minor direct and indirect impacts on subsistence uses, and would make a minor contribution to cumulative effects on subsistence resources or harvest patterns. No significant restriction to subsistence uses would occur under Alternative 2.

### 1.2.3 Alternative 3 – Land Exchange and Central Road Alignment

Alternative 3 proposes a land exchange between the federal government, State of Alaska, and King Cove Corporation, as described in the Proposed Action (Section 1.2). Legal descriptions for exchange parcels are provided in Appendix B and an overview of parcels proposed for exchange is presented in Section 2.4.6. The estimated amount of federal land exchanged in this alternative from Izembek National Wildlife Refuge would be 227 acres, including 152 acres in Izembek Wilderness, assuming a 100-foot corridor average width.

As a result of the proposed land exchanges that would be implemented under Alternative 3, approximately 52,583 acres of former state and King Cove Corporation owned lands would be placed under federal management subject to the provisions of ANILCA Title XIII, and 227 acres would be removed from federal management, for a net change of 52,356 acres added to federal management. Federal subsistence management under these provisions of ANILCA Title VIII provides a priority for harvesting subsistence resources to rural residents from the communities of King Cove, Cold Bay, False Pass, Nelson Lagoon, and Sand Point. Not all of the incoming parcels are used by the five communities, according to the subsistence use area maps displayed in Section 3.3.7. For the King Cove corporation parcels (Kinzarof Lagoon, Mortensens Lagoon)

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 48 of 60

Admin Record

00182866

# Tab 25

| SOC Code | Statement of Concern (SOC) | Response |
|---|---|---|
| BIO BIO 05 | The lands proposed for exchange are not vital habitats for significant wildlife. | With the assumption that the commenter means that the State and Corporation lands proposed for exchange are not vital habitats for wildlife, as are the lands within the proposed road corridors, the following response applies: The EIS discusses the unique importance of the Izembek isthmus for caribou, Tundra Swans, Brant, and Emperor Geese. Although detailed habitat value assessments have not been made for the State and Corporation lands proposed for exchange, they are considered by the EIS authors to be somewhat less valuable due to their location in relation to the lagoons. Exchanged lands represent little gain to Service as (1) lands are more or less protected now as there is little threat to development due to remoteness and/or oil/gas or other extractable resource, and (2) lands lost and lands gained have little in common with regard to cover types, wildlife potential, or ecological process/function – they are not directly comparable; therefore, not comparably replaceable. Lands lost represent lowland types of documented importance to multiple waterfowl and game species, while lands gained are upland types with little more than reconnaissance surveys indicating unknown resource value to Service mission.<br><br>In response to this statement of concern, modifications to the language in Chapter 4, Sections 4.3.2.2, 4.3.2.4, and 4.4.2.2, have been made to further emphasize habitat values that exist on the isthmus lands, which do not exist on the State or Corporation parcels. |

Case 3:19-cv-00216-JWS   Document 50-4   Filed 04/06/20   Page 50 of 60

Admin Record

00182943

# Tab 26



United States Department of the Interior

FISH AND WILDLIFE SERVICE
1011 E. Tudor Road
Anchorage, Alaska 99503-6199

February 13, 2013



IN REPLY REFER TO:
NWRS713-085.SB

Memorandum

To:         Kimberly Klein, Endangered Species Biologist - Ecological Services

From:       Jeffrey Brooks, Acting Chief - Division of Conservation Planning and Policy

Subject:    Biological Assessment and Intra-Section 7 – Izembek National Wildlife Refuge


Attached is our Biological Assessment and Intra-Section 7 for the Izembek National Wildlife
Refuge Land Exchange/Road Corridor Final Environmental Impact Statement (EIS). We have
selected no action as our preferred alternative and have conducted our analysis based on this
alternative.

Thank you for your work on the EIS, and we appreciate the comments you have provided. Please
contact Ms. Stephanie Brady, the project lead for the Izembek EIS at (907) 306-7448 if you have
any questions or concerns.

Attachments



Admin Record                                                                          00191901

## 1.0 Introduction and Background

A biological assessment (BA) is required under Section 7(c) of the Endangered Species Act of 1973 (Act) if listed species or their critical habitat are present in the area affected by any Federal action. This BA evaluates potential effects of the proposed Izembek National Wildlife Refuge Land Exchange/Road Corridor Environmental Impact Statement on sea otters, Steller's eider, Yellow-billed loon, Kittliz's Murrelet and their habitat. The BA will determine if formal consultation with the U.S. Fish and Wildlife Service (Service) will be required.

