KEVIN G. CLARKSON
ATTORNEY GENERAL

Sean Lynch
Senior Assistant Attorney General
sean.lynch@alaska.gov

Mary Hunter Gramling
Senior Assistant Attorney General
mary.gramling@alaska.gov

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907.465.3600 main
907.465.2417 fax
*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants, <br><br> KING COVE CORPORATION, et al., <br><br> Intervenor-Defendants, <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant. | **3:19-CV-00216 (JWS)** <br><br> **INTERVENOR-DEFENDANT STATE OF ALASKA'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

The State of Alaska hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's Order on Cross-Motions for Summary Judgment (ECF No. 51) entered on June 1, 2020 and the Judgment (ECF No. 52) entered on June 17, 2020.

Respectfully submitted August 17, 2020.

        KEVIN G. CLARKSON
        ATTORNEY GENERAL

By:   */s/Sean Lynch*
       Sean Lynch
       Senior Assistant Attorney General
       Alaska Bar No. 0710065
       sean.lynch@alaska.gov
       *Attorney for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a copy of the foregoing Intervenor-Defendant State of Alaska's Notice of Appeal to the United States Court of Appeal for the Ninth Circuit was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        KEVIN G. CLARKSON
        ATTORNEY GENERAL

By:   */s/Sean Lynch*
       Senior Assistant Attorney General
       Alaska Bar No. 0710065
       sean.lynch@alaska.gov
       P.O. Box 110300
       Juneau, AK 99811-0300
       907.465.3600 main

Friends of Alaska NW Refuges, et. al. v. Bernhardt, et. al. Case No. 3:19-cv-00216-JWS
Notice of Appeal   Page 2 of 2
Case 3:19-cv-00216-JWS   Document 59   Filed 08/17/20   Page 2 of 2