The Service listed the Alaska breeding population of Steller's Eiders (*Polysticta stelleri*) as threatened under the *Endangered Species Act*, effective July 1997 (Federal Register 1997a). Critical habitat was designated in 2001 (Federal Register 2001) and a recovery plan was published in 2002 (Service 2002).

The Service listed the southwest Alaska distinct population segment of northern sea otter (*Enhydra lutris kenyoni*), as threatened under the Endangered Species Act (ESA) on August 9, 2005 (70 FR 46366). The southwest Alaska distinct population segment of northern sea otters extends from Attu Island at the western end of the Aleutian Islands to Kamishak Bay on the west side of Cook Inlet. Included are the coastal waters of the Aleutian Islands, the Alaska Peninsula, the Kodiak archipelago and the Barren Islands (Federal Register 2005a). Critical habitat was designated in 2009 (Federal Register 2009b) and the Service published a draft recovery plan in October 2010 (Service 2010k).

Two species that are candidates for listed status, the Yellow-Billed Loon and the Kittlitz's Murrelet, are also included in this section. While these species currently receive no official legal protection under the *Endangered Species Act*, they could become listed at any time.

In the *Omnibus Public Land Management Act of 2009* (Public Law 111-11, Title VI, Subtitle E) (Act), Congress authorized the Secretary of the Interior to exchange lands within the Izembek National Wildlife Refuge for lands owned by the State of Alaska and the King Cove Corporation for the purpose of constructing a single lane gravel road between the communities of King Cove and Cold Bay, Alaska, if it is in the public interest. In the Act, Congress directed the Secretary of the Interior to prepare an Environmental Impact Statement (EIS) in accordance with the terms of the Act and the *National Environmental Policy Act of 1969* (NEPA), as amended (42 U.S.C. 4321 et seq.), and its implementing regulations (40 CFR Parts 1500-1508). Congress specified that the EIS must analyze the land exchange, potential road construction and operation, and a specific road corridor through the Izembek National Wildlife Refuge and the Izembek Wilderness that is to be identified in consultation with the State of Alaska, the City of King Cove, and the Agdaagux Tribe of King Cove (Section 6402(b)(2)). To proceed with a land exchange, the Act requires the Secretary of the Interior to make a public interest determination finding that the proposed land exchange (including the construction of a road) is in the public interest.

If determined to be in the public interest, the land exchange would enable construction and operation of a single lane gravel road between the communities of King Cove and Cold Bay, Alaska, that would provide City of King Cove residents road access to the Cold Bay Airport.

Admin Record

continue to provide occasional medical evacuations via helicopter when Coast Guard assets are in the vicinity and not committed to other assignments.

**Marine:** Personal transit and medical evacuation transport by local fishing vessels between the cities of King Cove and Cold Bay would continue. The Alaska Marine Highway System would continue to provide ferry service between the communities of King Cove and Cold Bay approximately twice a month beginning in late spring until early fall (approximately May through September) as part of the Southwest Alaska and Aleutian Chain schedule. The Cold Bay dock would not be modified and a harbor would not be constructed.

**Marine-Road Link:** Hovercraft service provided by the Aleutians East Borough from Lenard Harbor to the City of Cold Bay hovercraft site at Cross Wind Cove was suspended in November 2010. In November 2011 the Aleutians East Borough announced that hovercraft service would not resume. Since operations began in 2007, the Aleutians East Borough stated that there were issues with operability and reliable service from Lenard Harbor. Revenue generated by operations did not meet initial projections. According to the Aleutians East Borough, operation costs exceeded revenues, requiring an annual subsidy of over $1 million by the Aleutians East Borough. The Aleutians East Borough determined that it could not sustain these costs. With no further hovercraft service planned for the community of King Cove, the hovercraft was modified and transferred to Akutan in 2012 where it is providing transportation between the City of Akutan and the Akutan Airport on Akun Island.

## 4.0 Species Descriptions

Please see the Izembek National Wildlife Refuge Land Exchange/Road Corridor Final EIS Chapter 3, Section 3.2.7 for species descriptions of threatened and endangered species.

## 5.0 Effects Analysis

With the selection of the no action alternative, the Service has determined that there will be no effect to any of the species covered under this biological assessment. The following discussion contains information to support this finding.

### 5.1 Steller's Eider, Yellow-billed Loon, and Kittlitz's Murrelet

Under Alternative 1, the land exchange would not occur and as an indirect effect the King Cove Corporation selected lands on the northeast side of Cold Bay may be conveyed from the Izembek National Wildlife Refuge to the King Cove Corporation.

The change in ownership of these lands would remove the wilderness designation and potentially make the lands available for development, but these lands are subject to the provisions of ANCSA 22(g) and to the compatibility requirements of 50 CFR Parts 25 and 26 which require that the refuge manager evaluate the effects of a proposed use on adjacent refuge lands and the ability of the refuge to achieve its purposes. These lands likely do not contain habitat for any of species considered here.

11

Admin Record
00191920

# Tab 27

**105-825**
MAKING OMNIBUS CONSOLIDATED AND EMERGENCY SUPPLEMENTAL
APPROPRIATIONS FOR FISCAL YEAR 1999
CONFERENCE REPORT
to accompany
H.R. 4328

OCTOBER 19, 1998- Ordered to be printed

*MAKING OMNIBUS CONSOLIDATED AND EMERGENCY SUPPLEMENTAL
APPROPRIATIONS FOR FISCAL YEAR 1999*

*51-500*

1998

Section 353 provides $20,000,000 to the Aleutians East Borough for the construction of an unpaved road and related facilities on corporation lands not in a designated wilderness area, $15,000,000 to the State of Alaska for improvements to the airstrip at King Cove, Alaska and $2,500,000 to the Indian Health Service for the cost of new construction or improvements to the existing clinic in King Cove, Alaska and telemedicine and other medical equipment. The Committees have agreed to these funds as an alternative to an easement for a road through the Izembek National Wildlife Refuge wilderness area as proposed in section 126 of the Senate bill to address critical health and safety needs.

Admin Record

00197559

# Tab 28

The Corps was responsible for completing the King Cove Access Project EIS (2003 EIS) and subsequently issued a ROD addressing the marine-road link alternative. As a result of the 2003 EIS ROD, funding for improvements to the King Cove Airport was redirected to the marine-road link at the request of the Borough. A road was constructed to Lenard Harbor, where hovercraft support facilities were installed. A hovercraft–purchased with appropriated funds– began operating in 2007, and service was provided by the Borough until November 2010. During this time the hovercraft served as the primary means of medical evacuation transport between the cities of King Cove and Cold Bay, successfully completing at least 22 medical evacuations. In November 2011, citing cost and reliability concerns, the Borough announced that hovercraft service would not resume between King Cove and Cold Bay. The hovercraft was subsequently modified and moved to Akutan in 2012 to provide transportation between the City of Akutan and the Akutan Airport on Akun Island.

Even with the improvements described above, efforts continued to construct a road. In 2009, OPLMA authorized the Secretary of the Interior to exchange lands within the Izembek National Wildlife Refuge for lands owned by the State of Alaska and the King Cove Corporation for the purpose of constructing a single lane gravel road between the communities of King Cove and Cold Bay, Alaska. The OPLMA directed the Secretary of the Interior to prepare an EIS in accordance with the terms of the Act and the National Environmental Policy Act of 1969 (NEPA), as amended (42 U.S.C. 4321 *et seq.*), and its implementing regulations (40 C.F.R. Parts 1500-1508). Congress specified that the EIS must analyze the land exchange, potential road construction and operation, and identify a specific road corridor through the Izembek National Wildlife Refuge and the Izembek Wilderness in consultation with the State of Alaska, the City of King Cove, and the Agdaagux Tribe of King Cove (Section 6402(b)(2)).

While Section 6402(a) of OPLMA provides the Secretary with the discretionary authority to undertake an exchange, it does not mandate an exchange nor does it set forth criteria that the Secretary must consider in reaching a decision not to proceed. If the lands are conveyed, they "shall be transferred for the purpose of constructing a single-lane gravel road between the communities of King Cove and Cold Bay, Alaska." Section 6402(d)(1) requires a finding that the exchange is in the public interest as a condition for completing the land exchange … the Secretary shall determine that the land exchange (including the construction of a road between the City of King Cove, Alaska, and the Cold Bay Airport) is in the public interest."). The OPLMA does not require a public interest determination for the selection of alternatives that do not include the land exchange. Thus, Congress has required the Department to identify and consider fully the impacts of such an exchange, but has left the final decision as a policy choice on whether to proceed. This ROD completes the required processes under the OPLMA and NEPA.

## Findings and Reasons for the Decision

The Service has evaluated the effects of proposed roads through Izembek Refuge and Wilderness in numerous analyses since 1960, including in its 1985 Comprehensive Conservation Plan and through the completion of the current EIS. The Service has consistently found that the impacts of building a proposed road on the wildlife resources, habitats and designated Wilderness would

Admin Record

# Tab 29

"We've undertaken a robust and transparent public process to review the matter from all sides, and I have personally visited the Refuge and met with the King Cove and Cold Bay communities to gain a better understanding of their concerns," said Jewell. "After careful consideration, I support the Service's conclusion that building a road through the Refuge would cause irreversible damage not only to the Refuge itself, but to the wildlife that depend on it. Izembek is an extraordinary place – internationally recognized as vital to a rich diversity of species – and we owe it to future generations to think about long-term solutions that do not insert a road through the middle of this Refuge and designated wilderness. I understand the need for reliable methods of medical transport from King Cove, but I have concluded that other methods of transport remain that could be improved to meet community needs."

Given the serious concerns raised by King Cove residents, the Secretary today reiterated the Department's commitment to assist in identifying and evaluating options that would improve access to affordable transportation and health care for the citizens of this remote Alaska community. She noted that nothing in the decision precludes the State of Alaska, the Aleutians East Borough, or the communities of King Cove and Cold Bay from implementing another alternative for transportation improvements outside of the Refuge, including enhancements to the dock at Cold Bay.

"We will continue to work with the State of Alaska and local communities to support viable alternatives to ensure continued transportation and infrastructure improvements for the health and safety of King Cove residents," added Jewell.

The Izembek National Wildlife Refuge, established in 1960, serves as vital habitat for shorebirds and waterfowl – including 98 percent of the world's population of Pacific black brant – as well as grizzly bear, caribou and salmon. These species are important subsistence resources for Native Alaskans. A road would have permanently bisected the isthmus, where most of the Refuge's 315,000 acres of congressionally-designated wilderness are located.

By designating this area as wilderness in 1980, the most protective category of public lands, Congress recognized the need to protect Izembek as a place where natural processes prevail with few signs of human presence. At the core of the areas protected are internationally significant eelgrass beds in Izembek and Kinzarof lagoons, as well as adjacent wetlands and uplands of the narrow isthmus. In addition to the brant, other species that depend on these wetlands and eelgrass beds include emperor geese, Steller's eiders, and hundreds of thousands of other federally-protected waterfowl and shorebirds.

While the proposed land exchange would bring many more acres of land into the Refuge System, the analysis indicates that the increased acreage could not compensate for the unique values of existing refuge lands, nor the anticipated effects that the proposed road would have on wildlife, habitat, subsistence resources, and wilderness values of the Refuge.

The idea of a road has been discussed since at least the 1980s, with King Cove residents expressing interest in a road to improve access to Cold Bay and its airport for personal, medical and commercial purposes. Alaska Senator Ted Stevens spearheaded an effort in 1997 that led Congress to provide over $37.5 million in federal funding as an alternative to a road through the Izembek Refuge and Izembek Wilderness. The funding upgraded the medical clinic, improved the King Cove airstrip, and created a transportation link between King Cove and Cold Bay via an unpaved road from King Cove to a hovercraft and terminal. During the time that it was in operation from 2007 to 2010, the hovercraft successfully completed every requested medical evacuation.

In November 2010, the Aleutians East Borough decided to suspend hovercraft services between King Cove and Cold Bay. The Borough has indicated that if a proposed road was not constructed, it would develop an alternative transportation link between King Cove and Cold Bay. Additionally, the Borough has stated that an aluminum landing craft/passenger ferry could be more technically and financially viable than a hovercraft.

Admin Record